IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 22-13051-J

_____

IN RE:   BLUE CROSS BLUE SHIELD ANTITRUST LITIGATION MDL 2406.

_____

On Appeal from the United States
District Court for the Northern District of Alabama

_____

ORDER:

Before the Court is "Plaintiffs-Appellees' Motion to Consolidate and to Expedite Appeals."

Plaintiffs-Appellees' motion to consolidate is DENIED AS MOOT. All of the Objectors-Appellants' appeals already are proceeding together under this appeal no. 22-13051, and consolidation is unnecessary. All party filings must be docketed only in this appeal no. 22-13051.

Plaintiffs-Appellees' motion to expedite this appeal is GRANTED IN PART as follows:

The Court DIRECTS the Clerk to expedite the appeal for merits disposition purposes, including oral argument if the Court deems oral argument in this case is warranted. The Court takes no position at this time on the appropriateness of oral argument.  If the Court determines oral argument is necessary, the parties may file motions for extended or divided oral argument at that time.

This appeal shall follow the standard briefing schedule set forth by this Court's rules. *See* 11th Cir. R. 31-1(a). For the purposes of the briefing schedule, the postponement provision of 11th Cir. R. 31-1(d) ("Unless otherwise ordered by the court, the due date for filing appellee's or appellee-cross-appellant's brief shall be postponed until the court determines that the appeal or

cross-appeal shall proceed or directs the parties to address the jurisdictional question(s) in their briefs on the merits.") is suspended.

/s/ Andrew L. Brasher
UNITED STATES CIRCUIT JUDGE