No. 22-13051-HH

---

## IN THE UNITED STATES COURT OF APPEALS
## FOR THE ELEVENTH CIRCUIT

---

IN RE:  BLUE CROSS BLUE SHIELD ANTITRUST LITIGATION MDL 2406.

On Appeal from the United States District Court
for the Northern District of Alabama, Southern Division,
No. 2:13-cv-20000-RDP

---

*AMICUS CURIAE* **BRIEF OF THE STATE OF OKLAHOMA INSURANCE DEPARTMENT, THE ARKANSAS INSURANCE DEPARTMENT, THE CALIFORNIA DEPARTMENT OF INSURANCE, THE GEORGIA OFFICE OF INSURANCE AND SAFETY FIRE COMMISSIONER, THE IDAHO DEPARTMENT OF INSURANCE, THE MAINE BUREAU OF INSURANCE, THE NEVADA DIVISION OF INSURANCE, THE VERMONT DEPARTMENT OF FINANCIAL REGULATION, THE WASHINGTON OFFICE OF THE INSURANCE COMMISSIONER, AND THE WISCONSIN OFFICE OF THE COMMISSIONER OF INSURANCE IN SUPPORT OF REVERSAL**

---

Counsel for *Amici Curiae*

KIM HUNTER
General Counsel
Oklahoma Insurance Department
400 N.E. 50th Street
Oklahoma City, OK 73105
(405) 521-2746
kim.hunter@oid.ok.gov

Of Counsel:

TERESA L. GREEN
Senior Counsel
Oklahoma Insurance Department
400 N.E. 50th Street
Oklahoma City, OK 73105
(405) 521-2746
teresa.green@oid.ok.gov


BOOTH RAND
General Counsel
Arkansas Insurance Department
One Commerce Way
Little Rock, AR 72202
(501) 371-2820
booth.rand@arkansas.gov


ROB BONTA (SBN 202668)
Attorney General of California
TAMAR PACHTER (SBN 146083)
Senior Assistant Attorney General
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102
Telephone: (415) 510-3840
Fax: (415) 703-1234
tamar.pachter@doj.ca.gov
Attorneys for Ricardo Lara, Insurance Commissioner of the State of California


GREGG CONLEY
Executive Counsel
Georgia Office of Insurance and Safety Fire Commissioner
2 Martin Luther King, Jr., Drive
West Tower, Suite 702
Atlanta, GA 30334(404) 656-2070
gconley@oci.ga.gov

Counsel to the Director of the
Idaho Department of Insurance
KARL T. KLEIN
Deputy Attorney General
700 W. State St., 3rd Floor
PO Box 83720
Boise, Idaho 83720-0043
(208) 334-4204
karl.klein@doi.idaho.gov
Attorneys for Dean L. Cameron, Director of the Idaho Department of
Insurance

ROBERT ALAN WAKE
General Counsel
Maine Bureau of Insurance
34 State House Station
Augusta ME 04333-0034
robert.a.wake@maine.gov

ALEXIA EMMERMANN
Chief Insurance Counsel
Nevada Division of Insurance
1818 East College Parkway, Suite 103
Carson City, NV 89706
775-687-0712
aemmermann@doi.nv.gov

SHEILA GRACE
General Counsel
Vermont Department of Financial Regulation
89 Main Street
Montpelier, VT  05620-3101
(802) 828-3422
sheila.grace@vermont.gov

Counsel to the Washington State Insurance Commissioner
Marta U. DeLeon
Assistant Attorney General
1125 Washington Street SE

PO Box 40100
Olympia, WA   98504-0100
(360) 725-7171

RICHARD WICKA
Chief Legal Counsel
Wisconsin Office of the Commissioner of Insurance
125 S. Webster St.
Madison, WI 53703
(608) 261-6018
richard.wicha@wisconsin.gov

*In re Blue Cross Blue Shield Antitrust Litigation*
No. 22-13051

## CERTIFICATE OF INTERESTED PERSONS

Pursuant to 11TH CIRCUIT RULE 26.1, the undersigned counsel certifies that the following is a complete list of the trial judge and all attorneys, persons, associations of persons, firms, partnerships, or corporations that have an interest in the outcome of this case on appeal:

1. 450 Ventures, LLC, Affiliate of Defendants-Appellees

2. A. Duie Pyle, Inc., Plaintiff-Appellee

3. Accenda Health Company, Affiliate of Defendants-Appellees

4. Access Health, Inc., Affiliate of Defendants-Appellees

5. Accident Fund Holding, Inc., Affiliate of Defendants-Appellees

6. ACE, including ACE American Insurance Company and Illinois Union Insurance Company, Insurer of Defendants-Appellees

7. Adams & Reese, LLP, Counsel for Defendants-Appellees

8. Adamson, Virginia, Counsel for Interested Party-Appellant

9. Adcox, Rachel, Counsel for Defendants-Appellees

10. Advance Insurance Company of Kansas, Affiliate of Defendants-Appellees

11. Advanced Health Information Network, LLC, Affiliate of Defendants-Appellees

*In re Blue Cross Blue Shield Antitrust Litigation*
No. 22-13051

12. Aero Jet Intermediate Holdings, Inc., which is wholly owned by Aero Medical International, Inc., Parent to Plaintiffs-Appellees

13. Ahrens, Ellen M., Counsel for Plaintiffs-Appellees

14. American International Group Inc. (AIG) (including Lexington Insurance Company, National Union Insurance Company, and Illinois National Insurance Co.), Insurer of Defendants-Appellees

15. Alabama Industries Financial Corporation, Affiliate of Defendants-Appellees

16. AlaHealth, Inc., Affiliate of Defendants-Appellees

17. Alexander, Laura, Counsel for Plaintiffs-Appellees

18. Allie, Renee E., Plaintiff-Appellee

19. Allied World Assurance Company, f/k/a Darwin National and Darwin Select, Insurer of Defendants-Appellees

20. Ambrecht Jackson LLP, Counsel for Defendants-Appellees

21. America's 1st Choice of South Carolina, Inc., Subsidiary of Defendants-Appellees

22. American Electric Motor Services Inc., Plaintiff-Appellee

23. AMERIGROUP Community Care of New Mexico, Inc., Subsidiary of Defendants-Appellees

24. AMERIGROUP Corporation, Subsidiary of Defendants-Appellees

25. Amerigroup District of Columbia, Inc., Subsidiary of Defendants-Appellees

26. Amerigroup Insurance Company, Subsidiary of Defendants-Appellees

27. AMERIGROUP Iowa, Inc., Subsidiary of Defendants-Appellees

28. Amerigroup Kansas, Inc., Subsidiary of Defendants-Appellees

29. AMERIGROUP Maryland, Inc., Subsidiary of Defendants-Appellees

30. AMERIGROUP Ohio, Inc., Subsidiary of Defendants-Appellees

31. AMERIGROUP New Jersey, Inc., Subsidiary of Defendants-Appellees

32. AMERIGROUP Tennessee, Inc., Subsidiary of Defendants-Appellees

33. AMERIGROUP Texas, Inc., Subsidiary of Defendants-Appellees

34. AMERIGROUP Washington, Inc., Subsidiary of Defendants-Appellees

35. AmeriHealth, Inc., Parent to Defendants-Appellees

36. AMGP Georgia Managed Care Company, Inc., Subsidiary of Defendants-Appellees

37. Anthem Blue Cross (Blue Cross of California), Defendant-Appellee

*In re Blue Cross Blue Shield Antitrust Litigation*
No. 22-13051

38. Anthem Blue Cross and Blue Shield of Connecticut, Defendant-Appellee

39. Anthem Blue Cross and Blue Shield of Indiana, Defendant-Appellee

40. Anthem Blue Cross and Blue Shield of Missouri, Defendant-Appellee

41. Anthem Blue Cross and Blue Shield of New Hampshire, Defendant-Appellee

42. Anthem Blue Cross and Blue Shield of Virginia, Inc., Defendant-Appellee

43. Anthem Blue Cross Life and Health Insurance Company, Defendant-Appellee

44. Anthem Financial, Inc., Affiliate of Defendants-Appellees

45. Anthem Health Insurance Company of Nevada, Subsidiary of Defendants-Appellees

46. Anthem Health Plans of Kentucky, Inc., Defendant-Appellee

47. Anthem Health Plans of Maine, Defendant-Appellee

48. Anthem Health Plans of Maine, Inc., Defendant-Appellee

49. Anthem Health Plans of New Hampshire, Inc. (Anthem Blue Cross and Blue Shield of New Hampshire), Defendant-Appellee

50. Anthem Health Plans of Virginia, Inc. (Anthem Blue Cross and Blue Shield of Virginia Inc.), Defendant-Appellee

*In re Blue Cross Blue Shield Antitrust Litigation*
No. 22-13051

51. Anthem Health Plans, Inc. (Anthem Blue Cross and Blue Shield of Connecticut), Defendant-Appellee

52. Anthem Holding Corporation, Defendant-Appellee

53. Anthem Insurance Companies, Inc. (Anthem Blue Cross and Blue Shield of Indiana), Defendant-Appellee

54. Anthem, Inc. (ELV), Defendant-Appellee

55. Anthem, Inc. (Anthem Health Plans of Virginia, Inc.), Defendant-Appellee

56. Anthem, Inc. (Parent to Anthem Insurance Companies, Inc.), Defendant-Appellee

57. Anthem, Inc. (Parent to Community Insurance Company), Defendant- Appellee

58. Anthem, Inc., f/k/a Wellpoint, Inc. d/b/a Anthem Blue Cross Life and Health Insurance Company, Blue Cross of California, Blue Cross of Southern California, Blue Cross of Northern California, Rocky Mountain Hospital and Medical Service Inc. d/b/a Anthem Blue Cross Blue Shield of Colorado and Anthem Blue Cross Blue Shield of Nevada, Anthem Blue Cross Blue Shield of Connecticut, Anthem Blue Cross Blue Shield of Georgia, Anthem Blue Cross Blue Shield of Indiana, Anthem Blue Cross Blue Shield of Kentucky, Anthem

*In re Blue Cross Blue Shield Antitrust Litigation*
No. 22-13051

Blue Cross Blue Shield of Maine, Anthem Blue Cross Blue Shield of Missouri, RightCHOICE Managed Care, Inc., HMO Missouri Inc., Anthem Health Plans of New Hampshire as Anthem Blue Cross Blue Shield of New Hampshire, Empire HealthChoice Assurance, Inc. as Empire Blue Cross Blue Shield, Community Insurance Company as Anthem Blue Cross Blue Shield of Ohio, Anthem Blue Cross and Blue Shield of Virginia, Anthem Blue Cross Blue Shield of Wisconsin, Defendant-Appellee

59. Anthem Kentucky Managed Care Plan, Inc., Subsidiary of Defendants- Appellees

60. Anthem Life & Disability Insurance Company, Affiliate of Defendants- Appellees

61. Anthem Life Insurance Company, Defendant-Appellee

62. Anthem Partnership Holding Company, LLC, Subsidiary of Defendants-Appellees

63. Anthem Southeast, Inc., Subsidiary of Defendants-Appellees

64. Anthem Workers' Compensation, LLC, Subsidiary of Defendants-Appellees

65. APC Passe, LLC, Affiliate of Defendants-Appellees

66. Arch Insurance Company (ACGL), Insurer of Defendants-Appellees

*In re Blue Cross Blue Shield Antitrust Litigation*
No. 22-13051

67. Argo Re (ARGO), Insurer of Defendants-Appellees

68. Arizmendi, Sylmarie, Counsel for Defendants-Appellees

69. Arkansas Blue Cross and Blue Shield, Defendant-Appellee

70. Armbrecht Jackson LLP, Counsel for Defendants-Appellees

71. ASC Benefit Services, LLC, Affiliate of Defendants-Appellees

72. Aschenbrenner, Juanita, Plaintiff-Appellee

73. Aschenbrenner, Tom, Plaintiff-Appellee

74. Associated Group, Inc., Subsidiary of Defendants-Appellees

75. Asuris Northwest Health, Subsidiary of Defendants-Appellees

76. ATH Holding Company, LLC, Subsidiary of Defendants-Appellees

77. Ausman Law Firm, Counsel for Plaintiffs-Appellees

78. Ausman, Jason, Counsel for Plaintiffs-Appellees

79. Avalon Insurance Company, Affiliate of Defendants-Appellees

80. Avantgarde Aviation, Inc., Plaintiff-Appellee

81. Aware Integrated, Inc., Parent to Defendants-Appellees

82. Axinn, Veltrop & Harkrider, LLP, Counsel for Defendants-Appellees

83. Bailey & Glasser, LLP, Counsel for Plaintiffs-Appellees

84. Bailey, Arthur, Counsel for Plaintiffs-Appellees

85. Baird, Lisa M., Counsel for Defendants-Appellees

86. Balch & Bingham LLP, Counsel for Defendants-Appellees

*In re Blue Cross Blue Shield Antitrust Litigation*
No. 22-13051

87. Ball & Scott Law Offices, Counsel for Plaintiffs-Appellees

88. Ball, W. Gordon, Counsel for Plaintiffs-Appellees

89. Balmori, Daniel, Counsel for Defendants-Appellees

90. Barnes, Benjamin L., Counsel for Plaintiffs-Appellees

91. Barnett, Tyler J., Counsel for Plaintiffs-Appellees

92. Barr, Sternberg, Moss, Lawrence, Silver & Munson, P.C., Plaintiff-Appellee

93. Barstow, Erik, Plaintiff-Appellee

94. Bartlett, Inc. d/b/a Energy Savers, Plaintiff-Appellee

95. Bartony & Hare, Counsel for Plaintiffs-Appellees

96. Battin, Timothy D., Counsel for Plaintiffs-Appellees

97. Baudin, Stanley P., Counsel for Plaintiffs-Appellees

98. BCBSM, Inc. d/b/a Blue Cross Blue Shield of Minnesota, Defendant-Appellee

99. BCS Insurance Company, Insurer of Defendants-Appellees

100. Beard, Braden, Counsel for Plaintiffs-Appellees

101. Beard, Braden, Counsel for Plaintiffs-Appellees

102. Beck & Amsden PLLC, Counsel for Plaintiffs-Appellees

103. Beck, Monte D., Counsel for Plaintiffs-Appellees

104. Behenna, David G., Interested-Party-Appellant (Pro Se)

*In re Blue Cross Blue Shield Antitrust Litigation*
No. 22-13051

105. Belin, Eric R.G., Counsel for Plaintiffs-Appellees

106. Belt Law Firm, PC, Counsel for Plaintiffs-Appellees

107. Belt, Keith T., Counsel for Plaintiffs-Appellees

108. Belzer, Betsy Jane, Plaintiff-Appellee

109. BeneVive, Inc., Affiliate of Defendants-Appellees

110. Berger & Montague, P.C., Counsel for Plaintiffs-Appellees

111. Bernick, Justin, Counsel for Defendants-Appellees

112. Bhuta, Monika, Plaintiff-Appellee

113. Bishop, Martin J., Counsel for Defendants-Appellees

114. Bisio, Peter, Counsel for Defendants-Appellees

115. Blackrock, Inc., 10% Owner of a Plaintiff-Appellee

116. Blanchfield, Garrett, Counsel for Plaintiffs-Appellees

117. Bloomberg, Edward S., Counsel for Defendants-Appellees

118. Blue Care Network of Michigan, Affiliate of Defendants-Appellees

119. Blue Cross and Blue Shield of Alabama, Defendant-Appellee

120. Blue Cross and Blue Shield of Arizona, Defendant-Appellee

121. Blue Cross and Blue Shield of Florida, Defendant-Appellee

122. Blue Cross and Blue Shield of Florida, Inc., Defendant-Appellee

123. Blue Cross and Blue Shield of Florida, Inc. d/b/a Florida Blue,
    Defendant-Appellee

*In re Blue Cross Blue Shield Antitrust Litigation*
No. 22-13051

124.  Blue Cross and Blue Shield of Georgia, Defendant-Appellee

125.  Blue Cross and Blue Shield of Georgia, Inc., Defendant-Appellee

126.  Blue Cross and Blue Shield of Illinois, Affiliate of Defendants-

127.  Blue Cross and Blue Shield of Kansas, Defendant-Appellee

128.  Blue Cross and Blue Shield of Kansas City, Defendant-Appellee

129.  Blue Cross and Blue Shield of Kansas Foundation, Affiliate of

 Defendants-Appellees

130.  Blue Cross and Blue Shield of Kansas, Inc., Defendant-Appellee

131.  Blue Cross and Blue Shield of Louisiana, Defendant-Appellee

132.  Blue Cross and Blue Shield of Massachusetts, Defendant-Appellee

133.  Blue Cross and Blue Shield of Massachusetts HMO Blue, Inc.,

 Affiliate of Defendants-Appellees

134.  Blue Cross and Blue Shield of Massachusetts, Inc., Defendant-

 Appellee

135.  Blue Cross and Blue Shield of Michigan, Defendant-Appellee

136.  Blue Cross and Blue Shield of Minnesota, Defendant-Appellee

137.  Blue Cross and Blue Shield of Mississippi, Defendant-Appellee

138.  Blue Cross and Blue Shield of Montana, Affiliate of Defendants-

 Appellees

139.  Blue Cross and Blue Shield of Nebraska, Defendant-Appellee

*In re Blue Cross Blue Shield Antitrust Litigation*
No. 22-13051

140. Blue Cross and Blue Shield of New Mexico, Affiliate of Defendants- Appellees

141. Blue Cross and Blue Shield of North Carolina, Defendant-Appellee

142. Blue Cross and Blue Shield of North Carolina, Inc., Defendant-Appellee

143. Blue Cross and Blue Shield of North Dakota, Defendant-Appellee

144. Blue Cross and Blue Shield of Oklahoma, Affiliate of Defendants-Appellees

145. Blue Cross and Blue Shield of Rhode Island, Defendant-Appellee

146. Blue Cross and Blue Shield of South Carolina, Defendant-Appellee

147. Blue Cross and Blue Shield of Tennessee, Defendant-Appellee

148. Blue Cross and Blue Shield of Tennessee, Inc., Defendant-Appellee

149. Blue Cross and Blue Shield of Texas, Affiliate of Defendants-Appellees

150. Blue Cross and Blue Shield of Vermont, Defendant-Appellee

151. Blue Cross and Blue Shield of Wyoming, Defendant-Appellee

152. Blue Cross Blue Shield Association, Defendant-Appellee

153. Blue Cross Blue Shield Healthcare Plan of Georgia, Inc., Defendant- Appellee

154. Blue Cross Blue Shield of Alabama, Defendant-Appellee

*In re Blue Cross Blue Shield Antitrust Litigation*
No. 22-13051

155.  Blue Cross Blue Shield of Arizona, Defendant-Appellee

156.  Blue Cross Blue Shield of Florida, Defendant-Appellee

157.  Blue Cross Blue Shield of Massachusetts, Defendant-Appellee

158.  Blue Cross Blue Shield of Michigan, Defendant-Appellee

159.  Blue Cross Blue Shield of Michigan Mutual Insurance Company, Defendant-Appellee

160.  Blue Cross Blue Shield of Minnesota, Defendant-Appellee

161.  Blue Cross Blue Shield of Mississippi, a Mutual Insurance Company, Defendant-Appellee

162.  Blue Cross Blue Shield of Montana, Defendant-Appellee

163.  Blue Cross Blue Shield of Nebraska, Defendant-Appellee

164.  Blue Cross Blue Shield of North Carolina, Defendant-Appellee

165.  Blue Cross Blue Shield of North Dakota, Defendant-Appellee

166.  Blue Cross Blue Shield of Northeastern Pennsylvania, Defendant-Appellee

167.  Blue Cross Blue Shield of Rhode Island, Defendant-Appellee

168.  Blue Cross Blue Shield of South Carolina, Defendant-Appellee

169.  Blue Cross Blue Shield of Tennessee, Defendant-Appellee

170.  Blue Cross Blue Shield of Vermont, Defendant-Appellee

*In re Blue Cross Blue Shield Antitrust Litigation*
No. 22-13051

171.  Blue Cross Blue Shield of Wisconsin (Anthem Blue Cross Blue Shield of Wisconsin), Defendant-Appellee

172.  Blue Cross Blue Shield of Wyoming, Defendant-Appellee

173.  Blue Cross Complete of Michigan, LLC, Affiliate of Defendants-Appellees

174.  Blue Cross of California Partnership Plan, Inc., Defendant-Appellee

175.  Blue Cross of Idaho Care Plus, Inc., Affiliate of Defendants-Appellees

176.  Blue Cross of Idaho Health Service, Inc., Defendant-Appellee

177.  Blue Cross of Northeastern Pennsylvania - Wilkes-Barre, Defendant- Appellee

178.  BlueChoice HealthPlan of South Carolina, Inc., Affiliate of Defendants- Appellees

179.  BlueCross and BlueShield of North Carolina Senior Health, Affiliate of Defendants-Appellees

180.  BlueCross BlueShield Kansas Solutions, Affiliate of Defendants-Appellees

181.  Blue Shield of California, Defendant-Appellee

182.  Blue Shield of California Life & Health Insurance Company, Subsidiary of Defendants-Appellees

C13

*In re Blue Cross Blue Shield Antitrust Litigation*
No. 22-13051

183.  BMH, LLC, Affiliate of Defendants-Appellees

184.  Bodman PLC, Counsel for Defendants-Appellees

185.  Boies, Alexander McInnis, Counsel for Plaintiffs-Appellees

186.  Boies, David, Counsel for Plaintiffs-Appellees

187.  Boies, Schiller & Flexner LLP, Counsel for Plaintiffs-Appellees

188.  Bojedla, Swathi, Counsel for Plaintiffs-Appellees

189.  Bondurant Mixson & Elmore, LLP, Counsel for Interested Party-
      Appellant

190.  Boozer Law Firm, LLC, Counsel for Plaintiffs-Appellees

191.  Borgeest, Wayne, Counsel for Insurer

192.  Bowling, Jeffrey L., Counsel for Plaintiffs-Appellees

193.  Boyd, Matthew Allan Plaintiff-Appellee

194.  Bradberry, Christy, Plaintiff-Appellee

195.  Bradberry, Kevin, Plaintiff-Appellee

196.  Bradley Arant Boult Cummings, LLP, Counsel for Interested Party-
      Appellant

197.  BridgeSpan Health Company, Subsidiary of Defendants-Appellees

198.  Briggs, John, Counsel for Defendants-Appellees

199.  Brijbasi, Vijay G., Counsel for Defendants-Appellees

200.  Bronster Hoshibata, Counsel for Plaintiffs-Appellees

*In re Blue Cross Blue Shield Antitrust Litigation*
No. 22-13051

201.  Bronster, Margery S., Counsel for Plaintiffs-Appellees

202.  Brooks, John, Counsel for Insurer

203.  Brooks, Pierce, McLendon, Humphrey & Leonard, LLP, Counsel for Defendants-Appellees

204.  Bronster, Fujichaka, Robbins, ALC, Counsel for Plaintiffs-Appellees

205.  Bruner, Robert "Bo" P., Counsel for Plaintiffs-Appellees

206.  Brunini, Grantham, Grower & Hewes, PLLC, Counsel for Defendants- Appellees

207.  Buchanan, Virginia, Counsel for Plaintiffs-Appellees

208.  Burkhalter, Carl S., Counsel for Defendants-Appellees

209.  Burns Charest LLP, Counsel for Plaintiffs-Appellees

210.  Burns, Eric, Counsel for Plaintiffs-Appellees

211.  Burns, Warren T., Counsel for Plaintiffs-Appellees

212.  Burr & Forman LLP, Counsel for Insurer

213.  Bustamante, Travis A., Counsel for Defendants-Appellees

214.  Cafferty Clobes Meriwether & Sprengel LLP, Counsel for Plaintiffs-Appellees

215.  Cafferty, Patrick, Counsel for Plaintiffs-Appellees

216.  Cahaba Government Benefit Administrators, LLC, Affiliate of
      Defendants-Appellees

217.  Cahaba Medical Care, Defendant-Appellee

218.  Cahaba Safeguard Administrators, LLC, Affiliate of Defendants-
      Appellees

219.  Caliendo, Charles T., Counsel for Plaintiffs-Appellees

220.  California Physicians' Service, Defendant-Appellee

221.  California Physicians' Service, d/b/a Blue Shield of California,
      Defendant-Appellee

222.  Callister, Joshua, Counsel for Plaintiffs-Appellees

223.  Cambia Health Solutions, Inc., f/d/b/a Regence Blue Shield of
      Idaho, Regence Blue Cross Blue Shield of Oregon, Regence Blue
      Cross Blue Shield of Utah, Regence Blue Shield of Washington,
      Defendant- Appellee

224.  Campbell Partners, Counsel for Defendants-Appellees

225.  Campbell, A. Todd, Counsel for Defendants-Appellees

226.  Campbell, Andrew P., Counsel for Defendants-Appellees

227.  Capital Administrative Services, Inc., Affiliate of Defendants-
      Appellees

228. Capital Advantage Assurance Company, Affiliate of Defendants-Appellees

229. Capital Advantage Insurance Company, Affiliate of Defendants-Appellees

230. Capital BlueCross, Defendant-Appellee

231. Capital Health Plan, Inc., Affiliate of Defendants-Appellees

232. CareFirst Blue Cross and Blue Shield of Maryland, Defendant-Appellee

233. CareFirst BlueChoice, Inc., Defendant-Appellee

234. CareFirst BlueCross BlueShield, d/b/a Group Hospitalization and Medical Services and CareFirst Blue Cross Blue Shield of Maryland, Defendant-Appellee

235. CareFirst Holdings, Inc., Parent to Defendants-Appellees

236. CareFirst of Maryland, Inc., Defendant-Appellee

237. CareFirst of Maryland, Inc. d/b/a CareFirst BlueCross BlueShield, Defendant-Appellee

238. CareFirst, Inc., Defendant-Appellee

239. CareMore Health Plan, Subsidiary of Defendants-Appellees

240. CareMore Health Plan of Arizona, Inc., Subsidiary of Defendants-Appellees

241. CareMore Health Plan of Nevada, Subsidiary of Defendants-Appellees

242. CareMore Health Plan of Texas, Inc., Subsidiary of Defendants-Appellees

243. CareMore Health System, Subsidiary of Defendants-Appellees

244. Caring for Montanans, Inc., f/k/a Blue Cross and Blue Shield of Montana, Inc., Defendant-Appellee

245. Caring for Montanans, Inc., Defendant-Appellee

246. Caring Foundation, Affiliate of Defendants-Appellees

247. Carlson Lynch, Ltd., Counsel for Plaintiffs-Appellees

248. Carlson Lynch Sweet Kilpela & Carpenter, LLP, Counsel for Plaintiffs- Appellees

249. Carr, James P., Counsel for Plaintiffs-Appellees

250. Casa Blanca, LLC, Plaintiff-Appellee

251. Casey, Justine, Counsel for Insurer

252. Catamount Insurance Services, Inc., Affiliate of Defendants-Appellees

253. Cavanaugh, Patrick K., Counsel for Plaintiffs-Appellees

254. CB Roofing LLC, Plaintiff-Appellee

255. CCHA, LLC, Subsidiary of Defendants-Appellees

*In re Blue Cross Blue Shield Antitrust Litigation*
No. 22-13051

256.  Cerulean Companies, Inc., Subsidiary of Defendants-Appellees

257.  Cerven, Keith O., Plaintiff-Appellee

258.  Cerven, Teresa, M., Plaintiff-Appellee

259.  CGS Administrators, LLC, Affiliate of Defendants-Appellees

260.  Chadrow & Associates, Counsel for Plaintiffs-Appellees

261.  Chapman, Lewis & Swan, PLLC, Counsel for Plaintiffs-Appellees

262.  Chapman, Ralph E., Counsel for Plaintiffs-Appellees

263.  Charles M. Thompson PC, Counsel for Plaintiffs-Appellees

264.  Charnes, Adam H., Counsel for Defendants-Appellees

265.  Chavez, Kathleen, Counsel for Plaintiffs-Appellees

266.  Chesler, Evan, Counsel for Defendants-Appellees

267.  Childress, Jennifer D., Plaintiff-Appellee

268.  Chubb (CB) (including Federal Insurance and Executive Risk), Insurer of Defendants-Appellees

269.  Cihlar, Nate, Counsel for Plaintiffs-Appellees

270.  Claim Management Services, Inc., Subsidiary of Defendants-Appellees

271.  Clark, Anna Mercado, Counsel for Defendants-Appellees

272.  Clement, Paul D., Counsel for Defendants-Appellees

273.  Clobes, Bryan, Counsel for Plaintiffs-Appellees

*In re Blue Cross Blue Shield Antitrust Litigation*

No. 22-13051

274.    Cobalt Benefits Group, LLC, Affiliate of Defendants-Appellees

275.    COBX Inc., Affiliate of Defendants-Appellees

276.    Cochran, George W., Counsel for Interested Party-Appellant

277.    Cochran, Jennifer, Interested Party-Appellant (Pro Se)

278.    Coffey Burlington, Counsel for Defendants-Appellees

279.    Coffin, Christopher, Counsel for Plaintiffs-Appellees

280.    Cohen Milstein Sellers & Toll PLLC, Counsel for Plaintiffs-Appellees

281.    Cohen, Lucile H., Counsel for Defendants-Appellees

282.    Colatriano, Vincent J., Counsel for Plaintiffs-Appellees

283.    Comet Capital LLC, Plaintiff-Appellee

284.    Commencement Bay Risk Management Insurance Company, Subsidiary of Defendants-Appellees

285.    Community Care Health Plan of Louisiana, Inc. d/b/a Healthy Blue, Subsidiary of Defendants-Appellees

286.    Community Care Health Plan of Nevada, Inc., Subsidiary of Defendants-Appellees

287.    Community Insurance Company, Defendant-Appellee

288.    Community Insurance Company as Anthem Blue Cross Blue Shield of Ohio, Defendant-Appellee

289.   Companion Benefit Alternatives, Inc., Affiliate of Defendants-Appellees

290.   Companion Data Services, LLC, Affiliate of Defendants-Appellees

291.   Companion Life Insurance Company, Affiliate of Defendants-Appellees

292.   Companion Life Insurance Company of California, Affiliate of Defendants-Appellees

293.   Comparato, Paige, Counsel for Defendants-Appellees

294.   Compcare Health Services Insurance Corporation, Affiliate of Defendants-Appellees

295.   Comprehensive Benefits Administrators, Inc., Affiliate of Defendants- Appellees

296.   Concepcion Martinez & Bellido, Counsel for Defendants-Appellees

297.   Concepcion, Esq., Carlos F., Counsel for Defendants-Appellees)

298.   Connally, III, N. Thomas, Counsel for Defendants-Appellees

299.   Conner, Timothy J., Counsel for Defendants-Appellees

300.   Connor, Glen M., Counsel for Plaintiffs-Appellees

301.   Conrad Watson Air Conditioning, Inc., Plaintiff-Appellee

302.   Consolidated Benefits, Inc., Affiliate of Defendants-Appellees

*In re Blue Cross Blue Shield Antitrust Litigation*
No. 22-13051

303.  Consumer Financial Education Foundation of America, Inc.,
      Plaintiff- Appellee

304.  Conway, D.C., Jerry L., Plaintiff-Appellee

305.  Coolidge, Melinda, Counsel for Plaintiffs-Appellees

306.  Cooper & Kirk, PLLC, Counsel for Plaintiffs-Appellees

307.  Cooper, Charles J., Counsel for Plaintiffs-Appellees

308.  Cooper, Davis, Counsel for Plaintiffs-Appellees

309.  Corporate Benefits Services, Inc., Affiliate of Defendants-Appellees

310.  Cory Watson Crowder & DeGaris, P.C., Counsel for Plaintiffs-
      Appellees

311.  Cory Watson, P.C., Counsel for Plaintiffs-Appellees

312.  Costello, Honor R., Counsel for Defendants-Appellees

313.  Cottrell, P.C., Christa C., Counsel for Defendants-Appellees

314.  Coulson, David A., Counsel for Defendants-Appellees

315.  Cowan, R. Christopher, Counsel for Plaintiffs-Appellees

316.  Cowan Law Firm, Counsel for Plaintiffs-Appellees

317.  Cozen O'Connor, Counsel for Plaintiffs-Appellees

318.  Craker, Aaron, Interested Party-Appellant (Pro Se)

319.  Cramer, Eric L., Counsel for Plaintiffs-Appellees

320.  Cravath Swaine & Moore, Counsel for Defendants-Appellees

*In re Blue Cross Blue Shield Antitrust Litigation*
No. 22-13051

321.  Crispin, R. Randal, Counsel for Insurer

322.  Crossroads Acquisition Corp., Subsidiary of Defendants-Appellees

323.  Crowe & Dunlevy, Counsel for Defendants-Appellees

324.  Crowell & Moring LLP, Counsel for Defendants-Appellees

325.  Cude, Donna Smith, Counsel for Plaintiffs-Appellees

326.  Cunningham, Mark A., Counsel for Defendants-Appellees

327.  Curtis, Frank, Plaintiff-Appellee

328.  Cylkowski, Sarah L., Counsel for Defendants-Appellees

329.  Dampier Law Group, P.C., Counsel for Plaintiffs-Appellees

330.  Dampier, M. Stephen, Counsel for Plaintiffs-Appellees

331.  Davidson, Jennifer Ray, Plaintiff-Appellee

332.  Davis, Greg, Counsel for Plaintiffs-Appellees

333.  Deal, Cooper, & Holton, LLP, Counsel for Plaintiffs-Appellees

334.  DeCare Dental, LLC, Subsidiary of Defendants-Appellees

335.  DeCare Dental Health International, LLC, Subsidiary of Defendants-Appellees

336.  DeCare Dental Insurance Ireland, Ltd., Subsidiary of Defendants-Appellees

337.  DeCare Dental Networks, LLC, Subsidiary of Defendants-Appellees

338.  DeGaris, Annesley H., Counsel for Plaintiffs-Appellees

*In re Blue Cross Blue Shield Antitrust Litigation*

No. 22-13051

339.  Del Sole Cavanaugh Stroyd, LLC, Counsel for Plaintiffs-Appellees

340.  Del Sole, Steven J., Counsel for Plaintiffs-Appellees

341.  Dellaccio, Douglas, Counsel for Plaintiffs-Appellees

342.  DeMasi, Karin, Counsel for Defendants-Appellees

343.  Dental Management Administrators, Inc., Affiliate of Defendants-Appellees

344.  Designated Agent Company, Inc., Subsidiary of Defendants-Appellees

345.  Dickinson Wright, PLLC, Counsel for Defendants-Appellees

346.  Dickinson, Mackaman, Tyler & Hagen, P.C., Counsel for Defendants- Appellees

347.  Diddle, Samuel A., Counsel for Defendants-Appellees

348.  Doherty, Ronan, Counsel for Interested Party-Appellant

349.  Dominick Feld Hyde PC, Counsel for Plaintiffs-Appellants

350.  Dominion Dental Services of New Jersey, Inc., Affiliate of Defendants- Appellees

351.  Dominion Dental Services USA, Inc., Dominion National, Affiliate of Defendants-Appellees

352.  Dominion Dental Services, Inc., d/b/a Dominion National, Affiliate of Defendants-Appellees

*In re Blue Cross Blue Shield Antitrust Litigation*
No. 22-13051

353. Dominion Dental USA, Inc., Affiliate of Defendants-Appellees

354. Dominion National Insurance Company of New Jersey, Affiliate of Defendants-Appellees

355. Donaldson Guin LLC, Counsel for Plaintiffs-Appellees

356. Donnell, Sarah J., Counsel for Defendants-Appellees

357. Dorr, Jr., Luther M., Counsel for Defendants-Appellees

358. Draper, Hayward L., Counsel for Defendants-Appellees

359. Dryden, Benjamin R., Counsel for Defendants-Appellees

360. Dyer, Karen, Counsel for Plaintiffs-Appellees

361. EAP Alliance Incorporated, Affiliate of Defendants-Appellees

362. Eberle Berlin, Kading, Turnbow & McKlveen, Chartered, Counsel for Defendants-Appellees

363. EEPA, LLC, Affiliate of Defendants-Appellees

364. Eisler, Robert, Counsel for Plaintiffs-Appellees

365. Empire HealthChoice Assurance, Inc., Defendant-Appellee

366. Empire HealthChoice Assurance, Inc., f/k/a Empire Blue Cross Blue Shield, Defendant-Appellee

367. Empire HealthChoice HMO, Inc., Subsidiary of Defendants-Appellees

368. Employee Services, Inc., Interested Party-Appellant

369.  Encore System Professionals, LLC, Affiliate of Defendants-Appellees

370.  Endurance Specialty Insurance Ltd., Insurer of Defendants-Appellees

371.  Enterprise Law Group, LLP, Counsel for Plaintiffs-Appellees

372.  Entrust Administrative Services, Inc., Affiliate of Defendants-Appellees

373.  Entrust Agencies, LLC, Affiliate of Defendants-Appellees

374.  Entrust Group, Inc., Affiliate of Defendants-Appellees

375.  Entrust, LLC, Affiliate of Defendants-Appellees

376.  Excellus Blue Cross Blue Shield, Defendant-Appellee

377.  Excellus BlueCross BlueShield of New York, Defendant-Appellee

378.  Excellus Health Plan, Inc. d/b/a Excellus BlueCrossBlueShield, Defendant-Appellee

379.  Excellus Healthcare, Inc., d/b/a Excellus BlueCross BlueShield, Defendant-Appellee

380.  Faegre Baker Daniels LLP, Counsel for Defendants-Appellees

381.  Feinstein, Richard A., Counsel for Plaintiffs-Appellees

382.  Ficaro, James, Counsel for Plaintiffs-Appellees

383.  First Administrators, Inc., Defendant-Appellee

*In re Blue Cross Blue Shield Antitrust Litigation*

No. 22-13051

384. Fleming, Michael J., Counsel for Plaintiffs-Appellees

385. Florida Combined Life, Affiliate of Defendants-Appellees

386. Florida Health Care Plan, Inc., Affiliate of Defendants-Appellees

387. Freedom Health, Inc., Subsidiary of Defendants-Appellees

388. Foley & Lardner LLP, Counsel for Defendants-Appellees

389. Foote, Mielke, Chavez & O'Neil LLC, Counsel for Plaintiffs-Appellees

390. Foote, Robert M., Counsel for Plaintiffs-Appellees

391. Forbes Law Group, LLC, Counsel for Plaintiffs-Appellees

392. Forbes, Frankie J, Counsel for Plaintiffs-Appellees

393. Forsythe, Debora, Plaintiff-Appellee

394. Forsythe, Tony, Plaintiff-Appellee

395. Fort McClellan Credit Union, Plaintiff-Appellee

396. Fowler, Jeffrey John, Counsel for Defendants-Appellees

397. Franz, Morgan B., Counsel for Defendants-Appellees

398. Free State Growers, Inc., Plaintiffs-Appellees

399. Freedman Boyd Hollander, Counsel for Plaintiffs-Appellees

400. Fronk, Casey R., Counsel for Defendants-Appellees

401. Fujichaku, Rex Y., Counsel for Plaintiffs-Appellees

402. G&S Trailer Repair Inc., Plaintiff-Appellee

403. Galactic Funk Touring, Inc., Plaintiff-Appellee

404. Gankendorff, Edgar D., Counsel for Plaintiffs-Appellees

405. Garner, Jeffrey S., Plaintiff-Appellee

406. Gaston CPA Firm, P.C., Plaintiff-Appellee

407. GC/AAA Fences, Inc., Plaintiff-Appellee

408. Gebremariam, Helam, Counsel for Defendants-Appellees

409. Geneia Holdings LLC, Affiliate of Defendants-Appellees

410. Geneia Insights and Innovations LLC, Affiliate of Defendants-Appellees

411. Geneia LLC, Affiliate of Defendants-Appellees

412. Geneia Management Solutions LLC, Affiliate of Defendants-Appellees

413. Gentle III, Edgar C., Special Master

414. Giarmarco, Mullins & Horton, P.C., Counsel for Plaintiffs-Appellees

415. Giglio, Jr., Joseph C., Counsel for Defendants-Appellees

416. Gilbert, Sarah, Counsel for Defendants-Appellees

417. Gillis, H. Lewis, Counsel for Plaintiffs-Appellees

418. Given, Robert S. W., Counsel for Defendants-Appellees

419. Global TPA, LLC, Subsidiary of Defendants-Appellees

*In re Blue Cross Blue Shield Antitrust Litigation*
No. 22-13051

420.  Golden Security Insurance Co., Affiliate of Defendants-Appellees

421.  Golden West Health Plan, Inc., Subsidiary of Defendants-Appellees

422.  Goodin, Janeen, Plaintiff-Appellee

423.  Goodman, Jason, Plaintiff-Appellee

424.  Goodman, Tom A., Plaintiff-Appellee

425.  Goodsir, David, Counsel for Defendants-Appellees

426.  Gordon Ball Law Office, Counsel for Plaintiffs-Appellees

427.  Gordon Jr., Ben W., Counsel for Plaintiffs-Appellees

428.  Government Management Services, LLC, Affiliate of Defendants-Appellees

429.  Grabar Law Office, Counsel for Plaintiffs-Appellees

430.  Grant & Eisenhofer, Counsel for Plaintiffs-Appellees

431.  Greg Davis Law, LLC, Counsel for Plaintiffs-Appellees

432.  Greater Georgia Life Insurance Company, Subsidiary of Defendants- Appellees

433.  Green, Cheri D., Counsel for Defendants-Appellees

434.  Greenberg Traurig, PA, Counsel for Defendants-Appellees

435.  Group Hospitalization and Medical Services, Inc., Defendant-Appellee

*In re Blue Cross Blue Shield Antitrust Litigation*
No. 22-13051

436.  Group Hospitalization and Medical Services, Inc. d/b/a CareFirst BlueCross BlueShield, Defendant-Appellee

437.  Group Insurance Services, Inc., Affiliate of Defendants-Appellees

438.  GuideWell Mutual Holding Corporation, Parent to Defendants-Appellees

439.  Guin, David J., Counsel for Plaintiffs-Appellees

440.  Guin, Stokes & Evans, LLC, Counsel for Plaintiffs-Appellees

441.  Gustafson Gluek PLLC, Counsel for Plaintiffs-Appellees

442.  Gustafson, Daniel E., Counsel for Plaintiffs-Appellees

443.  Haden, Ed R., Counsel for Defendants-Appellees

444.  Hansen, Chad D., Counsel for Defendants-Appellees

445.  Hare, Scott M., Counsel for Plaintiffs-Appellees

446.  Harrell, J. Wells, Counsel for Plaintiffs-Appellees

447.  Harvalis, Jim, Affiliated with Counsel for Defendants-Appellees

448.  Harwood, Jr., Hon. R. Bernard, Special Master

449.  Hauser, Brian C., Counsel for Defendants-Appellees

450.  Hausfeld LLP, Counsel for Plaintiffs-Appellees

451.  Hausfeld, Michael, Counsel for Plaintiffs-Appellees

452.  Hawaii Medical Service Association d/b/a Blue Cross and Blue Shield of Hawaii, Defendant-Appellee

*In re Blue Cross Blue Shield Antitrust Litigation*
No. 22-13051

453.   Hawran, Gregory R., Counsel for Defendants-Appellees

454.   Hayes, Lisa N., Counsel for Plaintiffs-Appellees

455.   Hazzard Law, LLC, Counsel for Plaintiffs-Appellees

456.   Hazzard, Brent, Counsel for Plaintiffs-Appellees

457.   HD Operations Holding Company, Inc.

458.   Health and Wellness Partners, Inc., Affiliate of Defendants-
       Appellees

459.   Healthbox Nashville LLC, Affiliate of Defendants-Appellees

460.   Health Care Service Corporation, Defendant-Appellee

461.   Health Care Service Corporation d/b/a Blue Cross Blue Shield of
       Illinois, Blue Cross Blue Shield of New Mexico, Blue Cross Blue
       Shield of Oklahoma, Blue Cross and Blue Shield of Montana, Blue
       Cross Blue Shield of Texas, Defendant-Appellee

462.   Healthcare Business Solutions, LLC, Affiliate of Defendants-
       Appellees

463.   HealthKeepers, Inc., Subsidiary of Defendants-Appellees

464.   HealthLink HMO, Inc., Subsidiary of Defendants-Appellees

465.   HealthLink, Inc., Subsidiary of Defendants-Appellees

466.   Healthcare Management Administrators, Inc., Subsidiary of
       Defendants-Appellees

*In re Blue Cross Blue Shield Antitrust Litigation*
No. 22-13051

467.  Health Management Corporation, Subsidiary of Defendants-Appellees

468.  HealthNow New York Inc., Defendant-Appellee

469.  HealthNow New York Inc., d/b/a Blue Cross Blue Shield of Western New York and Blue Shield of Northeastern New York, Defendant-Appellee

470.  HealthNow Systems, Inc., Defendant-Appellee

471.  Health Options, Inc., Affiliate of Defendants-Appellees

472.  HealthPlus HP, LLC, Subsidiary of Defendants-Appellees

473.  HealthSun Health Plans, Inc., Subsidiary of Defendants-Appellees

474.  Healthy Alliance Life Insurance Company, Defendant-Appellee

475.  Hedlund, Daniel C., Counsel for Plaintiffs-Appellees

476.  Hellums, Chris T., Counsel for Plaintiffs-Appellees

477.  Hendren & Malone PLLC, Counsel for Plaintiffs-Appellees

478.  Herman, Matthew J., Counsel for Plaintiffs-Appellees

479.  Hess, Hess & Daniel, P.C., Plaintiff-Appellee

480.  Hibbett Retail, Inc., Plaintiff-Appellee

481.  Hibbett Sporting Goods, Inc., Plaintiff-Appellee

482.  Hibbett Inc. (Nasdaq: HIBB), Parent of Plaintiff-Appellee

*In re Blue Cross Blue Shield Antitrust Litigation*
No. 22-13051

483.  Highmark Blue Cross and Blue Shield of Delaware, Affiliate of Defendants-Appellees

484.  Highmark Blue Cross Blue Shield of Delaware, Inc., Defendant-Appellee

485.  Highmark Blue Cross Blue Shield of West Virginia, Defendant-Appellee

486.  Highmark Health, Parent to Defendants-Appellees

487.  Highmark Health Services, d/b/a Highmark Blue Cross Blue Shield of Delaware, Highmark Blue Cross Blue Shield, and Highmark Blue Cross Blue Shield of West Virginia, Defendant-Appellee

488.  Highmark Inc., Defendant-Appellee

489.  Highmark West Virgina Inc., Affiliate of Defendants-Appellees

490.  Highway to Health, Inc., Affiliate of Defendants-Appellees

491.  Hill, Hill, Carter, Franco, Cole, & Black, PC, Counsel for Defendants- Appellees

492.  Hill, Angie, Plaintiff-Appellee

493.  Hill, Ross, Plaintiff-Appellee

494.  HMO Colorado, Subsidiary of Defendants-Appellees

495.  HMO Louisiana, Inc., Affiliate of Defendants-Appellees

496.  HMO Missouri Inc., Defendant-Appellee

*In re Blue Cross Blue Shield Antitrust Litigation*
No. 22-13051

497.  HMO Missouri, Inc. (Anthem Blue Cross and Blue Shield of Missouri), Defendant-Appellee

498.  HMO Partners, Inc., Affiliate of Defendants-Appellees

499.  HMSA BSH, Inc., Affiliate of Defendants-Appellees

500.  HMSA Foundation, Inc., Affiliate of Defendants-Appellees

501.  Hodge, David J., Counsel for Plaintiffs-Appellees

502.  Hofmeister, Dan, Counsel for Defendants-Appellees

503.  Hogan Lovells US LLP, Counsel for Defendants-Appellees

504.  Hogan, E. Desmond, Counsel for Defendants-Appellees

505.  Hogewood, Mark M., Counsel for Defendants-Appellees

506.  Holland & Knight, Counsel for Defendants-Appellees

507.  Holmes, Janet Brooks, Counsel for Plaintiffs-Appellees

508.  Holmstead, Zachary D., Counsel for Defendants-Appellees

509.  Holton, John R., Counsel for Plaintiffs-Appellees

510.  Holton, Timothy R., Counsel for Plaintiffs-Appellees

511.  Home Depot Group Benefits Plan

512.  The Home Depot, Inc. (HD)

513.  The Home Depot Medical and Dental Plan

514.  The Home Depot U.S.A., Inc., Interested Party-Appellant

515.  Homer Law Firm, PC, Counsel for Plaintiffs-Appellees

516.    Hoover, Craig A., Counsel for Defendants-Appellees

517.    Horizon Blue Cross and Blue Shield of New Jersey, Defendant-Appellee

518.    Horizon Blue Cross Blue Shield of New Jersey, Defendant-Appellee

519.    Horizon Casualty Services, Inc., Affiliate of Defendants-Appellees

520.    Horizon Healthcare Dental, Inc., Affiliate of Defendants-Appellees

521.    Horizon Healthcare of New Jersey, Inc. (which also operates under the name Horizon NJ Health), Affiliate of Defendants-Appellees

522.    Horizon Healthcare Services, Inc. d/b/a Horizon Blue Cross and BlueShield of New Jersey, Defendant-Appellee

523.    Horizon Healthcare Services, Inc. d/b/a Horizon Blue Cross Blue Shield of New Jersey, Defendant-Appellee

524.    Horizon Insurance Company, Affiliate of Defendants-Appellees

525.    Horner, Chelsea L., a.k.a. Chelsea Horner Templeton, Plaintiff-Appellee.

526.    Horton, William H., Counsel for Plaintiffs-Appellees

527.    Hospital Service Association of Northeastern Pennsylvania d/b/a Blue Cross of Northeastern Pennsylvania, Defendant-Appellee

528.    Hospital Service Association of Northeastern Pennsylvania d/b/a Blue Cross of Northeastern Pennsylvania, Defendant-Appellee

*In re Blue Cross Blue Shield Antitrust Litigation*
No. 22-13051

529.  Hume, Hamish P.M., Counsel for Plaintiffs-Appellees

530.  IMA, Inc., Affiliate of Defendants-Appellees

531.  Ichter, Davis, Counsel for Plaintiffs-Appellees

532.  Independence Blue Cross, LLC, Parent to Defendants-Appellees

533.  Independence Health Group Inc., Parent to Defendants-Appellees

534.  Independence Hospital Indemnity Plan, Inc., f/k/a Independence Blue Cross, Defendant-Appellee

535.  IngenioRx, Inc., Subsidiary of Defendants-Appellees

536.  Instil Health Insurance Company, Affiliate of Defendants-Appellees

537.  Insua, Nicholas, Counsel for Defendants-Appellees

538.  Integrated Services, Inc., Affiliate of Defendants-Appellees

539.  International Plan Solutions, LLC, Affiliate of Defendants-Appellees

540.  Iron Gate Technology, Inc., Plaintiff-Appellee

541.  Ironshore Inc., Insurer of Defendants-Appellees

542.  Iron-Starr Excess Agency Ltd., Insurer of Defendants-Appellees

543.  Isaacson, William A., Counsel for Plaintiffs-Appellees

544.  Jackson, Anthony F., Counsel for Plaintiff-Appellee

545.  James Hoyer, P.A., Plaintiff-Appellee

546.  Jameson, Joel, Plaintiffs-Appellees

*In re Blue Cross Blue Shield Antitrust Litigation*
No. 22-13051

547. Jenks and Associates, Counsel for Plaintiffs-Appellees

548. Jenks III, James K., Counsel for Plaintiffs-Appellees

549. Jenner & Block LLP, Counsel for Defendants-Appellees

550. Jewelers Trade Shop, Plaintiff-Appellee

551. John D. Saxon, P.C., Counsel for Plaintiffs-Appellees

552. Johnson, John M., Counsel for Defendants-Appellees

553. Johnston, Clint, Plaintiff-Appellee

554. Jones & Swartz PLLC, Counsel for Plaintiffs-Appellees

555. Jones Ward PLC, Counsel for Plaintiffs-Appellees

556. Jones, Bruce C., Counsel for Plaintiffs-Appellees

557. Jones, Lawrence, Counsel for Plaintiffs-Appellees

558. Jones, Megan, Counsel for Plaintiffs-Appellees

559. Jose, Elizabeth, Counsel for Defendants-Appellees

560. Kalisky, Alyssa C., Counsel for Defendants-Appellees

561. Kapke & Willerth LLC, Counsel for Plaintiffs-Appellees

562. Kaplan, Andrew D., Counsel for Defendants-Appellees

563. Kappel, Brian P., Counsel for Defendants-Appellees

564. Kaufman, R. David, Counsel for Defendants-Appellees

565. Kaufman Borgeest & Ryan LLP, Counsel for Insurer

566. Kellner, William E., Counsel for Defendants-Appellees

567.  Kelso, Trent, Plaintiff-Appellee

568.  Kennedy, Lauren R., Counsel for Defendants-Appellees

569.  Kenney, Jeannine M., Counsel for Plaintiffs-Appellees

570.  Keystone Health Plan Central, Inc., Affiliate of Defendants-Appellees

571.  Keystone Medical Imaging, LLC, Affiliate of Defendants-Appellees

572.  Kilene, Jason S., Counsel for Plaintiffs-Appellees

573.  Kilpatrick Townsend & Stockton LLP, Counsel for Defendants-Appellees

574.  Kilpela, Jr., Edwin, J., Counsel for Plaintiffs-Appellees

575.  Kimble, Cavender C., Counsel for Defendants-Appellees

576.  Kirk, Michael, Counsel for Plaintiffs-Appellees

577.  Kirkland & Ellis LLP, Counsel for Defendants-Appellees

578.  Knapp, Scott R., Counsel for Defendants-Appellees

579.  Knott, Jason M., Counsel for Plaintiffs-Appellees

580.  Koch, H. James, Counsel for Defendants-Appellees

581.  Kochanowski, Andrew J., Counsel for Plaintiffs-Appellees

582.  Korn, David H., Counsel for Defendants-Appellees

583.  Kravitz, Carl S., Counsel for Plaintiffs-Appellees

584.  Krieger, Mark, Plaintiff-Appellee

*In re Blue Cross Blue Shield Antitrust Litigation*
No. 22-13051

585. Kudulis, Johnathan, Counsel for Plaintiffs-Appellees

586. Kudulis, Resisinger, & Price, Counsel for Plaintiffs-Appellees

587. Labauve, Elizabeth Barnett, Counsel for Defendants-Appellees

588. Lambert, Kenneth, Counsel for Defendants-Appellees

589. Langston & Lott, P.A., Counsel for Plaintiffs-Appellees

590. L Laytin, P.C., Daniel E., Counsel for Defendants-Appelleesaw

     Office of Stephen M. Hansen, Counsel for Plaintiffs-Appellees

591. Laytin, P.C., Daniel E., Counsel for Defendants-Appellees

592. Lemmon Law Firm, Counsel for Plaintiffs-Appellees

593. Lemmon, Andrew, Counsel for Plaintiffs-Appellees

594. Levin Papantonio Thomas Mitchell Rafferty & Proctor, P.A.,

     Counsel for Plaintiffs-Appellees

595. Lieberman, Michael W., Counsel for Defendants-Appellees

596. LifeMap Assurance Company, Subsidiary of Defendants-Appellees

597. Life Secure Insurance Company Holdings, Affiliate of Defendants-

     Appellees

598. Lifetime Healthcare, Inc., Defendant-Appellee

599. Lightfoot Franklin & White LL, Counsel for Defendants-Appellees

600. Liskow & Lewis, Counsel for Plaintiffs-Appellees

C39

*In re Blue Cross Blue Shield Antitrust Litigation*
No. 22-13051

601. Lite Depalma Greenberg & Afanador, LLC, Counsel for Plaintiffs-Appellees

602. Little, Jonathan Charles - Counsel for Plaintiffs-Appellees

603. Lloyd's of London, Insurer of Defendants-Appellees

604. Lockard & Williams Insurance Services, Inc., Affiliate of Defendants- Appellees

605. Lockridge Grindal Nauen P.L.L.P, Counsel for Plaintiffs-Appellees

606. London ACE, Insurer of Defendants-Appellees

607. Lott, Casey Langston, Counsel for Plaintiffs-Appellees

608. Louisiana Health Service & Indemnity Company d/b/a Blue Cross and Blue Shield of Louisiana, Defendant-Appellee

609. Lovell & Nalley, Counsel for Plaintiffs-Appellees

610. Lowrey, IV, Frank M., Counsel for Interested Party-Appellant

611. Lydian, LLC, Affiliate of Defendants-Appellees

612. Lytle, Joann, Counsel for Defendants-Appellees

613. Macrae, Amy, Plaintiff-Appellee

614. Maier, Jeny M., Counsel for Defendants-Appellees

615. Malatesta, III, John Thomas A., Counsel for Defendants-Appellees

616. Malone, J. Michael, Counsel for Plaintiffs-Appellees

617. Mandel and Mandel, LLP, Counsel for Plaintiffs-Appellees

*In re Blue Cross Blue Shield Antitrust Litigation*

No. 22-13051

618.  Mann, Jonathan S., Counsel for Plaintiffs-Appellees

619.  Marino Law, PLLC, Counsel for Plaintiffs-Appellees

620.  Mark W. Wasvery, PC, Counsel for Defendants-Appellees

621.  Marshall III, Charles F., Counsel for Defendants-Appellees

622.  Martin, John D., Counsel for Defendants-Appellees

623.  Martin, Scott Allen, Counsel for Plaintiffs-Appellees

624.  Martinez, Jr., Esq., Elio F., Counsel for Defendants-Appellees

625.  Massachusetts Benefit Administrators, LLC, Affiliate of
      Defendants- Appellees

626.  Mathias, John, Counsel for Defendants-Appellees

627.  Matthew Thornton Health Plan, Inc., Subsidiary of Defendants-
      Appellees

628.  Maynard Cooper & Gale PC, Counsel for Defendants-Appellees

629.  McCafee & Taft, P.C., Counsel for Interested Party-Appellant

630.  McCallum, Methvin & Terrell, PC, Counsel for Plaintiffs-Appellees

631.  McCallum, Phillip W., Counsel for Plaintiffs-Appellees

632.  McCarter & English, LLP, Counsel for Defendants-Appellees

633.  McDevitt, Larry, Counsel for Plaintiffs-Appellees

634.  McDonald, Yawanna N., Counsel for Defendants-Appellees

635.  McDonough, James C., Counsel for Plaintiffs-Appellees

636.  McDowell, M. Patrick, Counsel for Defendants-Appellees

637.  McGartland & Borchardt LLP, Counsel for Plaintiffs-Appellees

638.  McGartland, Michael, Counsel for Plaintiffs-Appellees

639.  McGartland Law Firm, PLLC, Counsel for Plaintiffs-Appellees

640.  McGill, Brian, Plaintiff-Appellee

641.  McGill, Rochelle, Plaintiff-Appellee

642.  McKane, Mark E., Counsel for Defendants-Appellees

643.  McKay Cauthen Settana and Stubley, Counsel for Plaintiffs-Appellees

644.  McLean, Ronald H., Counsel for Defendants-Appellees

645.  McLeod, Aaron G., Counsel for Defendants-Appellees

646.  MCS Holdings, Inc., Affiliate of Defendants-Appellees

647.  Means Gillis Law, LLC, Counsel for Plaintiffs-Appellees

648.  Medical Helpline, LLC, Affiliate of Defendants-Appellees

649.  Medrisk Actuarial Services, LLC, Affiliate of Defendants-Appellees

650.  Meierhenry Sargent LLP, Counsel for Plaintiffs-Appellees

651.  Menge, Mary G., Counsel for Defendants-Appellees

652.  Meridian Resources Company, LLC, Subsidiary of Defendants-Appellees

653.  Meriwether, Ellen, Counsel for Plaintiffs-Appellees

*In re Blue Cross Blue Shield Antitrust Litigation*
No. 22-13051

654. Methvin, Terrell, Yancy, Stephens & Miller, P.C., Counsel for Plaintiffs-Appellees

655. Methvin, Jr., Robert G., Counsel for Plaintiffs-Appellees

656. Meyers, D. Kent, Counsel for Defendants-Appellees

657. Midwest Benefit Consultants, Inc., Defendant-Appellee

658. Mills, Linda, Plaintiff-Appellee

659. Montis, Inc., Plaintiff-Appellee

660. Morris, King & Hodge, Counsel for Plaintiffs-Appellees

661. Morris, Scott A., Plaintiff-Appellee

662. Mosaic Group Services, LLC, Affiliate of Defendants-Appellees

663. Moylan, Daniel Patrick, Counsel for Plaintiffs-Appellees

664. Murphy & Murphy LLC, Counsel for Plaintiffs-Appellees

665. Murphy, Erin E., Counsel for Defendants-Appellees

666. Murphy, Michael L., Counsel for Plaintiffs-Appellees

667. My Care Alabama, Inc., Affiliate of Defendants-Appellees

668. Nalley, John Doyle, Counsel for Plaintiffs-Appellees

669. Naranjo, Michael A., Counsel for Defendants-Appellees

670. Nast, Dianne M., Counsel for Plaintiffs-Appellees

671. NastLaw LLC, Counsel for Plaintiffs-Appellees

672. NDBH Holding Company, LLC, Affiliate of Defendants-Appellees

673. Nelson Mullins Riley & Scarborough LLP, Counsel for Defendants-Appellees

674. Nelson, Christopher, Counsel for Plaintiffs-Appellees

675. Netting, Irma L., Counsel for Plaintiffs-Appellees

676. New Directions Behavioral Health, LLC, Affiliate of Defendants-Appellees

677. Niagara Life and Health Insurance Company, Affiliate of Defendants- Appellees

678. Nix, Jess R., Counsel for Defendants-Appellees

679. Nix, Richard D., Counsel for Interested Party-Appellant

680. NobleHealth, Inc., Affiliate of Defendants-Appellees

681. Nordin, Daniel J., Counsel for Plaintiffs-Appellees

682. Noridian Mutual Insurance Company, d/b/a Blue Cross Blue Shield of North Dakota, Defendant-Appellee

683. Norman, Brian K., Counsel for Defendants-Appellees

684. Nyemaster Goode PC, Counsel for Defendants-Appellees

685. O'Brien, Charles A., Counsel for Defendants-Appellees

686. O'Connell, Sean T., Counsel for Plaintiffs-Appellees

687. Ogletree Deakins Nash Smoak & Stewart PC, Counsel for Defendants- Appellees

*In re Blue Cross Blue Shield Antitrust Litigation*
No. 22-13051

688.  O'Melveny & Myers LLP, Counsel for Defendants-Appellees

689.  OneBeacon Insurance Group (including Atlantic Specialty Insurance Company and Homeland Insurance Company), Insurer of Defendants- Appellees

690.  Onlife Health, Inc., Affiliate of Defendants-Appellees

691.  Optimum Healthcare, Inc., Subsidiary of Defendants-Appellees

692.  PGBA, LLC, Affiliate of Defendants-Appellees

693.  Pacella, Mario Anthony, Counsel for Plaintiffs-Appellees

694.  Page, Edwin Allen, Counsel for Interested Party-Appellant

695.  Palmer, Tim A., Counsel for Defendants-Appellees

696.  Palmetto GBA, LLC, Affiliate of Defendants-Appellees

697.  Paul Weiss Rifkind Wharton – Counsel for Plaintiffs-Appellees

698.  Payne, Joshua K., Counsel for Defendants-Appellees

699.  Payton, Gwendolyn C., Counsel for Defendants-Appellees

700.  PCS, LLC, Affiliate of Defendants-Appellees

701.  Pearce, Bevill, Leesburg, Moore, P.C., Plaintiff-Appellee

702.  Pendley, Baudin & Coffin LLP, Counsel for Plaintiffs-Appellees

703.  Pendley, Patrick W., Counsel for Plaintiffs-Appellees

704.  Penney, Brant, Counsel for Plaintiffs-Appellees

705.  Pennington, Michael R., Counsel for Interested Party-Appellant

*In re Blue Cross Blue Shield Antitrust Litigation*
No. 22-13051

706.  Perlman, Alan J., Counsel for Defendants-Appellees

707.  Pete Moore Chevrolet, Inc., Plaintiff-Appellee

708.  Peterson, Rebecca, Counsel for Plaintiffs-Appellees

709.  Pettus Plumbing & Piping, Inc, Plaintiff-Appellee

710.  Pham, Allison N., Counsel for Defendants-Appellees

711.  Phillips Lytle LLP, Counsel for Defendants-Appellees

712.  Physicians' Service, d/b/a Blue Shield of California, Defendant-Appellee

713.  Piercy, Deborah, Plaintiff-Appellee

714.  Pioneer Farm Equipment, Inc., Plaintiff-Appellee

715.  Pittman Dutton Hellums, Bradley and Mann, P.C., Counsel for Plaintiffs-Appellees

716.  Planned Administrators, Inc., Affiliate of Defendants-Appellees

717.  Pollack-Avery, Elizabeth, Counsel for Plaintiffs-Appellees

718.  Preferred Care Services, Inc., Affiliate of Defendants-Appellees

719.  Premara Blue Cross of Washington, Defendant-Appellee

720.  Premara, d/b/a Premara Blue Cross Blue Shield of Alaska, Defendant- Appellee

721.  Premera Blue Cross, d/b/a Premera Blue Cross Blue Shield of Alaska, Defendant-Appellee

*In re Blue Cross Blue Shield Antitrust Litigation*
No. 22-13051

722.   Priester, James L., Counsel for Defendants-Appellees

723.   Prime Therapeutics, LLC, Affiliate of Defendants-Appellees

724.   Proctor, Hon. R. David (N.D. Ala.)

725.   Provosty & Gankendorff, LLC, Counsel for Plaintiffs-Appellees

726.   Putnam, Hon. T. Michael (N.D. Ala.)

727.   Quinlan, Patrick J., Counsel for Plaintiffs-Appellees

728.   Quinn, Connor, Weaver, Davies & Ruoco LLP, Counsel for
        Plaintiffs- Appellees

729.   Ragsdale, Barry A., Plaintiffs' Liaison Counsel

730.   Redgrave, Jonathan M., Counsel for Defendants-Appellees

731.   Redgrave, LLP, Counsel for Defendants-Appellees

732.   Redgrave, Victoria A., Counsel for Defendants-Appellees

733.   Reed Smith LLP, Counsel for Defendants-Appellees

734.   Reeves, Harold S., Counsel for Plaintiffs-Appellees

735.   Regence BlueCross BlueShield of Oregon, Defendant-Appellee

736.   Regence BlueCross BlueShield of Utah, Defendant-Appellee

737.   Regence BlueShield, Defendant-Appellee

738.   Regence BlueShield of Idaho, Inc., Defendant-Appellee

739.   Regence Insurance Holding Corporation, Subsidiary of Defendants-
        Appellees

*In re Blue Cross Blue Shield Antitrust Litigation*
No. 22-13051

740.  Reichard & Escalera, LLC, Counsel for Defendants-Appellees

741.  Reinhardt, Wendorf & Blanchfield, Counsel for Plaintiffs-Appellees

742.  Reis, John, Counsel for Defendants-Appellees

743.  Reuben, Mindee, Counsel for Plaintiffs-Appellees

744.  Resolution Health, Inc., Subsidiary of Defendants-Appellees

745.  Rheaume, Jr., Thomas J., Counsel for Defendants-Appellees

746.  Rhodes IV, C. Harker, Counsel for Defendants-Appellees

747.  Richie, John Thomas, Counsel for Interested Party-Appellant

748.  Rico, Gustavo A. Pabón, Counsel for Defendants-Appellees

749.  Riebel, Karen Hanson, Counsel for Plaintiffs-Appellees

750.  RightChoice Managed Care, Inc., Defendant-Appellee

751.  Riley & Jackson, PC, Counsel for Defendants-Appellees

752.  Riley, Jr., Robert R., Counsel for Defendants-Appellees

753.  Riverbend Govt. Benefits Administrator, Inc., Affiliate of
      Defendants- Appellees

754.  RiverTrust Solutions, Inc., Affiliate of Defendants-Appellees

755.  RLI/RSUI, Insurer of Defendants-Appellees

756.  Roach, Benjamin Patrick, Counsel for Defendants-Appellees

757.  Robertson, John Robert, Counsel for Defendants-Appellees

758.  Robinovitch, Hart L., Counsel for Plaintiffs-Appellees

C48

759.   Robinson, Kenneth J., Counsel for Plaintiffs-Appellees

760.   Rockforte, Nicholas R., Counsel for Plaintiffs-Appellees

761.   Rocky Mountain Hospital & Medical Service Inc., d/b/a Anthem Blue Cross Blue Shield of Colorado, Defendant-Appellee

762.   Rocky Mountain Hospital & Medical Service Inc., d/b/a Anthem Blue Cross Blue Shield of Nevada, Defendant-Appellee

763.   Rodanast, P.C., Counsel for Plaintiffs-Appellees

764.   Rodríguez, Rafael Escalera, Counsel for Defendants-Appellees

765.   Rolison Trucking Co., LLC, Plaintiff-Appellee

766.   Roman, Tracy A., Counsel for Defendants-Appellees

767.   Ross, April N., Counsel for Defendants-Appellees

768.   Rouco, Richard, Counsel for Plaintiffs-Appellees

769.   Rowe, Stephen A., Counsel for Defendants-Appellees

770.   Rutenberg, Alan D., Counsel for Defendants-Appellees

771.   Ruzic, Emily Myers, Counsel for Interested Party-Appellant

772.   Rx Concepts, Ltd. Co., Affiliate of Defendants-Appellees

773.   Saccoccio & Lopez, Plaintiff-Appellee

774.   Sadler Electric, Plaintiff-Appellee

775.   Saeed & Little, LLP, Counsel for Plaintiffs-Appellees

776.   Salomon, Anne, Counsel for Defendants-Appellees

*In re Blue Cross Blue Shield Antitrust Litigation*
No. 22-13051

777.  Sansbury, Michael T., Counsel for Defendants-Appellees

778.  Sargent, Clint, Counsel for Plaintiffs-Appellees

779.  Saxon, John, Counsel for Plaintiffs-Appellees

780.  Scheller, Kathryn, Plaintiff-Appellee

781.  Schmidt, Jr., John G., Counsel for Defendants-Appellees

782.  Schneider, Sydney L., Counsel for Defendants-Appellees

783.  Schwiep, Paul J., Counsel for Defendants-Appellees

784.  Scott & Cain, Counsel for Plaintiffs-Appellees

785.  Scott Jr., Thomas S., Counsel for Plaintiffs-Appellees

786.  Scott, Lee McArthur, Counsel for Plaintiffs-Appellees

787.  SecurityCare of Tennessee, Inc., Affiliate of Defendants-Appellees

788.  Self Insured Plans, LLC, Affiliate of Defendants-Appellees

789.  Serkland Law Firm, Counsel for Defendants-Appellees

790.  Shaheen & Gordon, P.A., Counsel for Plaintiffs-Appellees

791.  Shamoun & Norman, LLP, Counsel for Defendants-Appellees

792.  Shared Health, Inc., Affiliate of Defendants-Appellees

793.  Sharo Law, LLP, Counsel for Plaintiffs-Appellees

794.  Sharp Law, LLP

795.  Sharp, Marla S., Plaintiff-Appellee

796.  Shaw, Adam R., Counsel for Plaintiffs-Appellees

*In re Blue Cross Blue Shield Antitrust Litigation*
No. 22-13051

797.  Shearman & Sterling LLP, Counsel for Defendants-Appellees

798.  Sheppard, Mullin, Richter & Hampton LLP, Counsel for Insurer

799.  Sheridan, Judy, Plaintiff-Appellee

800.  Simply Healthcare Plans, Inc., Subsidiary of Defendants-Appellees

801.  Sirocco, Inc., Plaintiff-Appellee

802.  Slate, Pamela B., Counsel for Defendants-Appellees

803.  Small, Daniel, Counsel for Plaintiffs-Appellees

804.  Smith, Scott Burnett, Counsel for Interested Party-Appellant

805.  Smith, Cyril V., Counsel for Plaintiffs-Appellees

806.  Snyder, Eric B., Counsel for Plaintiffs-Appellees

807.  Socios Mayores en Salud Holdings, Inc., d/b/a Triple-S Advantage,
      Affiliate of Defendants-Appellees

808.  Sommers Schwartz PC, Counsel for Plaintiffs-Appellees

809.  Sooy, Kathleen Taylor, Counsel for Defendants-Appellees

810.  Sompo International, Insurer of Defendants-Appellees

811.  Southeast Services, Inc., Subsidiary of Defendants-Appellees

812.  Southern Diversified Business Services, Inc., Affiliate of
      Defendants- Appellees

813.  Southern Health Plan, Inc., Affiliate of Defendants-Appellees

814.  Spenser, Mark D., Counsel for Interested Party-Appellant

*In re Blue Cross Blue Shield Antitrust Litigation*

No. 22-13051

815.   Spotswood Sansom & Sansbury LLC, Counsel for Defendants-Appellees

816.   Spotswood, Robert K., Counsel for Defendants-Appellees

817.   Stark, Michael E., Plaintiff-Appellee

818.   Stecker, Brett, Counsel for Plaintiffs-Appellees

819.   Stenerson, Todd, Counsel for Defendants-Appellees

820.   Stetson, Catherine E., Counsel for Defendants-Appellees

821.   Stokes, Tammy, Counsel for Plaintiffs-Appellees

822.   Stone & Magnanini LLP, Counsel for Plaintiffs-Appellees

823.   Stone Law Firm, LLC, Counsel for Plaintiffs-Appellees

824.   Stone, Andrew M., Counsel for Plaintiffs-Appellees

825.   Stone, David, Counsel for Plaintiffs-Appellees

826.   Stoops, Kevin J., Counsel for Plaintiffs-Appellees

827.   Strauss & Boies LLP, Counsel for Plaintiffs-Appellees

828.   Strom Law Firm, Counsel for Plaintiffs-Appellees

829.   Strutt, Jennifer, Counsel for Defendants-Appellees

830.   Sudekum, Michael J., Counsel for Plaintiffs-Appellees

831.   Swank, Ami, Counsel for Plaintiffs-Appellees

832.   Swartz, Eric B., Counsel for Plaintiffs-Appellees

833.   Sweeris, Charles L., Counsel for Defendants-Appellees

834.  The Sweet Law Firm, PC Counsel for Plaintiffs-Appellees

835.  Sweet, Benjamin, Counsel for Plaintiffs-Appellees

836.  Taylor, Jr., Daniel R., Counsel for Defendants-Appellees

837.  Templeton, Quentin, Counsel for Plaintiffs-Appellees

838.  Tennessee Health Foundation, Inc., Affiliate of Defendants-Appellees

839.  Terrell, James M., Counsel for Plaintiffs-Appellees

840.  Tessellate Holdings, LLC, Affiliate of Defendants-Appellees

841.  Tessier, Kevin, Counsel for Defendants-Appellees

842.  The Caring Foundation, Affiliate of Defendants-Appellees

843.  The Cowan Law Firm, Counsel for Plaintiffs-Appellees

844.  The Dampier Law Firm PC, Counsel for Plaintiffs-Appellees

845.  The Van Winkle Law Firm, Counsel for Plaintiffs-Appellees

846.  The Weiser Law Firm, P.C., Counsel for Plaintiffs-Appellees

847.  Thomas Cooper & Co., Inc., Affiliate of Defendants-Appellees

848.  Thomas, Nancy, Plaintiff-Appellee

849.  Thompson, Charles M., Counsel for Plaintiffs-Appellees

850.  Thompson, Jason, Counsel for Plaintiffs-Appellees

851.  Thompson, John G., Plaintiff-Appellee

852.  Tomazzoli, Lisa, Plaintiff-Appellee

*In re Blue Cross Blue Shield Antitrust Litigation*

No. 22-13051

853. Topographic, Inc., Interested Party-Appellant

854. Total Dental Administrators Health Plan, Inc., Affiliate of
Defendants- Appellees

855. Total Dental Administrators of Utah, Inc., Affiliate of Defendants-
Appellees

856. Total Dental Administrators, Inc., Affiliate of Defendants-Appellees

857. TrailBlazer Health Enterprises, LLC, Affiliate of Defendants-
Appellees

858. The Travelers Companies, Inc. (TRV), Insurer of Defendants-
Appellees

859. Tri-West, Affiliate of Defendants-Appellees

860. Tricenturion, Inc., Affiliate of Defendants-Appellees

861. Trinnovate Ventures, Inc., Affiliate of Defendants-Appellees

862. Triple-S Blue, Inc., d/b/a BlueCross BlueShield Costa Rica, Affiliate
of Defendants-Appellees

863. Triple-S Management Corporation, Parent to Defendants-Appellees

864. Triple-S Propiedad, Inc., Affiliate of Defendants-Appellees

865. Triple-S Salud, Defendant-Appellee

866. Triple-S Salud, Inc., Defendant-Appellee

867. Triple-S Vida, Inc., Affiliate of Defendants-Appellees

*In re Blue Cross Blue Shield Antitrust Litigation*
No. 22-13051

868.  Turner, Ashley, Counsel for Defendants-Appellees

869.  Tyner, Star Mishkel, Counsel for Plaintiffs-Appellees

870.  UNICARE Health Plan of West Virginia, Inc., Subsidiary of
      Defendants-Appellees

871.  UniCare Life & Health Insurance Company, Subsidiary of
      Defendants- Appellees

872.  UNICARE National Services, Inc., Subsidiary of Defendants-
      Appellees

873.  UniCare Specialty Services, Inc., Subsidiary of Defendants-
      Appellees

874.  Umatilla Properties, LLC (Parent Corp of Recovery Village at
      Umatilla, LLC), Plaintiff-Appellee

875.  USAble Mutual Insurance Company, d/b/a Arkansas Blue Cross and
      Blue Shield, Defendant-Appellee

876.  UTIC Insurance Company, Affiliate of Defendants-Appellees

877.  Utsey, Jeff, Counsel for Plaintiffs-Appellees

878.  Utsey Law Firm, Counsel for Plaintiff-Appellee

879.  Van Winkle Law Firm, Counsel for Plaintiffs-Appellees

880.  Van Zant, Jennifer K., Counsel for Defendants-Appellees

881.  Vardas, Angel (Foster), Plaintiff-Appellee

*In re Blue Cross Blue Shield Antitrust Litigation*

No. 22-13051

882.    Varney, Christine, Counsel for Defendants-Appellees

883.    Vaughan Pools, Inc., Plaintiff-Appellee

884.    Vermont Health Plan LLC, Affiliate of Defendants-Appellees

885.    VHP Insurance Solutions, LLC, Affiliate of Defendants-Appellees

886.    Vibra Health Plan Holdings, LLC, Affiliate of Defendants-Appellees

887.    Vibra Health Plan, Inc., Affiliate of Defendants-Appellees

888.    Visiant Holdings Inc., Affiliate of Defendants-Appellees

889.    Voegele, Jonathan R., Counsel for Plaintiffs-Appellees

890.    Volunteer State Health Plan, Inc., Affiliate of Defendants-Appellees

891.    Wallace, Jordan, Ratliff & Brandt, LLC, Counsel for Defendants-Appellees

892.    Walsh, Stephen A., Counsel for Defendants-Appellees

893.    Wasvary, Mark K., Counsel for Plaintiffs-Appellees

894.    Watkins, Charles R, Counsel for Plaintiffs-Appellees

895.    Watson, McKinney, LLP, Counsel for Plaintiffs-Appellees

896.    Watts, Brett, Plaintiff-Appellee

897.    Weinberg, Wheeler, Hudgins, Gunn & Dial, LLC, Counsel for Defendants-Appellees

898.    Weiser, Robert, Counsel for Plaintiffs-Appellees

899.    Weiser Law Firm, P.C., Counsel for Plaintiffs-Appellees

*In re Blue Cross Blue Shield Antitrust Litigation*
No. 22-13051

900.  Wellmark Blue Cross and Blue Shield of Iowa, Defendant-Appellee

901.  Wellmark Blue Cross and Blue Shield of South Dakota, Defendant-Appellee

902.  Wellmark Health Plan of Iowa, Inc., Defendant-Appellee

903.  Wellmark Holdings, Inc., Defendant-Appellee

904.  Wellmark Inc. d/b/a Wellmark Blue Cross and Blue Shield of Iowa and Wellmark Health Plan of Iowa, Inc., Defendant-Appellee

905.  Wellmark of South Dakota, Inc. d/b/a Wellmark Blue Cross and Blue Shield of South Dakota, Defendant-Appellee

906.  Wellmark Synergy Health, Inc., Affiliate of Defendants-Appellees

907.  Wellmark Value Health Plan, Inc., Affiliate of Defendants-Appellees

908.  Wellmark, Inc. d/b/a Blue Cross and Blue Shield of Iowa, Defendant- Appellee

909.  Wellmark, Inc. d/b/a Blue Cross and Blue Shield of Iowa and Wellmark Blue Cross Blue Shield of South Dakota, Defendant-Appellee

910.  WellPoint California Services, Inc., Subsidiary of Defendants-Appellees

911.  WellPoint Dental Services, Inc., Subsidiary of Defendants-Appellees

912.  WellPoint Holding Corp., Subsidiary of Defendants-Appellees

913.  WellPoint, Inc., Defendant-Appellee

914.  WellPoint Information Technology Services, Inc., Subsidiary of Defendants-Appellees

915.  West, Kimberly R., Counsel for Defendants-Appellees

916.  Whitfield Bryson & Mason, LLP, Counsel for Plaintiffs-Appellees

917.  Wilkerson, David M., Counsel for Plaintiffs-Appellees

918.  Williams, Jennifer, Counsel for Plaintiffs-Appellees

919.  Williams, Jr., James T., Counsel for Defendants-Appellees

920.  Wisconsin Collaborative Insurance Company, Subsidiary of Defendants-Appellees

921.  Witt, P.C., Helen E., Counsel for Defendants-Appellees

922.  Wolfla, Paul A., Counsel for Defendants-Appellees

923.  Woodward Straits Insurance Company, Affiliate of Defendants-Appellees

924.  Wright, Greg, Counsel for Plaintiffs-Appellees

925.  Wylie, John R., Counsel for Plaintiffs-Appellees

926.  XL Group Ltd., Insurer of Defendants-Appellees

927.  XL Catlin, Insurer of Defendants-Appellees

928.  Yancey, Perry Michael, Counsel for Plaintiffs-Appellees

929.  Yinger, Emily M., Counsel for Defendants-Appellees

930.  Young, Lance C., Counsel for Plaintiffs-Appellees

931.  Yuhl Carr, LLP Counsel for Plaintiffs-Appellees

932.  Zeiger, P.C., Jeffrey J., Counsel for Defendants-Appellees

933.   Zimmerman Reed, PLLP, Counsel for Plaintiffs-Appellees

934.  Zimmerman, Genevieve M., Counsel for Plaintiffs-Appellees

935.  Zolner, Erica B., Counsel for Defendants-Appellees

936.  Zott, P.C., David J., Counsel for Defendants-Appellees

937.  Zuckerman Spaeder LLP, Counsel for Plaintiffs-Appellees

938.  Zuger, Peter W., Counsel for Defendants-Appellees

939.  Zurich Insurance Group Ltd., Insurer of Defendants-Appellees

940.  The Oklahoma Insurance Department, *Amici Curiae*

941.  The Arkansas Insurance Department, *Amici Curiae*

942.  The California Department of Insurance, *Amici Curiae*

943.  The Georgia Office of Insurance and Safety Fire Commissioner, *Amici Curiae*

944.  The Idaho Department of Insurance, *Amici Curiae*

945.  The Maine Bureau of Insurance, *Amici Curiae*

946.  The Nevada Division of Insurance, *Amici Curiae*

947.  The Vermont Department of Financial Regulation, *Amici Curiae*

948. The Washington Office of the Insurance Commissioner, *Amici Curiae*

949. The Wisconsin Office of the Commissioner of Insurance, *Amici Curiae*

# TABLE OF CONTENTS

CERTIFICATE OF INTERESTED PERSONS ......................................................C1

TABLE OF CONTENTS.......................................................................... i

TABLE OF CITATIONS ....................................................................... ii

INTEREST OF *AMICUS CURIAE* AND OVERVIEW ...........................................1

STATEMENT OF THE ISSUE....................................................................2

SUMMARY OF THE ARGUMENT ............................................................2

ARGUMENT ......................................................................................3

   I.   What is Stop-Loss Insurance? ....................................................3

   II.  What is a Self-Funded Plan? ....................................................6

   III. Stop-Loss Policies are Insurance....................................................9

   IV. State Regulation of Stop-Loss Insurance .....................................10

CONCLUSION .................................................................................14

CERTIFICATE OF COMPLIANCE.........................................................18

CERTIFICATE OF SERVICE ...............................................................19

# TABLE OF CITATIONS

## CASES

*Am. Med. Sec., Inc. v. Bartlett*, 111 F.3d 358 (4th Cir. 1997) ...................................9

*American Medical Sec., Inc. v. Bartlett*, 111F.3d 358 (4th Cir. 1997)...................13

*Bank of La. v. Aetna U.S. Healthcare Inc.*, 468 F.3d 237 (5th Cir. 2006) ...............9

*Bill Gray Enter's, Inc. Emp. Health & Welfare Plan v. Gourley*, 248 F.3d 206 (3rd

    Cir. 2001) ...........................................................................................................9

*Columbian Fin. Corp. v. Bus. Men's Assur. Co. of Am.*, 956 F.2d 277 (10th Cir.

    1992) ..................................................................................................................9

*\*Edstrom Industries, Inc. v. Companion Life Ins. Co.*, 516 F.3d 546 (7th Cir. 2008).

    .................................................................................................... 2, 4, 9

*Glass v. United of Omaha Life Ins. Co.*, 33 F.3d 1341 (11th Cir. 1994)...................9

*Indep. Serv. Corp. v. Tousant*, 149 F.2d 204 (1st Cir. 1945)....................................9

*Kentucky Ass'n of Health Plans v. Miller*, 528 U.S. 329 (2003)............................11

*Leech Lake Tribal Counsel v. Wash. Nat. Ins. Co.*, 227 F.3d 1054 (8th Cir. 2000)..9

*Metro. Life Ins. Co. v. Mass.*, 471 U.S. 724 (1985).......................................... 10, 13

*Seaway Food Town, Inc. v. Med. Mut. of Ohio*, 347 F.3d 610 (6th Cir. 2003).........9

*Travelers Ins. Co. v. Cuomo*, 14 F.3d 708 (2nd Cir. 1993) ......................................9

*United Food & Commercial Workers Tr. v. Pacyga*, 801 F.2d 1157 (9th Cir. 1986)

    .................................................................................................................9

## STATUTES

15 U.S.C. §§ 1011, *et seq.*............................................................................1

24-A ME. REV. STAT. § 707(1)(C-1).......................................................11

29 U.S.C. §§ 1001, *et seq.*...................................................................10

29 U.S.C. § 1144(b)(2)(B) ......................................................................10

31 PA. CONS. STAT. §§ 89.471 to 89.474 (1992) ...................................11

42 U.S.C. § 18021(b)(1). ..........................................................................8

42 U.S.C. § 300gg-91(b)(1) & (2). ...........................................................8

ALA. CODE § 27-1-2(1) (1975)................................................................10

ALASKA STAT. § 21.42.145 (2002)..........................................................11

ARK. CODE ANN. § 23-62-111 (2009)......................................................11

CAL. INS. CODE §§ 10752 to 10752.8 .....................................................11

COLO. REV. STAT. § 10-16-119 (2013) ...................................................11

CONN. GEN. STAT. § 38a-8b (2004).........................................................11

D.C. CODE §§ 31-3821 to 31-3822 (2015)...............................................11

DEL. CODE ANN. tit. 18, § 7218 (2011)...................................................11

FLA. STAT. § 624.02 (1959) ....................................................................10

FLA. STAT. § 627.66997 (2015) ..............................................................11

GA. CODE ANN. § 33-1-2(4) (2019) ........................................................10

LA. REV. STAT. ANN. § 22:883 (2011) ...................................................11

MD. CODE ANN. INS. § 15-129 (2008) ...................................................11

MINN. STAT. §§ 60A.235 to 60A.236 (2009) ............................................11

N.H. REV. STAT. ANN. §§ 415-H:1 to 415-H:5 (2006) .............................11

N.J. STAT. ANN. § 17B:27A-17 (1997) ...................................................11

NEB. REV. STAT. § 44-7609 (2002) .........................................................11

OHIO REV. CODE ANN. § 1739.12 (2015) ................................................11

OKLA. STAT. tit. 36, § 7401 (2016) ........................................................11

OR. REV. STAT. § 742.065 (1995) ...........................................................11

R. I. GEN. LAWS §§ 27-8.2-1 to 27-8.2-5 (2013) .....................................11

S.D. CODIFIED LAWS §§ 58-18B-35 & 58-33-106 (2007) .........................11

UTAH CODE ANN. §§ 31A-43-101 to 31A-43-304 (2013) .........................11

WASH. REV. CODE ANN. § 48.21.015 (1992) ...........................................11

## RULES

02-031 CODE ME. RULES ch. 135 ............................................................11

4-5 VT. CODE R. § 15 (2018) ..................................................................12

KAN. ADMIN. REGS. 40-1-49 (2002) .......................................................11

N.D. ADMIN. CODE 45-06-14-13 (2017) ..................................................12

NEV. ADMIN. CODE § 689B.350 (2001) ...................................................11

UTAH ADMIN CODE r. 590-268 (2014) ....................................................12

**TREATISES**

1A STEVEN PITT ET AL., COUCH ON INS. (3d ed. 2022). .........................................4, 5

JOHN F. WAGNER, Annotation, *Construction and application of pre-emption*

  *exemption, under Employee Retirement Income Security Act (29 U.S.C.A. § §*

  *1001 et seq.), for state laws regulating insurance, banking, or securities (29*

  *U.S.C.A. § 1144(b)(2))*, 87 A.L.R. Fed. 797 (originally published in 1988). ....4, 5

KENNETH THOMPSON, REINSURANCE, 7–8 (4th ed. 1966). ........................................3

TERRY HUMO, EMPLOYER'S GUIDE TO SELF-INSURING HEALTH BENEFITS, ¶ 743

  (2007)...................................................................................................................11

**OTHER AUTHORITIES**

1 Nat. Ass'n of Ins. Comm'rs' Model Laws, Regulations and Guidelines, 92-1 to

  92-2 (1995)..........................................................................................................11

2 Nat. Ass'n of Ins. Comm'rs' Model Laws, Regulations and Guidelines, 220-1 to

  220-18, at § 4(D)(1) (2007) .................................................................................12

Alaska Bulletin 2006-4 (2006)....................................................................................12

Ark. Bulletins 4-2007 & 6-2008 (2006/2008) ..........................................................12

Edward Alburo Morrissey, *Deem and Deemer: ERISA Preemption Under the*

  *Deemer Clause as Applied to Employer Health Care Plans With Stop-Loss*

  *Insurance*, 23 J. LEGIS. 307 (1997).......................................................................4

ERISA: BARRIER TO HEALTH CARE CONSUMERS' RIGHTS, 3 Proc. of the Nat'l

Ass'n of Ins. Comm'rs (1999) ..............................................................10

Final Order & Judgment Granting Approval of Subscriber Class Action Settlement

& Appointing Settlement Adm'r at 61, *In re: Blue Cross Blue Shield*, No. 2:13-

cv-20000-RDP (N.D. Ala. Aug. 9, 2022), ECF No. 2931 ("Final Order")... 1, 7, 8

Glossary of Insurance Terms, NAIC,

https://content.naic.org/consumer_glossary#:~:text=Adverse%20Selection%20%

2D%20the%20social%20phenomenon,than%20those%20with%20less%20risk.

(last visited Nov. 10, 2022).....................................................................12

HARVEY W. RUBIN, DICTIONARY OF INSURANCE TERMS 493 (5th ed. 2008). .......3, 4

Iowa Opinion No. 90-10-2 (1990) ...........................................................12

Kan. Bulletins 1993-12, 1993-12 (Addendum), & 1997-7 (1993/1997).................12

Model Bulletin, REGULATORY ALERT TO STOP LOSS CARRIERS AND THIRD PARTY

ADMINISTRATORS, 2 Proc. of the Nat'l Ass'n of Ins. Comm'rs 232, 234 (2003)..

.......................................................................................................12

MyHealthGuide Newsletter, MyHealthGuide.com

https://www.myhealthguide.com/news.htm#Medical_Stop_Loss  (last visited

Nov. 28, 2022) .......................................................................................8

N.J. Bulletin 2011-20 (2011) ..................................................................12

vi

*Nat. Ass'n of Ins. Comm'rs' Brief of Amicus Curiae in Support of Appellants and Supporting Reversal of the Judgment Below, *Edstrom Industries, Inc. v. Companion Life Ins. Co.*, 516 F.3d 546 (2008) (No. 07-2165) ("NAIC Edstrom Brief") ................................................................................... 4, 11, 14

*NAT. ASS'N OF INS. COMM'RS, WHITE PAPER: STOP LOSS INSURANCE, SELF-FUNDING AND THE ACA 2–3 (2015) ("NAIC White Paper"). ..... 4, 5, 6, 10, 12, 13

Okla. Bulletin LH 2013-03 (2013)...........................................................12

Tenn. Bulletin 7-1-94 (1994) ..................................................................12

## INTEREST OF *AMICUS CURIAE* AND OVERVIEW

The District Court has stated that "[t]hose who are Self-Funded are just that—self-funded. That is, they did not buy insurance from the Blues."[1] As written, this statement is not accurate and the *amici* support reversal as to this statement by the District Court. In our experience as insurance industry regulators, self-funded plans frequently purchase stop-loss insurance. The Oklahoma Insurance Department, Arkansas Insurance Department, California Department of Insurance, Georgia Office of Insurance and Safety Fire Commissioner, Idaho Department of Insurance, Maine Bureau of Insurance, the Nevada Division of Insurance, Vermont Department of Financial Regulation, Washington State Office of the Insurance Commissioner, and Wisconsin Office of the Commissioner of Insurance (collectively the "Insurance Commissioners" and pursuant to their authority under McCarren-Ferguson Act, 15 U.S.C. §§ 1011, *et seq.*) have concerns that the District Court's erroneous description of self-funded plans could be misused to cast doubt on the authority to regulate stop-loss insurance products, with corresponding negative implications for consumers. Therefore, this brief is designed to further inform this Court and request caution when issuing its decision.

---

[1] Final Order & Judgment Granting Approval of Subscriber Class Action Settlement & Appointing Settlement Adm'r at 61, *In re: Blue Cross Blue Shield*, No. 2:13-cv-20000-RDP (N.D. Ala. Aug. 9, 2022), ECF No. 2931 ("Final Order").

1

## STATEMENT OF THE ISSUE

1.    Whether the District Court erred when stating that "[t]hose who are Self-Funded are just that—self-funded. That is, they did not buy insurance from the Blues."

## SUMMARY OF THE ARGUMENT

The District Court erroneously stated that "[t]hose who are Self-Funded are just that—self-funded. That is, they did not buy insurance from the Blues." This statement is incorrect for several reasons and should be reversed. Self-funded plans frequently purchase stop-loss insurance to limit their exposure. Stop-loss insurance is not reinsurance. The Seventh Circuit agreed with the National Association of Insurance Commissioners ("NAIC") in *Edstrom Industries, Inc. v. Companion Life Ins. Co.*[2] when reversing the lower court's decision and finding that stop-loss coverage is not reinsurance but insurance. Additionally, each of the circuit courts of appeals has viewed stop-loss coverage as insurance.

The District Court erred when it assumed that self-funding or buying insurance is an either/or choice. Self-funded plans often have complex structures, and it is common for self-funded plans to buy administrative services ***and*** stop-loss insurance from the Blues. Because of this complex structure, the Insurance

---

[2] 516 F.3d 546 (7th Cir. 2008) (citations omitted).

Commissioners believe their regulatory experience will be of help in informing this Court as it works to determine the proper outcome and protect consumers.

The District Court's statement has the potential for significantly impacting the regulation of stop-loss insurance. Importantly, state laws regulating stop-loss insurance are not preempted by federal law. In fact, the NAIC has a stop-loss insurance model law, and many states have enacted statutes regulating stop-loss insurance. The loss of regulatory authority for states over stop-loss insurance would likely result in an increase in adverse selection, insufficient regulatory oversight, and loss of priority for the insureds during liquidation. Each alone is a significant concern for consumer protection. Therefore, the Insurance Commissioners request this Court reverse the District Court's statement that the self-funded plans did not buy insurance from the Blues.

## ARGUMENT

### I.    What is Stop-Loss Insurance?

Stop-loss insurance is "coverage purchased by employers in order to limit their exposure."[3] It is also referred to as "excess" insurance. This has sometimes been mistakenly viewed as reinsurance. But stop-loss insurance is *not* reinsurance[4]

---

[3] HARVEY W. RUBIN, DICTIONARY OF INSURANCE TERMS 493 (5th ed. 2008).
[4] *See* KENNETH THOMPSON, REINSURANCE, 7–8 (4th ed. 1966).

3

because the policy is between the employer plan and an insurer—not an insurer and insurer.[5] As the Seventh Circuit explained in *Edstrom Industries, Inc. v. Companion Life Ins. Co.*:[6]

> The magistrate judge's ruling that stop-loss insurance is reinsurance under Wisconsin law is perhaps understandable, because "unlike traditional group-health insurance, stop-loss insurance is akin to reinsurance in that it does not provide coverage directly to plan members or beneficiaries." But kinship is not enough.... Stop-loss insurance is an insurance policy for losses that the insured self-insures up to the limit of the deductible. Reinsurance contracts are (largely) unregulated because they are contracts between insurance companies.... Edstrom [the employer] is not an insurance company, but an insured.

Stop-loss coverage does not pay out immediately but only when certain triggers occur. In its purest form, stop-loss insurance has two distinct triggers: "specific stop-loss" and "aggregate stop-loss."[7] A specific stop-loss policy provides coverage when an *individual* claim reaches a threshold specified in the contract.[8] But

---

[5] *See* Nat. Ass'n of Ins. Comm'rs' Brief of Amicus Curiae in Support of Appellants and Supporting Reversal of the Judgment Below, *Edstrom Industries, Inc. v. Companion Life Ins. Co.*, 516 F.3d 546 (2008) (No. 07-2165) ("NAIC Edstrom Brief"); *see also id.* at 5 (analyzing the relationship between the stop-loss insurer and employee).

[6] *Edstrom Industries, Inc.*, *supra* note 2, at 550–51 (citations omitted).

[7] *See* NAT. ASS'N OF INS. COMM'RS, WHITE PAPER: STOP LOSS INSURANCE, SELF-FUNDING AND THE ACA 2–3 (2015) ("NAIC White Paper").

[8] RUBIN, *supra* note 3; 1A STEVEN PITT ET AL., COUCH ON INS. (3d ed. 2022). *See generally* Edward Alburo Morrissey, *Deem and Deemer: ERISA Preemption Under the Deemer Clause as Applied to Employer Health Care Plans With Stop-Loss Insurance*, 23 J. LEGIS. 307 (1997); JOHN F. WAGNER, Annotation, *Construction and application of pre-emption exemption, under Employee Retirement Income Security Act (29 U.S.C.A. § § 1001 et seq.), for state laws regulating insurance, banking, or*

4

coverage under an aggregate stop-loss policy does not kick in until the *total* amount of claims payments reach a specific amount (e.g., 125% of the annual estimated group health claims cost).[9] The threshold value for each type of trigger is often referred to as an "attachment point."[10]

The purpose of a stop-loss policy is to "protect[] a self-funded plan from extremely large losses."[11] Self-funded plans face these large losses due to shock claims, high utilization claims, and timing risk.[12] Shock claims are claims with a "high dollar [amount] but low frequency."[13] High utilization claims are claims with a "low dollar [amount] but unusually high frequency."[14] Timing risk is the risk incurred by the plans because they "need[] to pay claims when they are incurred"— instead of a fixed premium every month as fully-insured employers pay.[15] An employer plan can "transfer some of its risk of loss to a stop loss insurer by purchasing a stop loss insurance policy,"[16] which will reimburse the plan for claims

---

*securities (29 U.S.C.A. § 1144(b)(2)),* 87 A.L.R. Fed. 797 (originally published in 1988) (discussing effect of stop-loss coverage on ERISA preemption). *See also* NAIC White Paper, *supra* note 7, at 2–3.

[9] *Id.*; PITT, *supra* note 8.

[10] NAIC White Paper, *supra* note 7, at 2–4 & 6.

[11] PITT, *supra* note 8.

[12] *See* NAIC White Paper, *supra* note 7, at 2–3.

[13] NAIC White Paper, *supra* note 7, at 2.

[14] *Id.*

[15] *Id.* at 3.

[16] *Id.* at 2.

paid out when the coverage is triggered. However, excessive risk transfer is often prohibited.[17]

## II.    What is a Self-Funded Plan?

The District Court simplistically declared that "[t]hose who are Self-Funded are just that," but it is not so simple. Broadly speaking,[18] there are two ways employers provide health coverage to employees and their dependents. In a "fully-insured plan," the employer typically buys a group health insurance policy from a state-licensed and state-regulated insurance company such as one of the "Blues" (the defendant member companies of the Blue Cross and Blue Shield Association (BCBSA)), and the insurance company is then unconditionally responsible to pay all valid claims from its own funds. By contrast, in a "self-funded plan," it is the employer that takes on the responsibility to ensure that claims are paid, and the employer's funds that are at risk.

---

[17] See *id.* at 7. The reason is to prevent regulatory arbitrage when the plan operates as a functional equivalent of a fully-insured plan.

[18] In practice, there is a wide variety of ways either type of plan can be structured, including but not limited to multiple-employer plans, which can be either fully-insured or self-funded, and mechanisms such as stop-loss insurance that share the risk between the employer and an insurance company. The basic distinction between a fully-insured plan and a self-funded plan is whether the entity that is directly responsible to the employee for the payment of claims is an insurance company or the employer itself.

To complicate matters, however, insurance companies are involved in both types of business. In addition to group health insurance, many insurance companies, including the Blues, sell employers what the District Court refers to as "ASO products."[19] "ASO" is an abbreviation for "administrative services only." It is used to distinguish an insurance company's group health insurance business from its "third-party administrator" business.[20] ASO plans often have the look and feel of insurance policies, with the insurance company's usual branding accompanied by a disclaimer that the company is acting as the plan's "administrator." The insurance company is paid a fee by the employer for responsibilities that include preparing the coverage documents and adjudicating and paying claims. Enrollees and health care providers who deal with the insurer are often unaware that the company is not actually providing insurance, but rather administering a fund that is provided by the employer, which is responsible for maintaining adequate funding as needed rather than paying a fixed monthly premium.

The fallacy in the District Court's analysis is a misunderstanding of what the "Only" in "Administrative Services Only" means. An insurer's ASO services are not insurance, but most self-funded employers buy both administrative services ***and***

---

[19] Final Order, *supra* note 1, at 60.

stop-loss insurance.[21] If they buy their administrative services from an insurance company, it is common for them to buy their stop-loss insurance from the same company.

And this includes the Blues. Each Blue company is a "health insurance issuer" within the meaning of the Health Insurance Portability and Accountability Act ("HIPAA") and the Affordable Care Act ("ACA"), but that does not mean "health insurance coverage" is the only insurance coverage they issue.[22] Currently, many Blue Cross Blue Shield member companies have a significant presence in the stop-loss market.[23] In other words, they do sell insurance to self-funded plans, although it is not health insurance.

Therefore, the statement that self-funded plans "did not buy insurance from the Blues" is incorrect. The error should be corrected to avoid language that could

---

[21] Many self-funded plans also purchase pharmacy benefit management services, dental products, vision products, and other ancillary services.

[22] *See* 42 U.S.C. § 300gg-91(b)(1) & (2). Another potential source of confusion is the District Court's reference to employer groups that are "insured by any health insurance plan" that is a member of the BCBSA. Final Order, *supra* note 1, at 61. For historical reasons, the Blues refer to themselves as "plans"; however, the ACA refers to the Blues as "issuers" and uses the term "plans" to refer to the health insurance coverage they issue. 42 U.S.C. § 18021(b)(1).

[23] MyHealthGuide Newsletter, MyHealthGuide.com https://www.myhealthguide.com/news.htm#Medical_Stop_Loss  (last visited Nov. 28, 2022) (listing Blue Cross Blue Shield member companies as two of the top 20 stop-loss providers based on 2021 annual stop-loss premiums).

be misconstrued as implying that stop-loss insurance is not fully subject to state regulatory authority.

## III.    Stop-Loss Policies are Insurance

Stop-loss policies have been consistently held to be insurance by the federal courts.[24] This is accurate because a stop-loss policy takes the risk from the employer plan and transfers it to the insurer by paying money to the employer plan when

---

[24] *See Indep. Serv. Corp. v. Tousant*, 149 F.2d 204 (1st Cir. 1945) (explaining how stop-loss insurance works); *Travelers Ins. Co. v. Cuomo*, 14 F.3d 708 (2nd Cir. 1993) (explaining stop-loss insurance use by self-insurers and generally determining the validity of New York regulation on specific aspects of stop-loss insurance under ERISA); *Bill Gray Enter's, Inc. Emp. Health & Welfare Plan v. Gourley*, 248 F.3d 206 (3rd Cir. 2001) (recognizing that plans purchase stop-loss insurance); *Am. Med. Sec., Inc. v. Bartlett*, 111 F.3d 358, 365 (4th Cir. 1997) (explaining the use of stop-loss insurance by self-funded plans and stating: "This is not to say that Maryland may not regulate stop-loss insurance policies. Such regulation is *clearly* reserved to the states.") (emphasis added); *Bank of La. v. Aetna U.S. Healthcare Inc.*, 468 F.3d 237 (5th Cir. 2006) (explaining the use of stop-loss insurance); *Seaway Food Town, Inc. v. Med. Mut. of Ohio*, 347 F.3d 610, 613 (6th Cir. 2003) (stating that Blue Cross and Blue Shield Mutual of Ohio collected stop-loss premiums and explaining what stop-loss insurance was); *Edstrom Industries, Inc.*, *supra* note 2, at 551 (concluding that "[s]top-loss insurance is an insurance policy for losses that the insured self-insures up to the limit of the deductible" and that stop-loss insurance is not reinsurance); *Leech Lake Tribal Counsel v. Wash. Nat. Ins. Co.*, 227 F.3d 1054, 1057 (8th Cir. 2000) (applying insurance case law to stop-loss insurance dispute); *United Food & Commercial Workers Tr. v. Pacyga*, 801 F.2d 1157, 653 (9th Cir. 1986); *Columbian Fin. Corp. v. Bus. Men's Assur. Co. of Am.*, 956 F.2d 277 (10th Cir. 1992) (analyzing a stop-loss policy); and *Glass v. United of Omaha Life Ins. Co.*, 33 F.3d 1341, 1344 (11th Cir. 1994) (referencing stop-loss policy as insurance and noting the policy reimbursed for payments over $100,000).

certain triggers occur.[25] The key differences between a stop-loss insurance product and a traditional insurance product are the timing and the identity of the policy beneficiary. A stop-loss policy does not pay out until a certain dollar amount is reached or a certain number of claims are incurred, and stop-loss claims are payable to the self-funded plan, not to health care providers or covered employees.[26]

## IV.    State Regulation of Stop-Loss Insurance

Prior to the Employee Retirement Income Security Act of 1974[27] ("ERISA"), the states regulated health insurance.[28] After ERISA, most self-funded plans are no longer regulated by the states.[29] However, "ERISA does not preempt state laws that regulate insurers that sell policies to employer plans, so long as the law is specifically

---

[25] NAIC White Paper, *supra* note 7, at 2. *See also* ALA. CODE § 27-1-2(1) (1975) (defining insurance as a "contract whereby one undertakes to indemnify another or pay or provide a specified amount or benefit upon determinable contingencies."); FLA. STAT. § 624.02 (1959) (defining insurance as "a contract whereby one undertakes to indemnify another or pay or allow a specified amount or a determinable benefit upon determinable contingencies."); GA. CODE ANN. § 33-1-2(4) (2019) (defining insurance as "a contract which is an integral part of a plan for distributing individual losses whereby one undertakes to indemnify another or to pay a specified amount or benefits upon determinable contingencies.").

[26] NAIC White Paper, *supra* note 7, at 2.

[27] 29 U.S.C. §§ 1001, *et seq*.

[28] ERISA: BARRIER TO HEALTH CARE CONSUMERS' RIGHTS, 3 Proc. of the Nat'l Ass'n of Ins. Comm'rs (1999), at 841.

[29] *See* 29 U.S.C. § 1144(b)(2)(B); *Metro. Life Ins. Co. v. Mass.*, 471 U.S. 724, 747 (1985).

directed at the insurance industry and [] regulates insurance practices."[30] This means that state laws regulating stop-loss insurance are not preempted by ERISA, and states exercise the authority to regulate stop-loss insurance.[31]

The NAIC, with membership consisting of all the state regulators, recognized this authority and adopted the Stop Loss Insurance Model Act[32] with the "inten[t] to prevent insurers selling stop loss insurance from circumventing state health insurance requirements protecting employers and consumers…."[33] And many states have adopted either the model or various other requirements impacting stop-loss insurance.[34] Further, the NAIC adopted the Prevention of Illegal Multiple Employer

---

[30] NAIC Edstrom Brief, *supra* note 5, at 6 (citing *Kentucky Ass'n of Health Plans v. Miller*, 528 U.S. 329, 334 (2003)).

[31] *See* NAIC Edstrom Brief, *supra* note 5, at 7; TERRY HUMO, EMPLOYER'S GUIDE TO SELF-INSURING HEALTH BENEFITS, ¶ 743 (2007).

[32] 1 Nat. Ass'n of Ins. Comm'rs' Model Laws, Regulations and Guidelines, 92-1 to 92-2 (1995).

[33] NAIC Edstrom Brief, *supra* note 5, at 7.

[34] *See* ALASKA STAT. § 21.42.145 (2002); ARK. CODE ANN. § 23-62-111 (2009); CAL. INS. CODE §§ 10752 to 10752.8; COLO. REV. STAT. § 10-16-119 (2013); CONN. GEN. STAT. § 38a-8b (2004); DEL. CODE ANN. tit. 18, § 7218 (2011); D.C. CODE §§ 31-3821 to 31-3822 (2015); FLA. STAT. § 627.66997 (2015); LA. REV. STAT. ANN. § 22:883 (2011); 24-A ME. REV. STAT. § 707(1)(C-1); MD. CODE ANN. INS. § 15-129 (2008); MINN. STAT. §§ 60A.235 to 60A.236 (2009); NEB. REV. STAT. § 44-7609 (2002); N.H. REV. STAT. ANN. §§ 415-H:1 to 415-H:5 (2006); N.J. STAT. ANN. § 17B:27A-17 (1997); OHIO REV. CODE ANN. § 1739.12 (2015); OKLA. STAT. tit. 36, § 7401 (2016); OR. REV. STAT. § 742.065 (1995); 31 PA. CONS. STAT. §§ 89.471 to 89.474 (1992); R. I. GEN. LAWS §§ 27-8.2-1 to 27-8.2-5 (2013); S.D. CODIFIED LAWS §§ 58-18B-35 & 58-33-106 (2007); UTAH CODE ANN. §§ 31A-43-101 to 31A-43-304 (2013); WASH. REV. CODE ANN. § 48.21.015 (1992); KAN. ADMIN. REGS. 40-1-49 (2002); 02-031 CODE ME. RULES ch. 135; NEV. ADMIN. CODE § 689B.350 (2001);

Welfare Arrangements (MEWAs) and Other Illegal Health Insurers Model Regulation, which states that "stop loss policy coverage…is insurance."[35]

If stop-loss products were not insurance, then the states arguably would not have authority to regulate stop-loss products. This is troubling because of the potential for an increase in adverse selection, insufficient regulatory oversight, and priority for the insured during liquidation. The first concern if states did not regulate stop-loss products is that adverse selection would occur more frequently. Many ACA requirements do not apply to self-funded plans, creating different underwriting standards between fully-insured and self-funded plans.[36] This can create adverse selection—where a person "with a higher than average probability of loss seeks greater insurance coverage than those with less risk."[37] Regulating stop-loss

---

N.D. ADMIN. CODE 45-06-14-13 (2017); UTAH ADMIN CODE r. 590-268 (2014); 4-5 VT. CODE R. § 15 (2018); Alaska Bulletin 2006-4 (2006); Ark. Bulletins 4-2007 & 6-2008 (2006/2008); Iowa Opinion No. 90-10-2 (1990); Kan. Bulletins 1993-12, 1993-12 (Addendum), & 1997-7 (1993/1997); N.J. Bulletin 2011-20 (2011); Okla. Bulletin LH 2013-03 (2013); Tenn. Bulletin 7-1-94 (1994).

[35] 2 Nat. Ass'n of Ins. Comm'rs' Model Laws, Regulations and Guidelines, 220-1 to 220-18, at § 4(D)(1) (2007). *See also* Model Bulletin, REGULATORY ALERT TO STOP LOSS CARRIERS AND THIRD PARTY ADMINISTRATORS, 2 Proc. of the Nat'l Ass'n of Ins. Comm'rs 232, 234 (2003) ("Stop loss coverage is insurance…").

[36] NAIC White Paper, *supra* note 7, at 1.

[37]       Glossary       of       Insurance       Terms,       NAIC, https://content.naic.org/consumer_glossary#:~:text=Adverse%20Selection%20%2 D%20the%20social%20phenomenon,than%20those%20with%20less%20risk. (last visited Nov. 10, 2022). *See* NAIC White Paper, *supra* note 7, at 1.

insurance is one way to mitigate the adverse selection that occurs with self-funded plans.[38]

The second concern is insufficient regulatory oversight. "The [Department of Labor] does not conduct any prior review of self-funded health plans for compliance before they commence operation."[39] The lack of review of self-funded health plans means that employers can avoid appropriate underwriting. However, there is currently, and should continue to be, state regulatory oversight of stop-loss insurance. That means stop-loss insurance is subject to underwriting, which means the appropriate factors for rates will be examined in setting the stop-loss premium.[40] While the regulation of stop-loss insurance does not regulate self-funded plans,[41] it does create some regulatory protection for the plans and employers that choose to purchase stop-loss insurance. State regulation of stop-loss insurance should continue so that appropriate underwriting occurs.

---

[38] *See* NAIC White Paper, *supra* note 7, at 1.

[39] *Id.* at 4.

[40] See *id.*

[41] *See American Medical Sec., Inc. v. Bartlett*, 111F.3d 358, 361 (4th Cir. 1997) ("Accordingly, although plans that provide benefits in the form of insurance may be indirectly regulated through regulation of [stop-loss] insurance, []plans that are self-funded or self-insured may not themselves be regulated as insurance companies even if the self-funded or self-insured plan purchases stop-loss insurance to cover losses or benefits payments beyond a specified level.). *See generally Metro. Life Ins. Co.*, *supra* note 29 (distinguishing direct and indirect regulation).

The third concern is the need for "continued priority of stop loss insurance policyholders in insurance company liquidations and guarantee fund coverage."[42] Currently, stop-loss insurance is covered by most state guarantee funds.[43] But, if courts were to consider stop-loss policies to be something other than insurance, guarantee fund protection could be lost.

## CONCLUSION

The NAIC said it best: "The NAIC reflects a consensus among its member states that stop loss coverage is insurance…."[44] Given the District Court's ruling in this case appears to be based, in part, on the erroneous conclusion that self-funded plans do not purchase insurance from the Blues, this Court should consider the impact of the District Court's decision and address it in this Court's decision as well as any impact to the parties in this case.

Respectfully submitted,

/s/ Kim Hunter
KIM HUNTER
General Counsel
Oklahoma Insurance Department
400 N.E. 50th Street
Oklahoma City, OK 73105
(405) 521-2746
kim.hunter@oid.ok.gov

---

[42] NAIC Edstrom Brief, *supra* note 5, at 4.
[43] *See id.* at 12.
[44] *Id.* at 17.

14

Counsel for *Amici Curiae*

Of Counsel:

TERESA L. GREEN
Senior Counsel
Oklahoma Insurance Department
400 N.E. 50th Street
Oklahoma City, OK 73105
(405) 521-2746
teresa.green@oid.ok.gov


BOOTH RAND
General Counsel
Arkansas Insurance Department
One Commerce Way
Little Rock, AR 72202
(501) 371-2820
booth.rand@arkansas.gov


ROB BONTA (SBN 202668)
Attorney General of California
TAMAR PACHTER (SBN 146083)
Senior Assistant Attorney General
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102
Telephone: (415) 510-3840
Fax: (415) 703-1234
tamar.pachter@doj.ca.gov
Attorneys for Ricardo Lara, Insurance Commissioner of the State of California


GREGG CONLEY
Executive Counsel
Georgia Office of Insurance and Safety Fire Commissioner
2 Martin Luther King, Jr., Drive
West Tower, Suite 702

Atlanta, GA 30334(404) 656-2070
gconley@oci.ga.gov

Counsel to the Director of the
Idaho Department of Insurance
KARL T. KLEIN
Deputy Attorney General
700 W. State St., 3rd Floor
PO Box 83720
Boise, Idaho 83720-0043
(208) 334-4204
karl.klein@doi.idaho.gov
Attorneys for Dean L. Cameron, Director of the Idaho Department of
Insurance

ROBERT ALAN WAKE
General Counsel
Maine Bureau of Insurance
34 State House Station
Augusta ME 04333-0034
robert.a.wake@maine.gov

ALEXIA EMMERMANN
Chief Insurance Counsel
Nevada Division of Insurance
1818 East College Parkway, Suite 103
Carson City, NV 89706
775-687-0712
aemmermann@doi.nv.gov

SHEILA GRACE
General Counsel
Vermont Department of Financial Regulation
89 Main Street
Montpelier, VT  05620-3101
(802) 828-3422
sheila.grace@vermont.gov

Counsel to the Washington State Insurance Commissioner
Marta U. DeLeon
Assistant Attorney General
1125 Washington Street SE
PO Box 40100
Olympia, WA   98504-0100
(360) 725-7171

RICHARD WICKA
Chief Legal Counsel
Wisconsin Office of the Commissioner of Insurance
125 S. Webster St.
Madison, WI 53703
(608) 261-6018
richard.wicha@wisconsin.gov

## CERTIFICATE OF COMPLIANCE

I hereby certify that this brief complies with the requirements of FEDERAL

RULE OF APPELLATE PROCEDURE 32(g). This brief contains 3476 words.

<u>/s/ Kim Hunter</u>

## CERTIFICATE OF SERVICE

I hereby certify that on December 19, 2022, I electronically filed the forgoing with the Clerk of the Court for the United States Court of Appeals for the Eleventh Circuit by using the appellate CM/ECF system. Participates in the case who are registered CM/ECF users will be served by the appellant CM/ECF system.

/s/ Kim Hunter