IN THE UNITED STATES COURT OF APPEALS
ELEVENTH CIRCUIT

USCA Case No. 22-13051

On Appeal from the United States District Court,
Northern District of Alabama
Case No. 2:13-cv-20000

*In re: Blue Cross Blue Shield Antitrust Litigation*

**Response of the Home Depot Appellants to Plaintiffs-Appellees' Motion to
Exceed Word Limit Applicable to Their Response Brief**

FRANK M. LOWREY IV
Georgia Bar No. 410310
RONAN P. DOHERTY
Georgia Bar No. 224885
E. ALLEN PAGE
Georgia Bar No. 640163
BONDURANT MIXSON &
ELMORE, LLP
3900 One Atlantic Center
1201 West Peachtree Street, N.W.
Atlanta, Georgia 30309-3417
(404) 881-4100
lowrey@bmelaw.com
doherty@bmelaw.com
page@bmelaw.com


*Attorneys for Appellants Home Depot U.S.A., Inc., et al.*

## CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed. R. App. P. 26.1 and 11th Cir. R. 26.1-1, 26.1-2, and 26.1-3, Home Depot[1] submits this Certificate of Interested Persons and Corporate Disclosure Statement and states as follows:

### Certificate of Interested Persons

Home Depot certifies that below is a complete list of the trial judges, attorneys, persons, associations of persons, firms, partnerships, corporations, and other legal entities that have an interest in the outcome of this case:

Adams and Reese LLP (Counsel for Appellees)

Adamson, Virginia Nicole (Counsel for Appellants)

Adcox, Rachel (Counsel for Appellees)

American Electric Motor Services, Inc. (Appellee)

Anthem Blue Cross (Blue Cross of California) (Appellee)

---

[1] As used throughout, Home Depot refers to Home Depot U.S.A., Inc., together with all its parents, subsidiaries, affiliates, and associated benefit plans who are—to the extent not excluded by the Settlement Agreement or Court Order—members of the Injunctive Relief Class. As outlined in its corporate disclosure statement, those additional entities include HD Operations Holding Company, Inc., The Home Depot, Inc., The Home Depot Group Benefits Plan, and The Home Depot Medical and Dental Plan. Home Depot has consistently acted on behalf of all these associated entities and plans when objecting, opting out, and appealing.

Anthem Blue Cross and Blue Shield of Connecticut (Appellee)

Anthem Blue Cross and Blue Shield of Indiana (Appellee)

Anthem Blue Cross and Blue Shield of Missouri (Appellee)

Anthem Blue Cross and Blue Shield of New Hampshire (Appellee)

Anthem Blue Cross and Blue Shield of Virginia, Inc. (Appellee)

Anthem Blue Cross Life and Health Insurance Company (Appellee)

Anthem Health Plans of Kentucky, Inc. (Appellee)

Anthem Health Plans of Maine (Appellee)

Anthem Health Plans of Maine, Inc. (Appellee)

Anthem Health Plans of New Hampshire, Inc. (Anthem Blue Cross and Blue Shield of New Hampshire) (Appellee)

Anthem Health Plans of Virginia, Inc. (Anthem Blue Cross and Blue Shield of Virginia Inc.) (Appellee)

Anthem Health Plans, Inc. (Anthem Blue Cross and Blue Shield of Connecticut) (Appellee)

Anthem Holding Corporation (Appellee)

Anthem Insurance Companies, Inc. (Anthem Blue Cross and Blue Shield of Indiana) (Appellee)

Anthem, Inc. (Anthem Health Plans of Virginia, Inc.) (Appellee)

Anthem, Inc. (ANTM) (Appellee)

Anthem, Inc. (Parent to Anthem Insurance Companies, Inc.) (Appellee)

Anthem, Inc. (Parent to Community Insurance Company) (Appellee)

Anthem, Inc., f/k/a WellPoint, Inc. d/b/a Anthem Blue Cross Life and Health Insurance Company, Blue Cross of California, Blue Cross of Southern California, Blue Cross of Northern California, Rocky Mountain Hospital and Medical Service Inc. d/b/a Anthem Blue Cross Blue Shield of Colorado and Anthem Blue Cross Blue Shield of Nevada, Anthem Blue Cross Blue Shield of Connecticut, Anthem Blue Cross Blue Shield of Georgia, Anthem Blue Cross Blue Shield of Indiana, Anthem Blue Cross Blue Shield of Kentucky, Anthem Blue Cross Blue Shield of Maine, Anthem Blue Cross Blue Shield of Missouri, RightCHOICE Managed Care, Inc., HMO Missouri Inc., Anthem Health Plans of New Hampshire as Anthem Blue Cross Blue Shield of New Hampshire, Empire HealthChoice Assurance, Inc. as Empire Blue Cross Blue Shield, Community Insurance Company as Anthem Blue Cross Blue Shield of Ohio, Anthem Blue Cross and Blue Shield of Virginia, Anthem Blue Cross Blue Shield of Wisconsin (Appellee)

Anthem Life Insurance Company (Appellee)

Arcara, Hon. Richard J. (W.D.N.Y.)

Arkansas Blue Cross and Blue Shield (Appellee)

Armbrecht Jackson LLP (Counsel for Appellees)

Axinn, Veltrop & Harkrider, LLP (Counsel for Appellees)

Bailey & Glasser, LLP (Counsel for Appellee)

Bailey, Arthur (Counsel for Appellees)

Balch & Bingham LLP (Counsel for Appellees)

BCBSM, Inc., d/b/a Blue Cross Blue Shield of Minnesota (Appellee)

Behenna, David G. (Appellant)

Bernick, Justin (Counsel for Appellees)

Bisio, Peter (Counsel for Appellees)

Bloomberg, Edward S. (Counsel for Appellees)

Blue Cross and Blue Shield of Alabama (Appellee)

Blue Cross and Blue Shield of Arizona (Appellee)

Blue Cross and Blue Shield of Florida, Inc. (Appellee)

Blue Cross and Blue Shield of Florida, Inc. d/b/a Florida Blue (Appellee)

Blue Cross and Blue Shield of Georgia (Appellee)

Blue Cross and Blue Shield of Georgia, Inc. (Appellee)

Blue Cross and Blue Shield of Kansas City (Appellee)

Blue Cross and Blue Shield of Kansas, Inc. (Appellee)

Blue Cross and Blue Shield of Louisiana (Appellee)

Blue Cross and Blue Shield of Massachusetts, Inc. (Appellee)

Blue Cross and Blue Shield of Michigan (Appellee)

Blue Cross and Blue Shield of Minnesota (Appellee)

Blue Cross and Blue Shield of Mississippi (Appellee)

Blue Cross and Blue Shield of Nebraska (Appellee)

Blue Cross and Blue Shield of North Carolina, Inc. (Appellee)

Blue Cross and Blue Shield of North Dakota (Appellee)

Blue Cross and Blue Shield of Rhode Island (Appellee)

Blue Cross and Blue Shield of South Carolina (Appellee)

Blue Cross and Blue Shield of Tennessee, Inc. (Appellee)

Blue Cross and Blue Shield of Vermont (Appellee)

Blue Cross and Blue Shield of Wyoming (Appellee)

Blue Cross Blue Shield Association (Appellee)

Blue Cross Blue Shield Healthcare Plan of Georgia, Inc. (Appellee)

Blue Cross Blue Shield of Alabama (Appellee)

Blue Cross Blue Shield of Arizona (Appellee)

Blue Cross Blue Shield of Minnesota (Appellee)

Blue Cross Blue Shield of Mississippi, a Mutual Insurance Company

(Appellee)

Blue Cross Blue Shield of North Dakota (Appellee)

Blue Cross Blue Shield of Wyoming (Appellee)

Blue Cross of Idaho Health Service, Inc. (Appellee)

Bodman PLC (Counsel for Appellees)

Boies, David (Counsel for Appellees)

Boies, Schiller & Flexner LLP (Counsel for Appellees)

Bojedla, Swathi (Counsel for Appellees)

Bondurant Mixson & Elmore, LLP (Counsel for Appellant)

Bradley Arant Boult Cummings, LLP (Counsel for Appellants)

Briggs, John (Counsel for Appellees)

Brunini, Grantham, Grower & Hewes, PLLC (Counsel for Appellees)

Buchanan, Virginia (Counsel for Appellees)

Burkhalter, Carl S. (Counsel for Appellees)

Burns Charest LLP (Counsel for Appellees)

Burns, Warren T. (Counsel for Appellees)

Bush, Hon. Ronald E. (D. Idaho)

Bustamante, Travis A. (Counsel for Appellees)

Cafferty Clobes Meriwether & Sprengel LLP (Counsel for Appellees)

Cafferty, Patrick (Counsel for Appellees)

Caliendo, Charles T. (Counsel for Appellees)

California Physicians' Service (Appellee)

California Physicians' Service, d/b/a Blue Shield of California (Appellee)

Callister, Joshua (Counsel for Appellees)

Cambia Health Solutions, Inc., f/d/b/a Regence Blue Shield of Idaho,

Regence Blue Cross Blue Shield of Oregon, Regence Blue Cross Blue Shield of

Utah, Regence Blue Shield of Washington (Appellee)

Campbell Partners LLC (Counsel for Appellees)

Campbell, Andy P. (Counsel for Appellees)

Campbell, A. Todd (Counsel for Appellees)

Capital BlueCross (Appellee)

CareFirst Blue Cross and Blue Shield of Maryland (Appellee)

CareFirst BlueChoice, Inc. (Appellee)

CareFirst of Maryland, Inc. (Appellee)

CareFirst of Maryland, Inc. d/b/a CareFirst BlueCross BlueShield (Appellee)

CareFirst, Inc. (Appellee)

Caring for Montanans, Inc., f/k/a Blue Cross and Blue Shield of Montana,

Inc. (Appellee)

Caring for Montanans, Inc. (Appellee)

CB Roofing, LLC (Appellee)

Chavez, Kathleen (Counsel for Appellees)

Chesler, Evan R. (Counsel for Appellees)

Cihlar, Nate (Counsel for Appellees)

Clark, Anna Mercado (Counsel for Appellees)

Clobes, Bryan (Counsel for Appellees)

Cochran, Jennifer (Appellant)

Cohen, Hon. James I. (S.D. Fla.)

Cohen, Lucile H. (Counsel for Appellees)

Colatriano, Vincent J. (Counsel for Appellees)

Community Insurance Company (Appellee)

Cooper & Kirk, PLLC (Counsel for Appellees)

Cooper, Charles J. (Counsel for Appellees)

Cornelius, Hon. Staci G. (N.D. Ala.)

Cory Watson Crowder & DeGaris, P.C. (Counsel for Appellees)

Costello, Honor (Counsel for Appellees)

Cottrell, Christa C. (Counsel for Appellees)

Craker, Aaron (Appellant)

Cravath Swaine & Moore (Counsel for Appellees)

Crowell & Moring LLP (Counsel for Appellees)

Cylkowski, Sarah L. (Counsel for Appellees)

Davis & Taliaferro LLC (Counsel for Appellees)

Davis, Gregory (Counsel for Appellees)

Dellaccio, Douglas (Counsel for Appellees)

DeGiusti, Hon. Timothy D. (W.D. Okla.)

Del Sole Cavanaugh Stroyd LLC (Counsel for Appellees)

DeMasi, Karin A. (Counsel for Appellees)

Doherty, Hon. Rebecca F. (W.D. La.)

Doherty, Ronan (Counsel for Appellant)

Dominick Feld Hyde, PC (Counsel for Appellee)

Donnell, Sarah J. (Counsel for Appellees)

Dryden, Benjamin R. (Counsel for Appellees)

Dyer, Karen (Counsel for Appellees)

Eisler, Robert (Counsel for Appellees)

Empire HealthChoice Assurance, Inc. (Appellee)

Empire HealthChoice Assurance, Inc., f/k/a Empire Blue Cross Blue Shield (Appellee)

Employee Services, Inc. (Appellant)

Erickson, Hon. Ralph R. (D.N.D.)

Excellus Blue Cross Blue Shield (Appellee)

Excellus BlueCross BlueShield of New York (Appellee)

Excellus Health Plan, Inc. d/b/a Excellus BlueCross BlueShield (Appellee)

Feinberg, Kenneth (Mediator)

Feinstein, Richard (Counsel for Appellees)

Foley & Lardner LLP (Counsel for Appellees)

Foote, Mielke, Chavez & O'Neil LLC (Counsel for Appellees)

Foote, Robert M. (Counsel for Appellees)

Franz, Morgan B. (Counsel for Appellees)

Galactic Funk Touring, Inc. (Appellee)

Gentle, Edgar C. (Special Master)

Gilbert, Sarah (Counsel for Appellees)

Gillis, H. Lewis (Counsel for Appellees)

Gordon, Jr., Ben W. (Counsel for Appellee)

Grant & Eisenhofer (Counsel for Appellees)

Green, Cheri D. (Counsel for Appellees)

Group Hospitalization and Medical Services, Inc. (Appellee)

Group Hospitalization and Medical Services, Inc. d/b/a CareFirst BlueCross BlueShield (Appellee)

Guin, Stokes & Evans, LLC (Counsel for Appellees)

Guin, David (Counsel for Appellees)

Gustafson Gluek PLLC (Counsel for Appellees)

Gustafson, Daniel (Counsel for Appellees)

Harris, Hon. Alonzo (27th Judicial District Court, St. Landry Parish, Louisiana)

Harwood, Jr., Hon. R. Bernard (Special Master)

Hauser, Brian C. (Counsel for Appellees)

Hausfeld LLP (Counsel for Appellees)

Hausfeld, Michael D. (Counsel for Appellees)

Hawaii Medical Service Association d/b/a Blue Cross and Blue Shield of Hawaii (Appellee)

Hazzard Law, LLC (Counsel for Appellees)

Hazzard, Brent (Counsel for Appellees)

HD Operations Holding Company, Inc. (Appellant)

Health Care Service Corporation (Appellee)

Health Care Service Corporation d/b/a Blue Cross Blue Shield of Illinois, Blue Cross Blue Shield of New Mexico, Blue Cross Blue Shield of Oklahoma, Blue Cross and Blue Shield of Montana, Blue Cross Blue Shield of Texas (Appellee)

Hedlund, Daniel C. (Counsel for Appellees)

Hellums, Chris T. (Counsel for Appellees)

Hibbett Sports, Inc (Appellee)

Highmark Blue Cross Blue Shield of Delaware, Inc. (Appellee)

Highmark Blue Cross Blue Shield of West Virginia (Appellee)

Highmark Health Services, d/b/a Highmark Blue Cross Blue Shield of Delaware, Highmark Blue Cross Blue Shield, and Highmark Blue Cross Blue Shield of West Virginia (Appellee)

Highmark Inc. (Appellee)

Highmark Western and Northeastern New York Inc. (Appellee)

Hill Hill Carter Franco Cole & Black, P.C. (Counsel for Appellees)

HMO Missouri Inc. (Appellee)

HMO Missouri, Inc. (Anthem Blue Cross and Blue Shield of Missouri) (Appellee)

Hodge, David J. (Counsel for Appellees)

Hogan Lovells US LLP (Counsel for Appellees)

Hogan, E. Desmond (Counsel for Appellees)

Hogewood, Mark M. (Counsel for Appellees)

Holmstead, Zachary D. (Counsel for Appellees)

Home Depot U.S.A., Inc. (Appellant)

Hoover, Craig A. (Counsel for Appellants)

Horizon Blue Cross and Blue Shield of New Jersey(Appellee)

Horizon Healthcare Services, Inc. d/b/a Horizon Blue Cross and Blue Shield of New Jersey (Appellee)

Horizon Healthcare Services, Inc. d/b/a Horizon Blue Cross Blue Shield of
New Jersey (Appellee)

Hoss, Henry D. (Counsel for Appellants)

Hovland, Hon. Daniel L. (D.N.D.)

Hume, Hamish P.M. (Counsel for Appellees)

Huppert, Hon. Michael D. (5th Judicial District Court, Polk County, Iowa)

Independence Hospital Indemnity Plan, Inc., f/k/a Independence Blue Cross
(Appellee)

Isaacson, William A. (Counsel for Appellees)

Jarvey, Hon. John A. (S.D. Iowa)

Johnson, John M. (Counsel for Appellees)

Jones Ward PLC (Counsel for Appellees)

Jones, Lawrence (Counsel for Appellees)

Jones, Megan (Counsel for Appellees)

Jose, Elizabeth (Counsel for Appellees)

Kappel, Brian P. (Counsel for Appellees)

Kaufman, David R. (Counsel for Appellees)

Kennedy, Lauren R. (Counsel for Appellees)

Kilpatrick Townsend & Stockton LLP (Counsel for Appellees)

Kilpela, Jr., Edwin J. (Counsel for Appellees)

Kimble, Cavender C. (Counsel for Appellees)

Kirkland & Ellis LLP (Counsel for Appellees)

Koch, H. James (Counsel for Appellees)

Korn, David H. (Counsel for Appellees)

Lawrence, Hon. William T. (S.D. Ind.)

Laytin, Daniel E. (Counsel for Appellees)

Lemmon Law Firm (Counsel for Appellees)

Lemmon, Andrew (Counsel for Appellees)

Levin Papantonio Thomas Mitchell Rafferty & Proctor, P.A. (Counsel for Appellees)

Lifetime Healthcare, Inc. (Appellee)

Lightfoot Franklin & White LLC (Counsel for Appellees)

Lite DePalma Greenberg & Afanador, LLC (Counsel for Appellees)

Louisiana Health Service & Indemnity Company d/b/a Blue Cross and Blue Shield of Louisiana (Appellee)

Lowrey, IV, Frank M. (Counsel for Appellant)

Lungstrum, Hon. John W. (D. Kan.)

Kravitz, Carl S. (Counsel for Appellees)

Maier, Jeny M. (Counsel for Appellees)

Malatesta, III, John Thomas A. (Counsel for Appellees)

Martin, John D. (Counsel for Appellees)

Maynard Cooper & Gale PC (Counsel for Appellees)

McAfee & Taft A Professional Corporation (Counsel for Appellants)

McCafferty, Hon. Landya B. (D.N.H.)

McCallum, Methvin & Terrell, P.C. (Counsel for Appellees)

McDevitt, Larry (Counsel for Appellees)

McDonald, Yawanna N. (Counsel for Appellees)

McDowell, Patrick M. (Counsel for Appellees)

McGartland & Borchardt LLP (Counsel for Appellees)

McGartland, Michael (Counsel for Appellees)

McKinney, Rebekah Keith (Counsel for Appellee)

McLeod, Aaron G. (Counsel for Appellees)

Means Gillis Law, LLC (Counsel for Appellees)

Meriwether, Ellen (Counsel for Appellees)

Methvin, Robert (Counsel for Appellees)

Moreno, Hon. Federico A. (S.D. Fla.)

Morris, King & Hodge (Counsel for Appellees)

Mullins, M. Richard (Counsel for Appellants)

Naranjo, Michael A. (Counsel for Appellees)

Nelson Mullins Riley & Scarborough LLP (Counsel for Appellees)

Nix, Jess R. (Counsel for Appellees)

Nix, Richard D. (Counsel for Appellants)

Norman, Brian K. (Counsel for Appellants)

O'Connor, Hon. Reed. C. (N.D. Tex.)

Pacella, Mario Anthony (Counsel for Appellee)

Page, E. Allen (Counsel for Appellant)

Paul Weis (Counsel for Appellees)

Payne, Joshua K. (Counsel for Appellees)

Payton, Gwendolyn (Counsel for Appellees)

Pearce, Bevill, Leesburg, Moore, P.C. (Appellee)

Pennington, Michael R. (Counsel for Appellants)

Pettus Plumbing & Piping, Inc. (Appellee)

Phillips Lytle LLP (Counsel for Appellees)

Physicians' Service, d/b/a Blue Shield of California (Appellee)

Pittman, Dutton & Hellums, P.C. (Counsel for Appellees)

Priester, James L. (Counsel for Appellees)

Premera Blue Cross, d/b/a Premera Blue Cross Blue Shield of Alaska

(Appellee)

Proctor, Hon. R. David (N.D. Ala.)

Putnam, Hon. T. Michael (N.D. Ala.)

Ragsdale, Barry Alan (Counsel for Appellee)

Redgrave, LLP (Counsel for Appellees)

Redgrave, Jonathan M. (Counsel for Appellees)

Reeves, Harold S. (Counsel for Appellees)

Regence BlueCross BlueShield of Oregon (Appellee)

Regence BlueCross BlueShield of Utah (Appellee)

Regence BlueShield (Appellee)

Regence BlueShield of Idaho, Inc. (Appellee)

Reuben, Mindee (Counsel for Appellees)

Rheaume, Jr., Thomas J. (Counsel for Appellees)

Richie, J. Thomas (Counsel for Appellants)

RightChoice Managed Care, Inc. (Appellee)

Riley & Jackson P.C. (Counsel for Appellees)

Riley, Jr., Robert R. (Counsel for Appellees)

Rocky Mountain Hospital & Medical Service Inc., d/b/a Anthem Blue Cross Blue Shield of Colorado (Appellee)

Rocky Mountain Hospital & Medical Service Inc., d/b/a Anthem Blue Cross Blue Shield of Nevada (Appellee)

Roman, Tracy A. (Counsel for Appellees)

Rowe, Stephen A. (Counsel for Appellees)

Rutenberg, Alan D. (Counsel for Appellees)

Ruzic, Emily M. (Counsel for Appellants)

Sansbury, Michael T. (Counsel for Appellees)

Saw, Edmund Y. (Counsel for Appellees)

Saxon, John (Counsel for Appellees)

John D. Saxon, P.C. (Counsel for Appellees)

Schmidt, Jr., John G. (Counsel for Appellees)

Shamoun & Norman, LLP (Counsel for Appellees)

Shearman & Sterling LLP (Counsel for Appellees)

Slate, Pamela B. (Counsel for Appellees)

Smith, Cyril V. (Counsel for Appellees)

Smith, Scott Burnett (Counsel for Appellants)

Snyder, Hon. Christina A. (C.D. Cal.)

Snyder, Eric B. (Counsel for Appellee)

Sooy, Kathleen Taylor (Counsel for Appellees)

Spencer, Mark D. (Counsel for Appellants)

Spotswood, Robert K. (Counsel for Appellees)

Spotswood Sansom & Sansbury LLC (Counsel for Appellees)

Stenerson, Todd M. (Counsel for Appellees)

Stokes, Tammy (Counsel for Appellees)

Strauss & Boies (Counsel for Appellees)

Strom Law Firm (Counsel for Appellee)

Sweet, Benjamin (Counsel for Appellees)

Terrell, James M. (Counsel for Appellees)

The Home Depot Group Benefits Plan (Appellant)

The Home Depot, Inc. (HD) (Appellant)

The Home Depot Medical and Dental Plan (Appellant)

Topographic, Inc. (Appellant)

Triple-S Salud, Inc. (Appellee)

USAble Mutual Insurance Company, d/b/a Arkansas Blue Cross and Blue

Shield (Appellee)

Van Winkle Law Firm (Counsel for Appellees)

Varney, Christine R. (Counsel for Appellees)

Voorhees, Hon. Richard (W.D.N.C.)

Wallace, Jordan, Ratliff & Brandt, LLC (Counsel for Appellees)

Walsh, Stephen A. (Counsel for Appellees)

Watson, McKinney, LLP (Counsel for Appellee)

Weinberg, Wheeler, Hudgins, Gunn & Dial, LLC (Counsel for Appellees)

Wellmark Blue Cross and Blue Shield of Iowa (Appellee)

Wellmark Blue Cross and Blue Shield of South Dakota (Appellee)

Wellmark Health Plan of Iowa, Inc. (Appellee)

Wellmark Holdings, Inc. (Appellee)

Wellmark Inc. d/b/a Wellmark Blue Cross and Blue Shield of Iowa and Wellmark Health Plan of Iowa, Inc. (Appellee)

Wellmark, Inc. d/b/a Blue Cross and Blue Shield of Iowa and Wellmark Blue Cross Blue Shield of South Dakota (Appellee)

Wellmark of South Dakota, Inc. d/b/a Wellmark Blue Cross and Blue Shield of South Dakota (Appellee)

WellPoint, Inc. (Appellee)

West, Kimberly R. (Counsel for Appellees)

Wilkerson, David (Counsel for Appellees)

Witt, P.C., Helen E. (Counsel for Appellees)

Zeiger, P.C., Jeffrey J. (Counsel for Appellees)

Zott, David J. (Counsel for Appellees)

Zuckerman Spaeder, LLP (Counsel for Appellees)

**Corporate Disclosure**

1.      Appellant Home Depot U.S.A., Inc. is wholly owned by HD Operations Holding Company, Inc., which is wholly owned by The Home Depot, Inc., a publicly traded company. No publicly traded corporation owns 10% or more of the stock of The Home Depot, Inc.

2.      The Home Depot Group Benefits Plan and The Home Depot Medical and Dental Plan are related HD entities. Neither plan is publicly traded.

**Response of the Home Depot Appellants to Plaintiffs-Appellees' Motion to Exceed Word Limit Applicable to Their Response Brief**

The plaintiffs-appellees (the "Subscribers") ask this Court to expand the word count for their brief by 22,000 words, for a total of 35,000 words. Home Depot respectfully submits that this request is excessive, particularly since the Blue Cross Blue Shield defendants (the "Blues") will file their own 13,000-word appellees brief responding to the same sets of arguments.

Throughout the settlement approval process, the Blues and the Subscribers filed similar briefs in opposition to the settlement objections, relying on essentially the same arguments and authorities. *See, e.g.,* Docs. 2868, 2869. On appeal, the Blues have every incentive to present the full range of arguments available to both the Blues and the Subscribers in opposition to Home Depot's attack on the mandatory, perpetual release imposed upon the Rule 23(b)(2) class members.

Under these circumstances, Home Depot respectfully submits that a shorter expansion to no more than 25,000 total words would be more consistent with 11th Circuit Rule 32-4, which provides that "[t]he court looks with disfavor upon such motions [to extend the word limits] and will only grant such a motion for extraordinary and compelling reasons."

Respectfully submitted this 5th day of January, 2023.

/s/ *Frank M. Lowrey*
Frank M. Lowrey
Georgia Bar No. 410310
lowrey@bmelaw.com
Ronan P. Doherty
Georgia Bar No. 224885
doherty@bmelaw.com
E. Allen Page
Georgia Bar No. 640163
page@bmelaw.com
BONDURANT MIXSON & ELMORE, LLP
3900 One Atlantic Center
1201 West Peachtree Street, N.W.
Atlanta, Georgia 30309-3417
(404) 881-4100

*Counsel for Appellants*

**CERTIFICATE OF COMPLIANCE**

This response complies with the word limit of Fed. R. App. P. 27 because it contains a total of 184 words, excluding the parts exempted from count by that Rule.

This response also complies with the typeface requirements of Fed. R. App. P. 32 (a)(5) and the type style requirements of Fed. R. App. P. 32 (a)(6) because this response has been prepared in a proportionally spaced typeface using Microsoft Word with size 14 Times New Roman font.

This certification is made on January 5, 2023.

*/s/ Frank M. Lowrey IV*

**CERTIFICATE OF SERVICE**

I hereby certify that on January 5, 2023 I electronically filed the foregoing

document with the Clerk of the Court using CM/ECF. Counsel for all parties as

well as *pro se* parties are registered CM/ECF users and will be served with the

foregoing document by the Court's CM/ECF System.


/s/ *Frank M. Lowrey*
Frank M. Lowrey