**CORRECTED**

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 22-13051-HH
_____

IN RE: BLUE CROSS BLUE SHIELD ANTITRUST LITIGATION MDL 2406

────────────────────────────────────────────

2:13-cv-20000-RDP

GALACTIC FUNK TOURING, INC.,
AMERICAN ELECTRIC MOTOR SERVICES, INC.,
CB ROOFING, LLC,
PEARCE, BEVILL, LEESBURG, MOORE, P.C.,
PETTUS PLUMBING & PIPING, INC., et al.,

                                                                 Plaintiffs - Appellees,

TOPOGRAPHIC, INC.,
EMPLOYEE SERVICES INC.,
HOME DEPOT U.S.A., INC.,
JENNIFER COCHRAN,
AARON CRAKER,
DAVID G. BEHENNA,

                                              Interested Parties - Appellants,

versus

ANTHEM, INC.,
EXCELLUS HEALTH PLAN, INC.,
d.b.a. Excellus BlueCrossBlueShield,
PREMERA BLUE CROSS,
BLUE CROSS BLUE SHIELD OF ARIZONA,
HEALTH CARE SERVICE CORPORATION, et al.,

                                                 Defendants - Appellees.

_____

Appeal from the United States District Court
for the Northern District of Alabama

_____

ORDER:

The motion for an extension of time to and including February 10, 2023, in which to file the Appellees' brief is GRANTED, with the appendix, if any, due seven (7) days from the filing of the brief.

/s/ Charles R. Wilson
UNITED STATES CIRCUIT JUDGE