THE UNITED STATES COURT OF APPEALS
ELEVENTH CIRCUIT

---

USCA Case No. 22-13051

On Appeal from the United States District Court,
Northern District of Alabama
Case No. 2:13-cv-20000

---

*In re: Blue Cross Blue Shield Antitrust Litigation*

---

# THE HOME DEPOT APPELLANTS' UNOPPOSED
# MOTION TO EXTEND BRIEFING DEADLINE

FRANK M. LOWREY IV
Georgia Bar No. 410310
RONAN P. DOHERTY
Georgia Bar No. 224885
E. ALLEN PAGE
Georgia Bar No. 640163
BONDURANT MIXSON &
ELMORE, LLP
3900 One Atlantic Center
1201 West Peachtree Street, N.W.
Atlanta, Georgia 30309-3417
(404) 881-4100
lowrey@bmelaw.com
doherty@bmelaw.com
page@bmelaw.com

*Attorneys for Appellants Home Depot U.S.A., Inc., et al.*

# CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

Pursuant to 11th Cir. R. 26.1 and 11th Cir. R. 26.1-1(b), the Home Depot Appellants hereby certify that the list of those interested in the outcome of this appeal in Appellants' Brief is complete.

Pursuant to Fed. R. App. P. 26.1 and 11th Cir. R. 26.1-1, 26.1-2, and 26.1-3, the Home Depot Appellants further state that Appellant Home Depot U.S.A., Inc. is wholly owned by HD Operations Holding Company, Inc., which is wholly owned by The Home Depot, Inc., a publicly traded company. No publicly traded corporation owns 10% or more of the stock of The Home Depot, Inc. The Home Depot Group Benefits Plan and The Home Depot Medical and Dental Plan are related HD entities. Neither plan is publicly traded.

# THE HOME DEPOT APPELLANTS' UNOPPOSED MOTION TO EXTEND BRIEFING DEADLINE

The Home Depot Appellants ("Home Depot") hereby request a 21-day extension of the time to file their reply brief to March 24, 2023.

## I. Background

On October 5, 2022, Plaintiffs-Appellees ("Subscribers") moved to consolidate and expedite the pending appeals, Nos. 22-13051, 22-13052, 22-13118, and 22-13120.

The Court's order granted in part and denied in part the Subscribers' motion, resulting in a December 12, 2022 deadline for Objectors' opening briefs, including Home Depot's brief. Order at 1 (Nov. 2, 2022). No Objector requested an extension, and all timely filed and served their opening briefs on December 12. Docs. 120–124.

On December 21, 2022, Defendants-Appellees ("BCBS") moved for a 30-day extension of the time to file their responsive brief to February 10, 2023.

The Court entered an order granting BCBS an extension of time through February 10, 2023, in which to file its brief. The same day, it entered a corrected order, granting an extension to all Appellees. Doc. 141. Appellees timely filed their briefs on February 10th. Docs. 146, 147.

The Self-Funded Subclass Objectors then filed a motion for a 21-day extension of the reply brief filing deadline for *all Objectors-Appellants* from March 3, 2023 to March 24, 2023. Doc. 148. The Clerk granted the motion. Doc. 148. However, communication with the Clerk has revealed some uncertainty about whether the extension applied to all Objector-Appellants, or just the Self-Funded movants.

Therefore, Home Depot now makes the same Motion on its own behalf.

**II.    Argument**

A first written request for an extension of time to file a brief must demonstrate "good cause." 11th Cir. R. 31-2. Good cause exists here for a 21-day extension, the first extension Home Depot has requested in this appeal.

Unlike Appellees, Home Depot did not request an extension of time in which to file their opening briefs and timely filed them by the Court-ordered deadline. But as BCBS explained in its earlier motion for an extension, these appeals raise important, complex issues related to a class action settlement, the District Court considered the Settlement and objections to it for more than a year, and additional time would allow

Objectors to give these issues the consideration they deserve. Moreover, Home Depot must reply to two response briefs (one with an extended word-count) presenting arguments advanced by both the Subscribers and BCBS. Additional time would allow Home Depot to give the issues addressed in both briefs due attention.

Further, an extension will not prejudice any party because an identical extension has already been granted to the Self-Funded Subclass Objectors as well as for the reasons advanced by BCBS in its response to the Fully Insured Subclass's Motion to Expedite. Further, no party objects to the extension of Home Depot's filing deadline.

## CONCLUSION

For these reasons, Home Depot respectfully asks the Court to extend the time in which to file its reply brief to March 24, 2023.

Respectfully submitted this 17th day of February, 2023.

| | |
|---|---|
| /s/ Frank M. Lowrey<br>FRANK M. LOWREY IV<br>Georgia Bar No. 410310<br>lowrey@bmelaw.com<br>RONAN P. DOHERTY<br>Georgia Bar No. 224885<br>doherty@bmelaw.com<br>E. ALLEN PAGE<br>Georgia Bar No. 640163<br>page@bmelaw.com | BONDURANT MIXSON &<br>ELMORE, LLP<br>3900 One Atlantic Center<br>1201 West Peachtree Street, N.W.<br>Atlanta, Georgia 30309-3417<br>(404) 881-4100<br><br>*Attorneys for Appellants Home Depot U.S.A., Inc., et. al.* |

# FRAP 32(g)(1) CERTIFICATE OF COMPLIANCE

I certify that this document complies with the type-volume limitation set forth in FRAP 27(d)(2). This document contains 488 words, excluding the parts exempted by FRAP 32(f) and 11th Cir. R. 32-4. This document complies with the typeface requirements of FRAP 32(a)(5) and the type-style requirements of FRAP 32(a)(6). It has been prepared in a proportionally spaced typeface using Microsoft Word in 14 point Century Schoolbook font.

/s/ Frank M. Lowrey
FRANK M. LOWREY IV

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on February 17, 2023, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all parties in this case who are registered through the CM/ECF.

/s/ Frank M. Lowrey  
FRANK M. LOWREY IV
