# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 22-13051

_____

IN RE: BLUE CROSS BLUE SHIELD ANTITRUST LITIGATION MDL 2406

_____

2:13-cv-20000-RDP

GALACTIC FUNK TOURING, INC.,
AMERICAN ELECTRIC MOTOR SERVICES, INC.,
CB ROOFING, LLC,
PEARCE, BEVILL, LEESBURG, MOORE, P.C.,
PETTUS PLUMBING & PIPING, INC., et al.,

                                  Plaintiffs-Appellees,

TOPOGRAPHIC, INC.,
EMPLOYEE SERVICES INC.,
HOME DEPOT U.S.A., INC.,

2                           Order of the Court                           22-13051

JENNIFER COCHRAN,
AARON CRAKER,
DAVID G. BEHENNA,

                                        Interested Parties-Appellants,

versus

ANTHEM, INC.,
EXCELLUS HEALTH PLAN, INC.,
d.b.a. Excellus BlueCrossBlueShield,
PREMERA BLUE CROSS,
BLUE CROSS BLUE SHIELD OF ARIZONA,
HEALTH CARE SERVICE CORPORATION, et al.,

                                        Defendants-Appellees.

_____

Appeal from the United States District Court
for the Northern District of Alabama
D.C. Docket No. 2:13-cv-20000-RDP

_____

22-13051               Order of the Court                3

ORDER:

Plaintiffs-Appellees' "Motion to Strike New Arguments in Appellant Home Depot's Reply Brief" is CARRIED WITH THE CASE.

/s/ Andrew L. Brasher
UNITED STATES CIRCUIT JUDGE