# In the
# United States Court of Appeals
# For the Eleventh Circuit

————————

No. 22-13051

————————

IN RE: BLUE CROSS BLUE SHIELD ANTITRUST LITIGATION
MDL 2406

_____

_____

2:13-cv-20000-RDP

GALACTIC FUNK TOURING, INC.,
AMERICAN ELECTRIC MOTOR SERVICES, INC., et al.,

                                                    Plaintiffs-Appellees,

TOPOGRAPHIC, INC.,
EMPLOYEE SERVICES INC., et al.,

                                        Interested Parties-Appellants,

*versus*

ANTHEM, INC.,
EXCELLUS HEALTH PLAN, INC.,

2                  Order of the Court                  22-13051

d.b.a. Excellus BlueCrossBlueShield,
PREMERA BLUE CROSS,
BLUE CROSS BLUE SHIELD OF ARIZONA,
HEALTH CARE SERVICE CORPORATION, et al.,

                                           Defendants-Appellees.

_____

Appeal from the United States District Court
for the Northern District of Alabama
D.C. Docket No. 2:13-cv-20000-RDP

_____

ORDER:

     Appellants Motion for additional 15 minute for oral argument total of 30 minutes is GRANTED in part and DENIED in part. The Court expands the time for oral argument to 20 minutes per side.

                                            DAVID J. SMITH
                              Clerk of the United States Court of
                                  Appeals for the Eleventh Circuit

                     ENTERED FOR THE COURT - BY DIRECTION