[PUBLISH]

# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 22-13051

_____

IN RE: BLUE CROSS BLUE SHIELD ANTITRUST LITIGATION MDL 2406

_____

 2:13-cv-20000-RDP
GALACTIC FUNK TOURING, INC.,
AMERICAN ELECTRIC MOTOR SERVICES, INC.,
CB ROOFING, LLC,
PEARCE, BEVILL, LEESBURG, MOORE, P.C.,
PETTUS PLUMBING & PIPING, INC., et al.,

                                            Plaintiffs-Appellees,

TOPOGRAPHIC, INC.,
EMPLOYEE SERVICES INC.,
HOME DEPOT U.S.A., INC.,
JENNIFER COCHRAN,

2  Opinion of the Court  21-12709

AARON CRAKER,
DAVID G. BEHENNA,

                                      Interested Parties-Appellants,

*versus*

ANTHEM, INC.,
EXCELLUS HEALTH PLAN, INC.,
d.b.a. Excellus BlueCrossBlueShield,
PREMERA BLUE CROSS,
BLUE CROSSBLUE SHIELD OF ARIZONA,
HEALTH CARE SERVICE CORPORATION, et al.,

                                      Defendants-Appellees.

_____

Appeal from the United States District Court
for the Northern District of Alabama
D.C. Docket No. 2:13-cv-20000-RDP

_____

The opinion has been changed as follows:

    On page 4, "Blue Cross & Blue Shield of North Carolina" has been changed to "Blue Cross & Blue Shield of N.C.".

On page 14, "Commc'ns." has been changed to "Commc'ns".

On page 14, "Blue Cross and Blue Shield Ass'n" has been changed to "Blue Cross & Blue Shield Ass'n".

On page 19, "Genworth Life and Annuity Ins." has been changed to "Genworth Life & Annuity Ins.".

On page 22, "In re Payment Card Interchange Fee and Merch. Disc. Antitrust Litig." has been changed to "In re Payment Card Interchange Fee & Merch. Disc. Antitrust Litig.".

On page 26, "Cont'l Can Co." has been changed to "Continental Can Co.".

On page 40, "Section 16" has been changed to "section 16".