No. 22-13051

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

In Re: Blue Cross Blue Shield Antitrust Litigation (MDL 2406)

_____

On Appeal from the United States District Court for the
Northern District of Alabama, Southern Division,
No. 2:13-CV-20000-RDP

## MOTION TO EXTEND TIME FOR FILING
## PETITION FOR PANEL REHEARING/REHEARING EN BANC
## REGARDING ATTORNEYS' FEE ORDER

David G. Behenna
155 Fleet Street
Portsmouth, NH  03801
Telephone: ███████
Email: ███████████

Interested Party-Appellant (pro se)

## CERTIFICATE OF INTERESTED PERSONS
## AND CORPORATE DISCLOSURE STATEMENT

Pursuant to 11th Cir. R. 26.1-2(c), Interested Party-Appellant David G. Behenna

hereby certifies that the following is a complete list of the trial judges, attorneys,

persons, associations of persons, firms, partnerships, corporations, and other legal

entities that have an interest in the outcome of this particular case on appeal:

1.  450 Ventures, LLC, *Affiliate of Defendants-Appellees*

2.  A. Duie Pyle, Inc., *Plaintiff-Appellee*

3.  Accenda Health Company, *Affiliate of Defendants-Appellees*

4.  Access Health, Inc., *Affiliate of Defendants-Appellees*

5.  Accident Fund Holding, Inc., *Affiliate of Defendants-Appellees*

6.  ACE, including ACE American Insurance Company and Illinois Union Insurance Company, *Insurer of Defendants-Appellees*

7.  Adams & Reese, LLP, *Counsel for Defendants-Appellees*

8.  Adamson, Virginia, *Counsel for Interested Party-Appellant*

9.  Adcox, Rachel, *Counsel for Defendants-Appellees*

10. Advance Insurance Company of Kansas, *Affiliate of Defendants-Appellees*

11. Advanced Health Information Network, LLC, *Affiliate of Defendants-Appellees*

12. Aero Jet Intermediate Holdings, Inc., which is wholly owned by Aero Medical International, Inc., *Parent to Plaintiffs-Appellees*

13. Ahrens, Ellen M., *Counsel for Plaintiffs-Appellees*

14. American International Group Inc. (AIG) (including Lexington Insurance Company, National Union Insurance Company, and Illinois National Insurance Co.), *Insurer of Defendants-Appellees*

15. Alabama Industries Financial Corporation, *Affiliate of Defendants-Appellees*

16. AlaHealth, Inc., *Affiliate of Defendants-Appellees*

17. Alexander, Laura, *Counsel for Plaintiffs-Appellees*

18. Allie, Renee E., *Plaintiff-Appellee*

19. Allied World Assurance Company, f/k/a Darwin National and Darwin Select, *Insurer of Defendants-Appellees*

20. Ambrecht Jackson LLP, *Counsel for Defendants-Appellees*

21. America's 1st Choice of South Carolina, Inc., *Subsidiary of Defendants-Appellees*

22. American Electric Motor Services Inc., *Plaintiff-Appellee*

23. AMERIGROUP Community Care of New Mexico, Inc., *Subsidiary of Defendants-Appellees*

24. AMERIGROUP Corporation, *Subsidiary of Defendants-Appellees*

25. Amerigroup District of Columbia, Inc., *Subsidiary of Defendants-Appellees*

26.    Amerigroup Insurance Company, *Subsidiary of Defendants-Appellees*

27.    AMERIGROUP Iowa, Inc., *Subsidiary of Defendants-Appellees*

28.    Amerigroup Kansas, Inc., *Subsidiary of Defendants-Appellees*

29.    AMERIGROUP Maryland, Inc., *Subsidiary of Defendants-Appellees*

30.    AMERIGROUP Ohio, Inc., *Subsidiary of Defendants-Appellees*

31.    AMERIGROUP New Jersey, Inc., *Subsidiary of Defendants-Appellees*

32.    AMERIGROUP Tennessee, Inc., *Subsidiary of Defendants-Appellees*

33.    AMERIGROUP Texas, Inc., *Subsidiary of Defendants-Appellees*

34.    AMERIGROUP Washington, Inc., *Subsidiary of Defendants-Appellees*

35.    AmeriHealth, Inc., *Parent to Defendants-Appellees*

36.    AMGP Georgia Managed Care Company, Inc., *Subsidiary of Defendants-Appellees*

37.    Anthem Blue Cross (Blue Cross of California), *Defendant-Appellee*

38.    Anthem Blue Cross and Blue Shield of Connecticut, *Defendant-Appellee*

39.    Anthem Blue Cross and Blue Shield of Indiana, *Defendant-Appellee*

40.    Anthem Blue Cross and Blue Shield of Missouri, *Defendant-Appellee*

41.    Anthem Blue Cross and Blue Shield of New Hampshire, *Defendant-Appellee*

42.    Anthem Blue Cross and Blue Shield of Virginia, Inc., *Defendant-Appellee*

43. Anthem Blue Cross Life and Health Insurance Company, *Defendant-Appellee*

44. Anthem Financial, Inc., *Affiliate of Defendants-Appellees*

45. Anthem Health Insurance Company of Nevada, *Subsidiary of Defendants-Appellees*

46. Anthem Health Plans of Kentucky, Inc., *Defendant-Appellee*

47. Anthem Health Plans of Maine, *Defendant-Appellee*

48. Anthem Health Plans of Maine, Inc., *Defendant-Appellee*

49. Anthem Health Plans of New Hampshire, Inc. (Anthem Blue Cross and Blue Shield of New Hampshire), *Defendant-Appellee*

50. Anthem Health Plans of Virginia, Inc. (Anthem Blue Cross and Blue Shield of Virginia Inc.), *Defendant-Appellee*

51. Anthem Health Plans, Inc. (Anthem Blue Cross and Blue Shield of Connecticut), *Defendant-Appellee*

52. Anthem Holding Corporation, *Defendant-Appellee*

53. Anthem Insurance Companies, Inc. (Anthem Blue Cross and Blue Shield of Indiana), *Defendant-Appellee*

54. Anthem, Inc. (ELV), *Defendant-Appellee*

55. Anthem, Inc. (Anthem Health Plans of Virginia, Inc.), *Defendant-Appellee*

56. Anthem, Inc. (Parent to Anthem Insurance Companies, Inc.), *Defendant-Appellee*

57. Anthem, Inc. (Parent to Community Insurance Company), *Defendant-Appellee*

58. Anthem, Inc., f/k/a Wellpoint, Inc. d/b/a Anthem Blue Cross Life and Health Insurance Company, Blue Cross of California, Blue Cross of Southern California, Blue Cross of Northern California, Rocky Mountain Hospital and Medical Service Inc. d/b/a Anthem Blue Cross Blue Shield of Colorado and Anthem Blue Cross Blue Shield of Nevada, Anthem Blue Cross Blue Shield of Connecticut, Anthem Blue Cross Blue Shield of Georgia, Anthem Blue Cross Blue Shield of Indiana, Anthem Blue Cross Blue Shield of Kentucky, Anthem Blue Cross Blue Shield of Maine, Anthem Blue Cross Blue Shield of Missouri, RightCHOICE Managed Care, Inc., HMO Missouri Inc., Anthem Health Plans of New Hampshire as Anthem Blue Cross Blue Shield of New Hampshire, Empire HealthChoice Assurance, Inc. as Empire Blue Cross Blue Shield, Community Insurance Company as Anthem Blue Cross Blue Shield of Ohio, Anthem Blue Cross and Blue Shield of Virginia, Anthem Blue Cross Blue Shield of Wisconsin, *Defendant-Appellee*

59. Anthem Kentucky Managed Care Plan, Inc., *Subsidiary of Defendants-Appellees*

60. Anthem Life & Disability Insurance Company, *Affiliate of Defendants-Appellees*

61. Anthem Life Insurance Company, *Defendant-Appellee*

62. Anthem Partnership Holding Company, LLC, *Subsidiary of Defendants-Appellees*

63. Anthem Southeast, Inc., *Subsidiary of Defendants-Appellees*

64. Anthem Workers' Compensation, LLC, *Subsidiary of Defendants-Appellees*

65. APC Passe, LLC, *Affiliate of Defendants-Appellees*

66. Arch Insurance Company (ACGL), *Insurer of Defendants-Appellees*

67. Argo Re (ARGO), *Insurer of Defendants-Appellees*

68. Arizmendi, Sylmarie, *Counsel for Defendants-Appellees*

69. Arkansas Blue Cross and Blue Shield, *Defendant-Appellee*

70. Armbrecht Jackson LLP, *Counsel for Defendants-Appellees*

71. ASC Benefit Services, LLC, *Affiliate of Defendants-Appellees*

72. Aschenbrenner, Juanita, *Plaintiff-Appellee*

73. Aschenbrenner, Tom, *Plaintiff-Appellee*

74. Associated Group, Inc., *Subsidiary of Defendants-Appellees*

75.    Asuris Northwest Health, *Subsidiary of Defendants-Appellees*

76.    ATH Holding Company, LLC, *Subsidiary of Defendants-Appellees*

77.    Ausman Law Firm, *Counsel for Plaintiffs-Appellees*

78.    Ausman, Jason, *Counsel for Plaintiffs-Appellees*

79.    Avalon Insurance Company, *Affiliate of Defendants-Appellees*

80.    Avantgarde Aviation, Inc., *Plaintiff-Appellee*

81.    Aware Integrated, Inc., *Parent to Defendants-Appellees*

82.    Axinn, Veltrop & Harkrider, LLP, *Counsel for Defendants-Appellees*

83.    Bailey, Arthur, *Counsel for Plaintiffs-Appellees*

84.    Baird, Lisa M., *Counsel for Defendants-Appellees*

85.    Balch & Bingham LLP, *Counsel for Defendants-Appellees*

86.    Ball & Scott Law Offices, *Counsel for Plaintiffs-Appellees*

87.    Ball, W. Gordon, *Counsel for Plaintiffs-Appellees*

88.    Balmori, Daniel, *Counsel for Defendants-Appellees*

89.    Barnes, Benjamin L., *Counsel for Plaintiffs-Appellees*

90.    Barnett, Tyler J., *Counsel for Plaintiffs-Appellees*

91.    Barr, Sternberg, Moss, Lawrence, Silver & Munson, P.C., *Plaintiff-Appellee*

92.    Barstow, Erik, *Plaintiff-Appellee*

93.    Bartlett, Inc. d/b/a Energy Savers, *Plaintiff-Appellee*

94. Bartony & Hare, *Counsel for Plaintiffs-Appellees*

95. Battin, Timothy D., *Counsel for Plaintiffs-Appellees*

96. Baudin, Stanley P., *Counsel for Plaintiffs-Appellees*

97. BCBSM, Inc. d/b/a Blue Cross Blue Shield of Minnesota, *Defendant-Appellee*

98. BCS Insurance Company, *Insurer of Defendants-Appellees*

99. Beard, Braden, *Counsel for Plaintiffs-Appellees*

100. Bearman, Edward M., *Counsel for Plaintiffs-Appellees*

101. Beck & Amsden PLLC, *Counsel for Plaintiffs-Appellees*

102. Beck, Monte D., *Counsel for Plaintiffs-Appellees*

103. Behenna, David G., *Interested Party-Appellant*

104. Belin, Eric R.G., *Counsel for Plaintiffs-Appellees*

105. Belt Law Firm, PC, *Counsel for Plaintiffs-Appellees*

106. Belt, Keith T., *Counsel for Plaintiffs-Appellees*

107. Belzer, Betsy Jane, *Plaintiff-Appellee*

108. BeneVive, Inc., *Affiliate of Defendants-Appellees*

109. Berger & Montague, P.C., *Counsel for Plaintiffs-Appellees*

110. Bernick, Justin, *Counsel for Defendants-Appellees*

111. Bhuta, Monika, *Plaintiff-Appellee*

112. Bishop, Martin J., *Counsel for Defendants-Appellees*

113. Bisio, Peter, *Counsel for Defendants-Appellees*

114. Blackrock, Inc., *10% Owner of a Plaintiff-Appellee*

115. Blanchfield, Garrett, *Counsel for Plaintiffs-Appellees*

116. Bloomberg, Edward S., *Counsel for Defendants-Appellees*

117. Blue Care Network of Michigan, *Affiliate of Defendants-Appellees*

118. Blue Cross and Blue Shield of Alabama, *Defendant-Appellee*

119. Blue Cross and Blue Shield of Arizona, *Defendant-Appellee*

120. Blue Cross and Blue Shield of Florida, *Defendant-Appellee*

121. Blue Cross and Blue Shield of Florida, Inc., *Defendant-Appellee*

122. Blue Cross and Blue Shield of Florida, Inc. d/b/a Florida Blue, *Defendant-Appellee*

123. Blue Cross and Blue Shield of Georgia, *Defendant-Appellee*

124. Blue Cross and Blue Shield of Georgia, Inc., *Defendant-Appellee*

125. Blue Cross and Blue Shield of Illinois, *Affiliate of Defendants-Appellees*

126. Blue Cross and Blue Shield of Kansas, *Defendant-Appellee*

127. Blue Cross and Blue Shield of Kansas City, *Defendant-Appellee*

128. Blue Cross and Blue Shield of Kansas Foundation, *Affiliate of Defendants-Appellees*

129. 129. Blue Cross and Blue Shield of Kansas, Inc., *Defendant-Appellee*

130. 130. Blue Cross and Blue Shield of Louisiana, *Defendant-Appellee*

131. 131. Blue Cross and Blue Shield of Massachusetts, *Defendant-Appellee*

132. 132. Blue Cross and Blue Shield of Massachusetts HMO Blue, Inc.,

    *Affiliate of Defendants-Appellees*

133. Blue Cross and Blue Shield of Massachusetts, Inc., *Defendant-Appellee*

134. Blue Cross and Blue Shield of Michigan, *Defendant-Appellee*

135. Blue Cross and Blue Shield of Minnesota, *Defendant-Appellee*

136. Blue Cross and Blue Shield of Mississippi, *Defendant-Appellee*

137. Blue Cross and Blue Shield of Montana, *Affiliate of Defendants-Appellees*

138. Blue Cross and Blue Shield of Nebraska, *Defendant-Appellee*

139. Blue Cross and Blue Shield of New Mexico, *Affiliate of Defendants-Appellees*

140. Blue Cross and Blue Shield of North Carolina, *Defendant-Appellee*

141. Blue Cross and Blue Shield of North Carolina, Inc., *Defendant-Appellee*

142. Blue Cross and Blue Shield of North Dakota, *Defendant-Appellee*

143. Blue Cross and Blue Shield of Oklahoma, *Affiliate of Defendants-Appellees*

144. Blue Cross and Blue Shield of Rhode Island, *Defendant-Appellee*

145. Blue Cross and Blue Shield of South Carolina, *Defendant-Appellee*

146. Blue Cross and Blue Shield of Tennessee, *Defendant-Appellee*

147. Blue Cross and Blue Shield of Tennessee, Inc., *Defendant-Appellee*

148. Blue Cross and Blue Shield of Texas, *Affiliate of Defendants-Appellees*

149. Blue Cross and Blue Shield of Vermont, *Defendant-Appellee*

150. Blue Cross and Blue Shield of Wyoming, *Defendant-Appellee*

151. Blue Cross Blue Shield Association, *Defendant-Appellee*

152. Blue Cross Blue Shield Healthcare Plan of Georgia, Inc., *Defendant-Appellee*

153. Blue Cross Blue Shield of Alabama, *Defendant-Appellee*

154. Blue Cross Blue Shield of Arizona, *Defendant-Appellee*

155. Blue Cross Blue Shield of Florida, *Defendant-Appellee*

156. Blue Cross Blue Shield of Massachusetts, *Defendant-Appellee*

157. Blue Cross Blue Shield of Michigan, *Defendant-Appellee*

158. Blue Cross Blue Shield of Michigan Mutual Insurance Company, *Defendant-Appellee*

159. Blue Cross Blue Shield of Minnesota, *Defendant-Appellee*

160. Blue Cross Blue Shield of Mississippi, a Mutual Insurance Company, *Defendant-Appellee*

161. Blue Cross Blue Shield of Montana, *Defendant-Appellee*

162. Blue Cross Blue Shield of Nebraska, *Defendant-Appellee*

163. Blue Cross Blue Shield of North Carolina, *Defendant-Appellee*

164. Blue Cross Blue Shield of North Dakota, *Defendant-Appellee*

165. Blue Cross Blue Shield of Northeastern Pennsylvania, *Defendant-Appellee*

166. Blue Cross Blue Shield of Rhode Island, *Defendant-Appellee*

167. Blue Cross Blue Shield of South Carolina, *Defendant-Appellee*

168. Blue Cross Blue Shield of Tennessee, *Defendant-Appellee*

169. Blue Cross Blue Shield of Vermont, *Defendant-Appellee*

170. Blue Cross Blue Shield of Wisconsin (Anthem Blue Cross Blue Shield of Wisconsin), *Defendant-Appellee*

171. Blue Cross Blue Shield of Wyoming, *Defendant-Appellee*

172. Blue Cross Complete of Michigan, LLC, *Affiliate of Defendants-Appellees*

173. Blue Cross of California Partnership Plan, Inc., *Defendant-Appellee*

174. Blue Cross of Idaho Care Plus, Inc., *Affiliate of Defendants-Appellees*

175. Blue Cross of Idaho Health Service, Inc., *Defendant-Appellee*

176. Blue Cross of Northeastern Pennsylvania - Wilkes-Barre, *Defendant-Appellee*

177. BlueChoice HealthPlan of South Carolina, Inc., *Affiliate of Defendants-Appellees*

178. BlueCross and BlueShield of North Carolina Senior Health, *Affiliate of Defendants-Appellees*

179. BlueCross BlueShield Kansas Solutions, *Affiliate of Defendants-Appellees*

180. Blue Shield of California, *Defendant-Appellee*

181. Blue Shield of California Life & Health Insurance Company, *Subsidiary of Defendants-Appellees*

182. BMH, LLC, *Affiliate of Defendants-Appellees*

183. Bodman PLC, *Counsel for Defendants-Appellees*

184. Boies, Alexander McInnis, *Counsel for Plaintiffs-Appellees*

185. Boies, David, *Counsel for Plaintiffs-Appellees*

186. Boies, Schiller & Flexner LLP, *Counsel for Plaintiffs-Appellees*

187. Bojedla, Swathi, *Counsel for Plaintiffs-Appellees*

188. Bondurant Mixson & Elmore, LLP, *Counsel for Interested Party-Appellant*

189. Boozer Law Firm, LLC, *Counsel for Plaintiffs-Appellees*

190. Borgeest, Wayne, *Counsel for Insurer*

191. Bowling, Jeffrey L., *Counsel for Plaintiffs-Appellees*

192. Boyd, Matthew Allan *Plaintiff-Appellee*

193. Bradberry, Christy, *Plaintiff-Appellee*

194. Bradberry, Kevin, *Plaintiff-Appellee*

195. Bradley Arant Boult Cummings, LLP, *Counsel for Interested Party-Appellant*

196. BridgeSpan Health Company, *Subsidiary of Defendants-Appellees*

197. Briggs, John, *Counsel for Defendants-Appellees*

198. Brijbasi, Vijay G., *Counsel for Defendants-Appellees*

199. Bronster Hoshibata, *Counsel for Plaintiffs-Appellees*

200. Bronster, Margery S., *Counsel for Plaintiffs-Appellees*

201. Brooks, John, *Counsel for Insurer*

202. Brooks, Pierce, McLendon, Humphrey & Leonard, LLP, *Counsel for Defendants-Appellees*

203. Bronster, Fujichaka, Robbins, ALC, *Counsel for Plaintiffs-Appellees*

204. Bruner, Robert P., *Counsel for Plaintiffs-Appellees*

205. Brunini, Grantham, Grower & Hewes, PLLC, *Counsel for Defendants-Appellees*

206. Buchanan, Virginia, *Counsel for Plaintiffs-Appellees*

207. Burkhalter, Carl S., *Counsel for Defendants-Appellees*

208. Burns Charest LLP, *Counsel for Plaintiffs-Appellees*

209. Burns, Eric, *Counsel for Plaintiffs-Appellees*

210. Burns, Warren T., *Counsel for Plaintiffs-Appellees*

211. Burr & Forman LLP, *Counsel for Insurer*

212. Bustamante, Travis A., *Counsel for Defendants-Appellees*

213. Cafferty Clobes Meriwether & Sprengel LLP, *Counsel for Plaintiffs-Appellees*

214. Cafferty, Patrick, *Counsel for Plaintiffs-Appellees*

215. Cahaba Government Benefit Administrators, LLC, *Affiliate of Defendants-Appellees*

216. Cahaba Medical Care, *Defendant-Appellee*

217. Cahaba Safeguard Administrators, LLC, *Affiliate of Defendants-Appellees*

218. Caliendo, Charles T., *Counsel for Plaintiffs-Appellees*

219. California Physicians' Service, *Defendant-Appellee*

220. California Physicians' Service, d/b/a Blue Shield of California, *Defendant-Appellee*

221. Callister, Joshua, *Counsel for Plaintiffs-Appellees*

222. Cambia Health Solutions, Inc., f/d/b/a Regence Blue Shield of Idaho, Regence Blue Cross Blue Shield of Oregon, Regence Blue Cross Blue Shield of Utah, Regence Blue Shield of Washington, *Defendant-Appellee*

223. Campbell Partners, *Counsel for Defendants-Appellees*

224. Campbell, A. Todd, *Counsel for Defendants-Appellees*

225. Campbell, Andrew P., *Counsel for Defendants-Appellees*

226. Capital Administrative Services, Inc., *Affiliate of Defendants-Appellees*

227. Capital Advantage Assurance Company, *Affiliate of Defendants-Appellees*

228. Capital Advantage Insurance Company, *Affiliate of Defendants-Appellees*

229. Capital BlueCross, *Defendant-Appellee*

230. Capital Health Plan, Inc., *Affiliate of Defendants-Appellees*

231. CareFirst Blue Cross and Blue Shield of Maryland, *Defendant-Appellee*

232. CareFirst BlueChoice, Inc., *Defendant-Appellee*

233. CareFirst BlueCross BlueShield, d/b/a Group Hospitalization and Medical Services and CareFirst Blue Cross Blue Shield of Maryland, *Defendant-Appellee*

234. CareFirst Holdings, Inc., *Parent to Defendants-Appellees*

235. CareFirst of Maryland, Inc., *Defendant-Appellee*

236. CareFirst of Maryland, Inc. d/b/a CareFirst BlueCross BlueShield, *Defendant-Appellee*

237. CareFirst, Inc., *Defendant-Appellee*

238. CareMore Health Plan, *Subsidiary of Defendants-Appellees*

239. CareMore Health Plan of Arizona, Inc., *Subsidiary of Defendants-Appellees*

240. CareMore Health Plan of Nevada, *Subsidiary of Defendants-Appellees*

241. CareMore Health Plan of Texas, Inc., *Subsidiary of Defendants-Appellees*

242. CareMore Health System, *Subsidiary of Defendants-Appellees*

243. Caring for Montanans, Inc., f/k/a Blue Cross and Blue Shield of Montana, Inc., *Defendant-Appellee*

244. Caring for Montanans, Inc., *Defendant-Appellee*

245. Caring Foundation, *Affiliate of Defendants-Appellees*

246. Carlson Lynch, Ltd., *Counsel for Plaintiffs-Appellees*

247. Carlson Lynch Sweet Kilpela & Carpenter, LLP, *Counsel for Plaintiffs-Appellees*

248. Carr, James P., *Counsel for Plaintiffs-Appellees*

249. Casa Blanca, LLC, *Plaintiff-Appellee*

250. Casey, Justine, *Counsel for Insurer*

251. Catamount Insurance Services, Inc., *Affiliate of Defendants-Appellees*

252. Cavanaugh, Patrick K., *Counsel for Plaintiffs-Appellees*

253. CB Roofing LLC, *Plaintiff-Appellee*

254. CCHA, LLC, *Subsidiary of Defendants-Appellees*

255. Cerulean Companies, Inc., *Subsidiary of Defendants-Appellees*

256. Cerven, Keith O., *Plaintiff-Appellee*

257. Cerven, Teresa, M., *Plaintiff-Appellee*

258. CGS Administrators, LLC, *Affiliate of Defendants-Appellees*

259. Chadrow & Associates, *Counsel for Plaintiffs-Appellees*

260. Chapman, Lewis & Swan, PLLC, *Counsel for Plaintiffs-Appellees*

261. Chapman, Ralph E., *Counsel for Plaintiffs-Appellees*

262. Charles M. Thompson PC, *Counsel for Plaintiffs-Appellees*

263. Charnes, Adam H., *Counsel for Defendants-Appellees*

264. Chavez, Kathleen, *Counsel for Plaintiffs-Appellees*

265. Chesler, Evan, *Counsel for Defendants-Appellees*

266. Childress, Jennifer D., *Plaintiff-Appellee*

267. Chubb (CB) (including Federal Insurance and Executive Risk), *Insurer of Defendants-Appellees*

268. Cihlar, Nate, *Counsel for Plaintiffs-Appellees*

269. Claim Management Services, Inc., *Subsidiary of Defendants-Appellees*

270. Clark, Anna Mercado, *Counsel for Defendants-Appellees*

271. Clement, Paul D., *Counsel for Defendants-Appellees*

272. Clobes, Bryan, *Counsel for Plaintiffs-Appellees*

273. Cobalt Benefits Group, LLC, *Affiliate of Defendants-Appellees*

274. COBX Inc., *Affiliate of Defendants-Appellees*

275. Cochran, Jennifer, *Interested Party-Appellant (Pro Se)*

276. Coffey Burlington, *Counsel for Defendants-Appellees*

277. Coffin, Christopher, *Counsel for Plaintiffs-Appellees*

278. Cohen Milstein Sellers & Toll PLLC, *Counsel for Plaintiffs-Appellees*

279. Cohen, Lucile H., *Counsel for Defendants-Appellees*

280. Comet Capital LLC, *Plaintiff-Appellee*

281. Commencement Bay Risk Management Insurance Company, *Subsidiary of Defendants-Appellees*

282. Community Care Health Plan of Louisiana, Inc. d/b/a Healthy Blue, *Subsidiary of Defendants-Appellees*

283. Community Care Health Plan of Nevada, Inc., *Subsidiary of Defendants-Appellees*

284. Community Insurance Company, *Defendant-Appellee*

285. Community Insurance Company as Anthem Blue Cross Blue Shield of Ohio, *Defendant-Appellee*

286. Companion Benefit Alternatives, Inc., *Affiliate of Defendants-Appellees*

287. Companion Data Services, LLC, *Affiliate of Defendants-Appellees*

288. Companion Life Insurance Company, *Affiliate of Defendants-Appellees*

289. Companion Life Insurance Company of California, *Affiliate of Defendants-Appellees*

290. Comparato, Paige, *Counsel for Defendants-Appellees*

291. Compcare Health Services Insurance Corporation, *Affiliate of Defendants-Appellees*

292. Comprehensive Benefits Administrators, Inc., *Affiliate of Defendants-Appellees*

293. Concepcion Martinez & Bellido, *Counsel for Defendants-Appellees*

294. Concepcion, Esq., Carlos F., *Counsel for Defendants-Appellees*)

295. Connally, III, N. Thomas, *Counsel for Defendants-Appellees*

296. Conner, Timothy J., *Counsel for Defendants-Appellees*

297. Connor, Glen M., *Counsel for Plaintiffs-Appellees*

298. Conrad Watson Air Conditioning, Inc., *Plaintiff-Appellee*

299. Consolidated Benefits, Inc., *Affiliate of Defendants-Appellees*

300. Consumer Financial Education Foundation of America, Inc., *Plaintiff-Appellee*

301. Conway, D.C., Jerry L., *Plaintiff-Appellee*

302. Coolidge, Melinda, *Counsel for Plaintiffs-Appellees*

303. Cooper & Kirk, PLLC, *Counsel for Plaintiffs-Appellees*

304. Cooper, Charles J., *Counsel for Plaintiffs-Appellees*

305. Cooper, Davis, *Counsel for Plaintiffs-Appellees*

306. Corporate Benefits Services, Inc., *Affiliate of Defendants-Appellees*

307. Cory Watson Crowder & DeGaris, P.C., *Counsel for Plaintiffs-Appellees*

308. Cory Watson, P.C., *Counsel for Plaintiffs-Appellees*

309. Costello, Honor R., *Counsel for Defendants-Appellees*

310. Cottrell, P.C., Christa C., *Counsel for Defendants-Appellees*

311. Coulson, David A., *Counsel for Defendants-Appellees*

312. Cowan, R. Christopher, *Counsel for Plaintiffs-Appellees*

313. Cowan Law Firm, *Counsel for Plaintiffs-Appellees*

314. Cozen O'Connor, *Counsel for Plaintiffs-Appellees*

315. Craker, Aaron, *Interested Party-Appellant (Pro Se)*

316. Cramer, Eric L., *Counsel for Plaintiffs-Appellees*

317. Cravath Swaine & Moore, *Counsel for Defendants-Appellees*

318. Crispin, R. Randal, *Counsel for Insurer*

319. Crossroads Acquisition Corp., *Subsidiary of Defendants-Appellees*

320. Crowe & Dunlevy, *Counsel for Defendants-Appellees*

321. Crowell & Moring LLP, *Counsel for Defendants-Appellees*

322. Cude, Donna Smith, *Counsel for Plaintiffs-Appellees*

323. Cunningham, Mark A., *Counsel for Defendants-Appellees*

324. Curtis, Frank, *Plaintiff-Appellee*

325. Cylkowski, Sarah L., *Counsel for Defendants-Appellees*

326. Dampier Law Group, P.C., *Counsel for Plaintiffs-Appellees*

327. Dampier, M. Stephen, *Counsel for Plaintiffs-Appellees*

328. Davidson, Jennifer Ray, *Plaintiff-Appellee*

329. Davis, Greg, *Counsel for Plaintiffs-Appellees*

330. Deal, Cooper, & Holton, LLP, *Counsel for Plaintiffs-Appellees*

331. DeCare Dental, LLC, *Subsidiary of Defendants-Appellees*

332. DeCare Dental Health International, LLC, *Subsidiary of Defendants-Appellees*

333. DeCare Dental Insurance Ireland, Ltd., *Subsidiary of Defendants-Appellees*

334. DeCare Dental Networks, LLC, *Subsidiary of Defendants-Appellees*

335. DeGaris, Annesley H., *Counsel for Plaintiffs-Appellees*

336. Del Sole Cavanaugh Stroyd, LLC, *Counsel for Plaintiffs-Appellees*

337. Del Sole, Steven J., *Counsel for Plaintiffs-Appellees*

338. Dellaccio, Douglas, *Counsel for Plaintiffs-Appellees*

339. DeMasi, Karin, *Counsel for Defendants-Appellees*

340. Dental Management Administrators, Inc., *Affiliate of Defendants-Appellees*

341. Designated Agent Company, Inc., *Subsidiary of Defendants-Appellees*

342. Dickinson Wright, PLLC, *Counsel for Defendants-Appellees*

343. Dickinson, Mackaman, Tyler & Hagen, P.C., *Counsel for Defendants-Appellees*

344. Diddle, Samuel A., *Counsel for Defendants-Appellees*

345. Doherty, Ronan, *Counsel for Interested Party-Appellant*

346. Dominick Feld Hyde PC, *Counsel for Plaintiffs-Appellants*

347. Dominion Dental Services of New Jersey, Inc., *Affiliate of Defendants-Appellees*

348. Dominion Dental Services USA, Inc., Dominion National, *Affiliate of Defendants-Appellees*

349. Dominion Dental Services, Inc., d/b/a Dominion National, *Affiliate of Defendants-Appellees*

350. Dominion Dental USA, Inc., *Affiliate of Defendants-Appellees*

351. Dominion National Insurance Company of New Jersey, *Affiliate of Defendants-Appellees*

352. Donaldson Guin LLC, *Counsel for Plaintiffs-Appellees*

353. Donnell, Sarah J., *Counsel for Defendants-Appellees*

354. Dorr, Jr., Luther M., *Counsel for Defendants-Appellees*

355. Draper, Hayward L., *Counsel for Defendants-Appellees*

356. Dryden, Benjamin R., *Counsel for Defendants-Appellees*

357. Dyer, Karen, *Counsel for Plaintiffs-Appellees*

358. EAP Alliance Incorporated, *Affiliate of Defendants-Appellees*

359. Eberle Berlin, Kading, Turnbow & McKlveen, Chartered, *Counsel for Defendants-Appellees*

360. EEPA, LLC, *Affiliate of Defendants-Appellees*

361. Eisler, Robert, *Counsel for Plaintiffs-Appellees*

362. Empire HealthChoice Assurance, Inc., *Defendant-Appellee*

363. Empire HealthChoice Assurance, Inc., f/k/a Empire Blue Cross Blue Shield, *Defendant-Appellee*

364. Empire HealthChoice HMO, Inc., *Subsidiary of Defendants-Appellees*

365. Employee Services, Inc., *Interested Party-Appellant*

366. Encore System Professionals, LLC, *Affiliate of Defendants-Appellees*

367. Endurance Specialty Insurance Ltd., *Insurer of Defendants-Appellees*

368. Enterprise Law Group, LLP, *Counsel for Plaintiffs-Appellees*

369. Entrust Administrative Services, Inc., *Affiliate of Defendants-Appellees*

370. Entrust Agencies, LLC, *Affiliate of Defendants-Appellees*

371. Entrust Group, Inc., *Affiliate of Defendants-Appellees*

372. Entrust, LLC, *Affiliate of Defendants-Appellees*

373. Excellus Blue Cross Blue Shield, *Defendant-Appellee*

374. Excellus BlueCross BlueShield of New York, *Defendant-Appellee*

375. Excellus Health Plan, Inc. d/b/a Excellus BlueCrossBlueShield, *Defendant-Appellee*

376. Excellus Healthcare, Inc., d/b/a Excellus BlueCross BlueShield, *Defendant-Appellee*

377. Faegre Baker Daniels LLP, *Counsel for Defendants-Appellees*

378. Feinstein, Richard A., *Counsel for Plaintiffs-Appellees*

379. Ficaro, James, *Counsel for Plaintiffs-Appellees*

380.  First Administrators, Inc., *Defendant-Appellee*

381.  Fleming, Michael J., *Counsel for Plaintiffs-Appellees*

382.  Florida Combined Life, *Affiliate of Defendants-Appellees*

383.  Florida Health Care Plan, Inc., *Affiliate of Defendants-Appellees*

384.  Freedom Health, Inc., *Subsidiary of Defendants-Appellees*

385.  Foley & Lardner LLP, *Counsel for Defendants-Appellees*

386.  Foote, Mielke, Chavez & O'Neil LLC, *Counsel for Plaintiffs-Appellees*

387.  Foote, Robert M., *Counsel for Plaintiffs-Appellees*

388.  Forbes Law Group, LLC, *Counsel for Plaintiffs-Appellees*

389.  Forbes, Frankie J, *Counsel for Plaintiffs-Appellees*

390.  Forsythe, Debora, *Plaintiff-Appellee*

391.  Forsythe, Tony, *Plaintiff-Appellee*

392.  Fort McClellan Credit Union, *Plaintiff-Appellee*

393.  Fowler, Jeffrey John, *Counsel for Defendants-Appellees*

394.  Franz, Morgan B., *Counsel for Defendants-Appellees*

395.  Free State Growers, Inc., *Plaintiffs-Appellees*

396.  Freedman Boyd Hollander, *Counsel for Plaintiffs-Appellees*

397.  Fronk, Casey R., *Counsel for Defendants-Appellees*

398.  Fujichaku, Rex Y., *Counsel for Plaintiffs-Appellees*

399.  G&S Trailer Repair Inc., *Plaintiff-Appellee*

400.  Galactic Funk Touring, Inc., *Plaintiff-Appellee*

401.  Gankendorff, Edgar D., *Counsel for Plaintiffs-Appellees*

402.  Garner, Jeffrey S., *Plaintiff-Appellee*

403.  Gaston CPA Firm, P.C., *Plaintiff-Appellee*

404.  GC/AAA Fences, Inc., *Plaintiff-Appellee*

405.  Gebremariam, Helam, *Counsel for Defendants-Appellees*

406.  Geneia Holdings LLC, *Affiliate of Defendants-Appellees*

407.  Geneia Insights and Innovations LLC, *Affiliate of Defendants-Appellees*

408.  Geneia LLC, *Affiliate of Defendants-Appellees*

409.  Geneia Management Solutions LLC, *Affiliate of Defendants-Appellees*

410.  Gentle III, Edgar C., *Special Master*

411.  Giarmarco, Mullins & Horton, P.C., *Counsel for Plaintiffs-Appellees*

412.  Giglio, Jr., Joseph C., *Counsel for Defendants-Appellees*

413.  Gilbert, Sarah, *Counsel for Defendants-Appellees*

414.  Gillis, H. Lewis, *Counsel for Plaintiffs-Appellees*

415.  Given, Robert S. W., *Counsel for Defendants-Appellees*

416.  Global TPA, LLC, *Subsidiary of Defendants-Appellees*

417.  Golden Security Insurance Co., *Affiliate of Defendants-Appellees*

418.  Golden West Health Plan, Inc., *Subsidiary of Defendants-Appellees*

419.  Goodin, Janeen, *Plaintiff-Appellee*

420. Goodman, Jason, *Plaintiff-Appellee*

421. Goodman, Tom A., *Plaintiff-Appellee*

422. Goodsir, David, *Counsel for Defendants-Appellees*

423. Gordon Ball Law Office, *Counsel for Plaintiffs-Appellees*

424. Gordon Jr., Ben W., *Counsel for Plaintiffs-Appellees*

425. Government Management Services, LLC, *Affiliate of Defendants-Appellees*

426. Grabar Law Office, *Counsel for Plaintiffs-Appellees*

427. Grant & Eisenhofer, *Counsel for Plaintiffs-Appellees*

428. Greg Davis Law, LLC, *Counsel for Plaintiffs-Appellees*

429. Greater Georgia Life Insurance Company, *Subsidiary of Defendants-Appellees*

430. Green, Cheri D., *Counsel for Defendants-Appellees*

431. Greenberg Traurig, PA, *Counsel for Defendants-Appellees*

432. Group Hospitalization and Medical Services, Inc., *Defendant-Appellee*

433. Group Hospitalization and Medical Services, Inc. d/b/a CareFirst BlueCross BlueShield, *Defendant-Appellee*

434. Group Insurance Services, Inc., *Affiliate of Defendants-Appellees*

435. GuideWell Mutual Holding Corporation, *Parent to Defendants-Appellees*

436. Guin, David J., *Counsel for Plaintiffs-Appellees*

437.  Guin, Stokes & Evans, LLC, *Counsel for Plaintiffs-Appellees*

438.  Gustafson Gluek PLLC, *Counsel for Plaintiffs-Appellees*

439.  Gustafson, Daniel E., *Counsel for Plaintiffs-Appellees*

440.  Haden, Ed R., *Counsel for Defendants-Appellees*

441.  Hansen, Chad D., *Counsel for Defendants-Appellees*

442.  Hare, Scott M., *Counsel for Plaintiffs-Appellees*

443.  Harrell, J. Wells, *Counsel for Plaintiffs-Appellees*

444.  Harvalis, Jim, *Affiliated with Counsel for Defendants-Appellees*

445.  Harwood, Jr., Hon. R. Bernard, *Special Master*

446.  Hauser, Brian C., *Counsel for Defendants-Appellees*

447.  Hausfeld LLP, *Counsel for Plaintiffs-Appellees*

448.  Hausfeld, Michael, *Counsel for Plaintiffs-Appellees*

449.  Hawaii Medical Service Association d/b/a Blue Cross and Blue Shield of Hawaii, *Defendant-Appellee*

450.  Hawran, Gregory R., *Counsel for Defendants-Appellees*

451.  Hayes, Lisa N., *Counsel for Plaintiffs-Appellees*

452.  Hazzard Law, LLC, Counsel for Plaintiffs-Appellees

453.  Hazzard, Brent, *Counsel for Plaintiffs-Appellees*

454.  Health and Wellness Partners, Inc., *Affiliate of Defendants-Appellees*

455.  Healthbox Nashville LLC, *Affiliate of Defendants-Appellees*

456. Health Care Service Corporation, *Defendant-Appellee*

457. Health Care Service Corporation d/b/a Blue Cross Blue Shield of Illinois, Blue Cross Blue Shield of New Mexico, Blue Cross Blue Shield of Oklahoma, Blue Cross and Blue Shield of Montana, Blue Cross Blue Shield of Texas, *Defendant-Appellee*

458. Healthcare Business Solutions, LLC, *Affiliate of Defendants-Appellees*

459. HealthKeepers, Inc., *Subsidiary of Defendants-Appellees*

460. HealthLink HMO, Inc., *Subsidiary of Defendants-Appellees*

461. HealthLink, Inc., *Subsidiary of Defendants-Appellees*

462. Healthcare Management Administrators, Inc., *Subsidiary of Defendants-Appellees*

463. Health Management Corporation, *Subsidiary of Defendants-Appellees*

464. HealthNow New York Inc., *Defendant-Appellee*

465. HealthNow New York Inc., d/b/a Blue Cross Blue Shield of Western New York and Blue Shield of Northeastern New York, *Defendant-Appellee*

466. HealthNow Systems, Inc., *Defendant-Appellee*

467. Health Options, Inc., *Affiliate of Defendants-Appellees*

468. HealthPlus HP, LLC, *Subsidiary of Defendants-Appellees*

469. HealthSun Health Plans, Inc., *Subsidiary of Defendants-Appellees*

470. Healthy Alliance Life Insurance Company, *Defendant-Appellee*

471. Hedlund, Daniel C., *Counsel for Plaintiffs-Appellees*

472. Hellums, Chris T., *Counsel for Plaintiffs-Appellees*

473. Hendren & Malone PLLC, *Counsel for Plaintiffs-Appellees*

474. Herman, Matthew J., *Counsel for Plaintiffs-Appellees*

475. Hess, Hess & Daniel, P.C., *Plaintiff-Appellee*

476. Hibbett Retail, Inc., *Plaintiff-Appellee*

477. Hibbett Sporting Goods, Inc., *Plaintiff-Appellee*

478. Hibbett Inc. (Nasdaq: HIBB), *Parent of Plaintiff-Appellee*

479. Highmark Blue Cross and Blue Shield of Delaware, *Affiliate of Defendants-Appellees*

480. Highmark Blue Cross Blue Shield of Delaware, Inc., *Defendant-Appellee*

481. Highmark Blue Cross Blue Shield of West Virginia, *Defendant-Appellee*

482. Highmark Health, *Parent to Defendants-Appellees*

483. Highmark Health Services, d/b/a Highmark Blue Cross Blue Shield of Delaware, Highmark Blue Cross Blue Shield, and Highmark Blue Cross Blue Shield of West Virginia, *Defendant-Appellee*

484. Highmark Inc., *Defendant-Appellee*

485. Highmark West Virgina Inc., *Affiliate of Defendants-Appellees*

486. Highway to Health, Inc., *Affiliate of Defendants-Appellees*

487. Hill, Hill, Carter, Franco, Cole, & Black, PC, *Counsel for Defendants-Appellees*

488. Hill, Angie, *Plaintiff-Appellee*

489. Hill, Ross, *Plaintiff-Appellee*

490. HMO Colorado, *Subsidiary of Defendants-Appellees*

491. HMO Louisiana, Inc., *Affiliate of Defendants-Appellees*

492. HMO Missouri Inc., *Defendant-Appellee*

493. HMO Missouri, Inc. (Anthem Blue Cross and Blue Shield of Missouri), *Defendant-Appellee*

494. HMO Partners, Inc., *Affiliate of Defendants-Appellees*

495. HMSA BSH, Inc., *Affiliate of Defendants-Appellees*

496. HMSA Foundation, Inc., *Affiliate of Defendants-Appellees*

497. Hodge, David J., *Counsel for Plaintiffs-Appellees*

498. Hofmeister, Dan, *Counsel for Defendants-Appellees*

499. Hogan Lovells US LLP, *Counsel for Defendants-Appellees*

500. Hogan, E. Desmond, *Counsel for Defendants-Appellees*

501. Hogewood, Mark M., *Counsel for Defendants-Appellees*

502. Holland & Knight, *Counsel for Defendants-Appellees*

503. Holmes, Janet Brooks, *Counsel for Plaintiffs-Appellees*

504. Holmstead, Zachary D., *Counsel for Defendants-Appellees*

505. Holton, John R., *Counsel for Plaintiffs-Appellees*

506. Holton, Timothy R., *Counsel for Plaintiffs-Appellees*

507. Home Depot U.S.A., Inc., *Interested Party-Appellant*

508. Homer Law Firm, PC, *Counsel for Plaintiffs-Appellees*

509. Hoover, Craig A., *Counsel for Defendants-Appellees*

510. Horizon Blue Cross and Blue Shield of New Jersey, *Defendant-Appellee*

511. Horizon Blue Cross Blue Shield of New Jersey, *Defendant-Appellee*

512. Horizon Casualty Services, Inc., *Affiliate of Defendants-Appellees*

513. Horizon Healthcare Dental, Inc., *Affiliate of Defendants-Appellees*

514. Horizon Healthcare of New Jersey, Inc. (which also operates under the name Horizon NJ Health), *Affiliate of Defendants-Appellees*

515. Horizon Healthcare Services, Inc. d/b/a Horizon Blue Cross and BlueShield of New Jersey, *Defendant-Appellee*

516. Horizon Healthcare Services, Inc. d/b/a Horizon Blue Cross Blue Shield of New Jersey, *Defendant-Appellee*

517. Horizon Insurance Company, *Affiliate of Defendants-Appellees*

518. Horner, Chelsea L., a.k.a. Chelsea Horner Templeton, *Plaintiff-Appellee.*

519. Horton, William H., *Counsel for Plaintiffs-Appellees*

520. Hospital Service Association of Northeastern Pennsylvania d/b/a Blue Cross of Northeastern Pennsylvania, *Defendant-Appellee*

521. Hospital Service Association of Northeastern Pennsylvania d/b/a Blue Cross of Northeastern Pennsylvania, *Defendant-Appellee*

522. Hume, Hamish P.M., *Counsel for Plaintiffs-Appellees*

523. IMA, Inc., *Affiliate of Defendants-Appellees*

524. Ichter, Davis, *Counsel for Plaintiffs-Appellees*

525. Independence Blue Cross, LLC, *Parent to Defendants-Appellees*

526. Independence Health Group Inc., *Parent to Defendants-Appellees*

527. Independence Hospital Indemnity Plan, Inc., f/k/a Independence Blue Cross, *Defendant-Appellee*

528. IngenioRx, Inc., *Subsidiary of Defendants-Appellees*

529. Instil Health Insurance Company, *Affiliate of Defendants-Appellees*

530. Insua, Nicholas, *Counsel for Defendants-Appellees*

531. Integrated Services, Inc., *Affiliate of Defendants-Appellees*

532. International Plan Solutions, LLC, *Affiliate of Defendants-Appellees*

533. Iron Gate Technology, Inc., *Plaintiff-Appellee*

534. Ironshore Inc., *Insurer of Defendants-Appellees*

535. Iron-Starr Excess Agency Ltd., *Insurer of Defendants-Appellees*

536. Isaacson, William A., *Counsel for Plaintiffs-Appellees*

537. Jackson, Anthony F., *Counsel for Plaintiff-Appellee*

538. James Hoyer, P.A., *Plaintiff-Appellee*

539. Jameson, Joel, *Plaintiffs-Appellees*

540. Jenks and Associates, *Counsel for Plaintiffs-Appellees*

541. Jenks III, James K., *Counsel for Plaintiffs-Appellees*

542. Jenner & Block LLP, *Counsel for Defendants-Appellees*

543. Jewelers Trade Shop, *Plaintiff-Appellee*

544. John D. Saxon, P.C., *Counsel for Plaintiffs-Appellees*

545. Johnson, John M., *Counsel for Defendants-Appellees*

546. Johnston, Clint, *Plaintiff-Appellee*

547. Jones & Swartz PLLC, *Counsel for Plaintiffs-Appellees*

548. Jones Ward PLC, *Counsel for Plaintiffs-Appellees*

549. Jones, Bruce C., *Counsel for Plaintiffs-Appellees*

550. Jones, Lawrence, *Counsel for Plaintiffs-Appellees*

551. Jones, Megan, *Counsel for Plaintiffs-Appellees*

552. Jose, Elizabeth, *Counsel for Defendants-Appellees*

553. Kalisky, Alyssa C., *Counsel for Defendants-Appellees*

554. Kapke & Willerth LLC, *Counsel for Plaintiffs-Appellees*

555. Kaplan, Andrew D., *Counsel for Defendants-Appellees*

556. Kappel, Brian P., *Counsel for Defendants-Appellees*

557. Kaufman, R. David, *Counsel for Defendants-Appellees*

558. Kaufman Borgeest & Ryan LLP, *Counsel for Insurer*

559. Kellner, William E., *Counsel for Defendants-Appellees*

560. Kelso, Trent, *Plaintiff-Appellee*

561. Kennedy, Lauren R., *Counsel for Defendants-Appellees*

562. Kenney, Jeannine M., *Counsel for Plaintiffs-Appellees*

563. Keystone Health Plan Central, Inc., *Affiliate of Defendants-Appellees*

564. Keystone Medical Imaging, LLC, *Affiliate of Defendants-Appellees*

565. Kilene, Jason S., *Counsel for Plaintiffs-Appellees*

566. Kilpatrick Townsend & Stockton LLP, *Counsel for Defendants-Appellees*

567. Kilpela, Jr., Edwin, J., *Counsel for Plaintiffs-Appellees*

568. Kimble, Cavender C., *Counsel for Defendants-Appellees*

569. Kirk, Michael, *Counsel for Plaintiffs-Appellees*

570. Kirkland & Ellis LLP, *Counsel for Defendants-Appellees*

571. Knapp, Scott R., *Counsel for Defendants-Appellees*

572. Knott, Jason M., *Counsel for Plaintiffs-Appellees*

573. Koch, H. James, *Counsel for Defendants-Appellees*

574. Kochanowski, Andrew J., *Counsel for Plaintiffs-Appellees*

575. Korn, David H., *Counsel for Defendants-Appellees*

576. Kravitz, Carl S., *Counsel for Plaintiffs-Appellees*

577. Krieger, Mark, *Plaintiff-Appellee*

578. Kudulis, Johnathan, *Counsel for Plaintiffs-Appellees*

579. Kudulis, Resisinger, & Price, *Counsel for Plaintiffs-Appellees*

580. Labauve, Elizabeth Barnett, *Counsel for Defendants-Appellees*

581. Lambert, Kenneth, *Counsel for Defendants-Appellees*

582. Langston & Lott, P.A., *Counsel for Plaintiffs-Appellees*

583. Law Office of Stephen M. Hansen, *Counsel for Plaintiffs-Appellees*

584. Laytin, P.C., Daniel E., *Counsel for Defendants-Appellees*

585. Lemmon Law Firm, *Counsel for Plaintiffs-Appellees*

586. Lemmon, Andrew, *Counsel for Plaintiffs-Appellees*

587. Levin Papantonio Thomas Mitchell Rafferty & Proctor, P.A., *Counsel for Plaintiffs-Appellees*

588. Lieberman, Michael W., *Counsel for Defendants-Appellees*

589. LifeMap Assurance Company, *Subsidiary of Defendants-Appellees*

590. Life Secure Insurance Company Holdings, *Affiliate of Defendants-Appellees*

591. Lifetime Healthcare, Inc., *Defendant-Appellee*

592. Lightfoot Franklin & White LL, *Counsel for Defendants-Appellees*

593. Liskow & Lewis, *Counsel for Plaintiffs-Appellees*

594. Lite Depalma Greenberg & Afanador, LLC, *Counsel for Plaintiffs-Appellees*

595. Little, Jonathan Charles - *Counsel for Plaintiffs-Appellees*

596. Lloyd's of London, *Insurer of Defendants-Appellees*

597. Lockard & Williams Insurance Services, Inc., *Affiliate of Defendants-Appellees*

598. Lockridge Grindal Nauen P.L.L.P, *Counsel for Plaintiffs-Appellees*

599. London ACE, *Insurer of Defendants-Appellees*

600. Lott, Casey Langston, *Counsel for Plaintiffs-Appellees*

601. Louisiana Health Service & Indemnity Company d/b/a Blue Cross and Blue Shield of Louisiana, *Defendant-Appellee*

602. Lovell & Nalley, *Counsel for Plaintiffs-Appellees*

603. Lowrey, IV, Frank M., *Counsel for Interested Party-Appellant*

604. Lydian, LLC, *Affiliate of Defendants-Appellees*

605. Lytle, Joann, *Counsel for Defendants-Appellees*

606. Macrae, Amy, *Plaintiff-Appellee*

607. Maier, Jeny M., *Counsel for Defendants-Appellees*

608. Malatesta, III, John Thomas A., *Counsel for Defendants-Appellees*

609. Malone, J. Michael, *Counsel for Plaintiffs-Appellees*

610. Mandel and Mandel, LLP, *Counsel for Plaintiffs-Appellees*

611. Mann, Jonathan S., *Counsel for Plaintiffs-Appellees*

612. Marino Law, PLLC, *Counsel for Plaintiffs-Appellees*

613. Mark W. Wasvery, PC, *Counsel for Defendants-Appellees*

614. Marshall III, Charles F., *Counsel for Defendants-Appellees*

615. Martin, John D., *Counsel for Defendants-Appellees*

616. Martin, Scott Allen, *Counsel for Plaintiffs-Appellees*

617. Martinez, Jr., Esq., Elio F., *Counsel for Defendants-Appellees*

618. Massachusetts Benefit Administrators, LLC, *Affiliate of Defendants-Appellees*

619. Mathias, John, *Counsel for Defendants-Appellees*

620. Matthew Thornton Health Plan, Inc., *Subsidiary of Defendants-Appellees*

621. Maynard Cooper & Gale PC, *Counsel for Defendants-Appellees*

622. McCafee & Taft, P.C., *Counsel for Interested Party-Appellant*

623. McCallum, Methvin & Terrell, PC, *Counsel for Plaintiffs-Appellees*

624. McCallum, Phillip W., *Counsel for Plaintiffs-Appellees*

625. McCarter & English, LLP, *Counsel for Defendants-Appellees*

626. McDevitt, Larry, *Counsel for Plaintiffs-Appellees*

627. McDonald, Yawanna N., *Counsel for Defendants-Appellees*

628. McDonough, James C., *Counsel for Plaintiffs-Appellees*

629. McDowell, M. Patrick, *Counsel for Defendants-Appellees*

630. McGartland & Borchardt LLP, *Counsel for Plaintiffs-Appellees*

631. McGartland, Michael, *Counsel for Plaintiffs-Appellees*

632. McGartland Law Firm, PLLC, *Counsel for Plaintiffs-Appellees*

633. McGill, Brian, *Plaintiff-Appellee*

634. McGill, Rochelle, *Plaintiff-Appellee*

635. McKane, Mark E., *Counsel for Defendants-Appellees*

636. McKay Cauthen Settana and Stubley, *Counsel for Plaintiffs-Appellees*

637. McLean, Ronald H., *Counsel for Defendants-Appellees*

638. McLeod, Aaron G., *Counsel for Defendants-Appellees*

639. MCS Holdings, Inc., *Affiliate of Defendants-Appellees*

640. Means Gillis Law, LLC, *Counsel for Plaintiffs-Appellees*

641. Medical Helpline, LLC, *Affiliate of Defendants-Appellees*

642. Medrisk Actuarial Services, LLC, *Affiliate of Defendants-Appellees*

643. Meierhenry Sargent LLP, *Counsel for Plaintiffs-Appellees*

644. Menge, Mary G., *Counsel for Defendants-Appellees*

645. Meridian Resources Company, LLC, *Subsidiary of Defendants-Appellees*

646. Meriwether, Ellen, *Counsel for Plaintiffs-Appellees*

647. Methvin, Terrell, Yancy, Stephens & Miller, P.C., *Counsel for Plaintiffs-Appellees*

648. Methvin, Jr., Robert G., *Counsel for Plaintiffs-Appellees*

649. Meyers, D. Kent, *Counsel for Defendants-Appellees*

650. Midwest Benefit Consultants, Inc., *Defendant-Appellee*

651. Mills, Linda, *Plaintiff-Appellee*

652. Montis, Inc., *Plaintiff-Appellee*

653. Morris, King & Hodge, *Counsel for Plaintiffs-Appellees*

654. Morris, Scott A., *Plaintiff-Appellee*

655. Mosaic Group Services, LLC, *Affiliate of Defendants-Appellees*

656. Moylan, Daniel Patrick, *Counsel for Plaintiffs-Appellees*

657. Murphy & Murphy LLC, *Counsel for Plaintiffs-Appellees*

658. Murphy, Erin E., *Counsel for Defendants-Appellees*

659. Murphy, Michael L., *Counsel for Plaintiffs-Appellees*

660. My Care Alabama, Inc., *Affiliate of Defendants-Appellees*

661. Nalley, John Doyle, *Counsel for Plaintiffs-Appellees*

662. Naranjo, Michael A., *Counsel for Defendants-Appellees*

663. Nast, Dianne M., *Counsel for Plaintiffs-Appellees*

664. NastLaw LLC, *Counsel for Plaintiffs-Appellees*

665. NDBH Holding Company, LLC, *Affiliate of Defendants-Appellees*

666. Nelson Mullins Riley & Scarborough LLP, *Counsel for Defendants-Appellees*

667. Nelson, Christopher, *Counsel for Plaintiffs-Appellees*

668. Netting, Irma L., *Counsel for Plaintiffs-Appellees*

669. New Directions Behavioral Health, LLC, *Affiliate of Defendants-Appellees*

670. Niagara Life and Health Insurance Company, *Affiliate of Defendants-Appellees*

671. Nix, Jess R., *Counsel for Defendants-Appellees*

672. Nix, Richard D., *Counsel for Interested Party-Appellant*

673. NobleHealth, Inc., *Affiliate of Defendants-Appellees*

674. Nordin, Daniel J., *Counsel for Plaintiffs-Appellees*

675. Noridian Mutual Insurance Company, d/b/a Blue Cross Blue Shield of North Dakota, *Defendant-Appellee*

676. Norman, Brian K., *Counsel for Defendants-Appellees*

677. Nyemaster Goode PC, *Counsel for Defendants-Appellees*

678. O'Brien, Charles A., *Counsel for Defendants-Appellees*

679. O'Connell, Sean T., *Counsel for Plaintiffs-Appellees*

680. Ogletree Deakins Nash Smoak & Stewart PC, *Counsel for Defendants-Appellees*

681. O'Melveny & Myers LLP, *Counsel for Defendants-Appellees*

682. OneBeacon Insurance Group (including Atlantic Specialty Insurance Company and Homeland Insurance Company), *Insurer of Defendants-Appellees*

683. Onlife Health, Inc., *Affiliate of Defendants-Appellees*

684. Optimum Healthcare, Inc., *Subsidiary of Defendants-Appellees*

685. PGBA, LLC, *Affiliate of Defendants-Appellees*

686. Page, Edwin Allen, *Counsel for Interested Party-Appellant*

687. Palmer, Tim A., *Counsel for Defendants-Appellees*

688. Palmetto GBA, LLC, *Affiliate of Defendants-Appellees*

689. Paul Weiss Rifkind Wharton – *Counsel for Plaintiffs-Appellees*

690. Payne, Joshua K., *Counsel for Defendants-Appellees*

691. Payton, Gwendolyn C., *Counsel for Defendants-Appellees*

692. PCS, LLC, *Affiliate of Defendants-Appellees*

693. Pearce, Bevill, Leesburg, Moore, P.C., *Plaintiff-Appellee*

694. Pendley, Baudin & Coffin LLP, *Counsel for Plaintiffs-Appellees*

695. Pendley, Patrick W., *Counsel for Plaintiffs-Appellees*

696. Penney, Brant, *Counsel for Plaintiffs-Appellees*

697. Pennington, Michael R., *Counsel for Interested Party-Appellant*

698. Perlman, Alan J., *Counsel for Defendants-Appellees*

699. Pete Moore Chevrolet, Inc., *Plaintiff-Appellee*

700. Peterson, Rebecca, *Counsel for Plaintiffs-Appellees*

701. Pettus Plumbing & Piping, Inc, *Plaintiff-Appellee*

702. Pham, Allison N., *Counsel for Defendants-Appellees*

703. Phillips Lytle LLP, *Counsel for Defendants-Appellees*

704. Physicians' Service, d/b/a Blue Shield of California, *Defendant-Appellee*

705. Piercy, Deborah, *Plaintiff-Appellee*

706. Pioneer Farm Equipment, Inc., *Plaintiff-Appellee*

707. Pittman Dutton Hellums, Bradley and Mann, P.C., *Counsel for Plaintiffs-Appellees*

708. Planned Administrators, Inc., *Affiliate of Defendants-Appellees*

709. Pollack-Avery, Elizabeth, *Counsel for Plaintiffs-Appellees*

710. Preferred Care Services, Inc., *Affiliate of Defendants-Appellees*

711. Premara Blue Cross of Washington, *Defendant-Appellee*

712. Premara, d/b/a Premara Blue Cross Blue Shield of Alaska, *Defendant-Appellee*

713. Premera Blue Cross, d/b/a Premera Blue Cross Blue Shield of Alaska, *Defendant-Appellee*

714. Priester, James L., *Counsel for Defendants-Appellees*

715. Prime Therapeutics, LLC, *Affiliate of Defendants-Appellees*

716. Proctor, Hon. R. David (N.D. Ala.)

717. Provosty & Gankendorff, LLC, *Counsel for Plaintiffs-Appellees*

718. Putnam, Hon. T. Michael (N.D. Ala.)

719. Quinlan, Patrick J., *Counsel for Plaintiffs-Appellees*

720. Quinn, Connor, Weaver, Davies & Ruoco LLP, *Counsel for Plaintiffs-Appellees*

721. Ragsdale, Barry A., *Plaintiffs' Liaison Counsel*

722. Redgrave, Jonathan M., *Counsel for Defendants-Appellees*

723. Redgrave, LLP, *Counsel for Defendants-Appellees*

724. Redgrave, Victoria A., *Counsel for Defendants-Appellees*

725. Reed Smith LLP, *Counsel for Defendants-Appellees*

726. Reeves, Harold S., *Counsel for Plaintiffs-Appellees*

727. Regence BlueCross BlueShield of Oregon, *Defendant-Appellee*

728. 728. Regence BlueCross BlueShield of Utah, *Defendant-Appellee*

729. 729. Regence BlueShield, *Defendant-Appellee*

730. 730. Regence BlueShield of Idaho, Inc., *Defendant-Appellee*

731. Regence Insurance Holding Corporation, *Subsidiary of Defendants-Appellees*

732. Reichard & Escalera, LLC, *Counsel for Defendants-Appellees*

733. Reinhardt, Wendorf & Blanchfield, *Counsel for Plaintiffs-Appellees*

734. Reis, John, *Counsel for Defendants-Appellees*

735. Reuben, Mindee, *Counsel for Plaintiffs-Appellees*

736. Resolution Health, Inc., *Subsidiary of Defendants-Appellees*

737. Rheaume, Jr., Thomas J., *Counsel for Defendants-Appellees*

738. Rhodes IV, C. Harker, *Counsel for Defendants-Appellees*

739. Richie, John Thomas, *Counsel for Interested Party-Appellant*

740. Rico, Gustavo A. Pabón, *Counsel for Defendants-Appellees*

741. Riebel, Karen Hanson, *Counsel for Plaintiffs-Appellees*

742. RightChoice Managed Care, Inc., *Defendant-Appellee*

743. Riley & Jackson, PC, *Counsel for Defendants-Appellees*

744. Riley, Jr., Robert R., *Counsel for Defendants-Appellees*

745. Riverbend Govt. Benefits Administrator, Inc., *Affiliate of Defendants-Appellees*

746. RiverTrust Solutions, Inc., *Affiliate of Defendants-Appellees*

747. RLI/RSUI, *Insurer of Defendants-Appellees*

748. Roach, Benjamin Patrick, *Counsel for Defendants-Appellees*

749. Robertson, John Robert, *Counsel for Defendants-Appellees*

750. Robinovitch, Hart L., *Counsel for Plaintiffs-Appellees*

751. Robinson, Kenneth J., *Counsel for Plaintiffs-Appellees*

752. Rockforte, Nicholas R., *Counsel for Plaintiffs-Appellees*

753. Rocky Mountain Hospital & Medical Service Inc., d/b/a Anthem Blue Cross Blue Shield of Colorado, *Defendant-Appellee*

754. Rocky Mountain Hospital & Medical Service Inc., d/b/a Anthem Blue Cross Blue Shield of Nevada, *Defendant-Appellee*

755. Rodanast, P.C., *Counsel for Plaintiffs-Appellees*

756. Rodríguez, Rafael Escalera, *Counsel for Defendants-Appellees*

757. Rolison Trucking Co., LLC, *Plaintiff-Appellee*

758. Roman, Tracy A., *Counsel for Defendants-Appellees*

759. Ross, April N., *Counsel for Defendants-Appellees*

760. Rouco, Richard, *Counsel for Plaintiffs-Appellees*

761. Rowe, Stephen A., *Counsel for Defendants-Appellees*

762. Rutenberg, Alan D., *Counsel for Defendants-Appellees*

763. Ruzic, Emily Myers, *Counsel for Interested Party-Appellant*

764. Rx Concepts, Ltd. Co., *Affiliate of Defendants-Appellees*

765. Saccoccio & Lopez, *Plaintiff-Appellee*

766. Sadler Electric, *Plaintiff-Appellee*

767. Saeed & Little, LLP, *Counsel for Plaintiffs-Appellees*

768. Salomon, Anne, *Counsel for Defendants-Appellees*

769. Sansbury, Michael T., *Counsel for Defendants-Appellees*

770. Sargent, Clint, *Counsel for Plaintiffs-Appellees*

771. Saxon, John, *Counsel for Plaintiffs-Appellees*

772. Scheller, Kathryn, *Plaintiff-Appellee*

773. Schmidt, Jr., John G., *Counsel for Defendants-Appellees*

774. Schneider, Sydney L., *Counsel for Defendants-Appellees*

775. Schwiep, Paul J., *Counsel for Defendants-Appellees*

776. Scott & Cain, *Counsel for Plaintiffs-Appellees*

777. Scott Jr., Thomas S., *Counsel for Plaintiffs-Appellees*

778. Scott, Lee McArthur, *Counsel for Plaintiffs-Appellees*

779. SecurityCare of Tennessee, Inc., *Affiliate of Defendants-Appellees*

780. Self Insured Plans, LLC, *Affiliate of Defendants-Appellees*

781. Serkland Law Firm, *Counsel for Defendants-Appellees*

782. Shaheen & Gordon, P.A., *Counsel for Plaintiffs-Appellees*

783. Shamoun & Norman, LLP, *Counsel for Defendants-Appellees*

784. Shared Health, Inc., *Affiliate of Defendants-Appellees*

785. Sharo Law, LLP, *Counsel for Plaintiffs-Appellees*

786. Sharp Law, LLP

787. Sharp, Marla S., *Plaintiff-Appellee*

788. Shaw, Adam R., *Counsel for Plaintiffs-Appellees*

789. Shearman & Sterling LLP, *Counsel for Defendants-Appellees*

790. Sheppard, Mullin, Richter & Hampton LLP, *Counsel for Insurer*

791. Sheridan, Judy, *Plaintiff-Appellee*

792. Simply Healthcare Plans, Inc., *Subsidiary of Defendants-Appellees*

793. Sirocco, Inc., *Plaintiff-Appellee*

794. Slate, Pamela B., *Counsel for Defendants-Appellees*

795. Small, Daniel, *Counsel for Plaintiffs-Appellees*

796. Smith, Scott Burnett, *Counsel for Interested Party-Appellant*

797. Smith, Cyril V., *Counsel for Plaintiffs-Appellees*

798. Socios Mayores en Salud Holdings, Inc., d/b/a Triple-S Advantage, *Affiliate of Defendants-Appellees*

799. Sommers Schwartz PC, *Counsel for Plaintiffs-Appellees*

800. Sooy, Kathleen Taylor, *Counsel for Defendants-Appellees*

801. Sompo International, *Insurer of Defendants-Appellees*

802. Southeast Services, Inc., *Subsidiary of Defendants-Appellees*

803. Southern Diversified Business Services, Inc., *Affiliate of Defendants-Appellees*

804. Southern Health Plan, Inc., *Affiliate of Defendants-Appellees*

805. Spenser, Mark D., *Counsel for Interested Party-Appellant*

806. Spotswood Sansom & Sansbury LLC, *Counsel for Defendants-Appellees*

807. Spotswood, Robert K., *Counsel for Defendants-Appellees*

808. Stark, Michael E., *Plaintiff-Appellee*

809. Stecker, Brett, *Counsel for Plaintiffs-Appellees*

810. Stenerson, Todd, *Counsel for Defendants-Appellees*

811. Stetson, Catherine E., *Counsel for Defendants-Appellees*

812. Stokes, Tammy, *Counsel for Plaintiffs-Appellees*

813. Stone & Magnanini LLP, *Counsel for Plaintiffs-Appellees*

814. Stone Law Firm, LLC, *Counsel for Plaintiffs-Appellees*

815. Stone, Andrew M., *Counsel for Plaintiffs-Appellees*

816. Stone, David, *Counsel for Plaintiffs-Appellees*

817. Stoops, Kevin J., *Counsel for Plaintiffs-Appellees*

818. Strauss & Boies LLP, *Counsel for Plaintiffs-Appellees*

819. Strutt, Jennifer, *Counsel for Defendants-Appellees*

820. Sudekum, Michael J., *Counsel for Plaintiffs-Appellees*

821. Swank, Ami, *Counsel for Plaintiffs-Appellees*

822. Swartz, Eric B., *Counsel for Plaintiffs-Appellees*

823. Sweeris, Charles L., *Counsel for Defendants-Appellees*

824. The Sweet Law Firm, PC *Counsel for Plaintiffs-Appellees*

825. Sweet, Benjamin, *Counsel for Plaintiffs-Appellees*

826. Taylor, Jr., Daniel R., *Counsel for Defendants-Appellees*

827. Templeton, Quentin, *Counsel for Plaintiffs-Appellees*

828. Tennessee Health Foundation, Inc., *Affiliate of Defendants-Appellees*

829. Terrell, James M., *Counsel for Plaintiffs-Appellees*

830. Tessellate Holdings, LLC, *Affiliate of Defendants-Appellees*

831. Tessier, Kevin, *Counsel for Defendants-Appellees*

832. The Caring Foundation, *Affiliate of Defendants-Appellees*

833. The Cowan Law Firm, *Counsel for Plaintiffs-Appellees*

834. The Dampier Law Firm PC, *Counsel for Plaintiffs-Appellees*

835. The Van Winkle Law Firm, *Counsel for Plaintiffs-Appellees*

836. The Weiser Law Firm, P.C., *Counsel for Plaintiffs-Appellees*

837. Thomas Cooper & Co., Inc., *Affiliate of Defendants-Appellees*

838. Thomas, Nancy, *Plaintiff-Appellee*

839. Thompson, Charles M., *Counsel for Plaintiffs-Appellees*

840. Thompson, Jason, *Counsel for Plaintiffs-Appellees*

841. Thompson, John G., *Plaintiff-Appellee*

842. Tomazzoli, Lisa, *Plaintiff-Appellee*

843. Topographic, Inc., *Interested Party-Appellant*

844. Total Dental Administrators Health Plan, Inc., *Affiliate of Defendants-Appellees*

845. Total Dental Administrators of Utah, Inc., *Affiliate of Defendants-Appellees*

846. Total Dental Administrators, Inc., *Affiliate of Defendants-Appellees*

847. TrailBlazer Health Enterprises, LLC, *Affiliate of Defendants-Appellees*

848. The Travelers Companies, Inc. (TRV), *Insurer of Defendants-Appellees*

849. Tri-West, *Affiliate of Defendants-Appellees*

850. Tricenturion, Inc., *Affiliate of Defendants-Appellees*

851. Trinnovate Ventures, Inc., *Affiliate of Defendants-Appellees*

852. Triple-S Blue, Inc., d/b/a BlueCross BlueShield Costa Rica, *Affiliate of Defendants-Appellees*

853. Triple-S Management Corporation, *Parent to Defendants-Appellees*

854. Triple-S Propiedad, Inc., *Affiliate of Defendants-Appellees*

855. Triple-S Salud, *Defendant-Appellee*

856. Triple-S Salud, Inc., *Defendant-Appellee*

857. Triple-S Vida, Inc., *Affiliate of Defendants-Appellees*

858. Turner, Ashley, *Counsel for Defendants-Appellees*

859. Tyner, Star Mishkel, *Counsel for Plaintiffs-Appellees*

860. UNICARE Health Plan of West Virginia, Inc., *Subsidiary of Defendants-Appellees*

861. UniCare Life & Health Insurance Company, *Subsidiary of Defendants-Appellees*

862. UNICARE National Services, Inc., *Subsidiary of Defendants-Appellees*

863. UniCare Specialty Services, Inc., *Subsidiary of Defendants-Appellees*

864. Umatilla Properties, LLC (Parent Corp of Recovery Village at Umatilla, LLC), *Plaintiff-Appellee*

865. USAble Mutual Insurance Company, d/b/a Arkansas Blue Cross and Blue Shield, *Defendant-Appellee*

866. UTIC Insurance Company, *Affiliate of Defendants-Appellees*

867. Utsey, Jeff, *Counsel for Plaintiffs-Appellees*

868. Utsey Law Firm, *Counsel for Plaintiff-Appellee*

869. Van Winkle Law Firm, *Counsel for Plaintiffs-Appellees*

870. Van Zant, Jennifer K., *Counsel for Defendants-Appellees*

871. Vardas, Angel (Foster), *Plaintiff-Appellee*

872. Varney, Christine, *Counsel for Defendants-Appellees*

873. Vaughan Pools, Inc., *Plaintiff-Appellee*

874. Vermont Health Plan LLC, *Affiliate of Defendants-Appellees*

875. VHP Insurance Solutions, LLC, *Affiliate of Defendants-Appellees*

876. Vibra Health Plan Holdings, LLC, *Affiliate of Defendants-Appellees*

877. Vibra Health Plan, Inc., *Affiliate of Defendants-Appellees*

878. Visiant Holdings Inc., *Affiliate of Defendants-Appellees*

879. Voegele, Jonathan R., *Counsel for Plaintiffs-Appellees*

880. Volunteer State Health Plan, Inc., *Affiliate of Defendants-Appellees*

881. Wallace, Jordan, Ratliff & Brandt, LLC, *Counsel for Defendants-Appellees*

882. Walsh, Stephen A., *Counsel for Defendants-Appellees*

883. Wasvary, Mark K., *Counsel for Plaintiffs-Appellees*

884. Watkins, Charles R, *Counsel for Plaintiffs-Appellees*

885. Watts, Brett, *Plaintiff-Appellee*

886. Weiser, Robert, *Counsel for Plaintiffs-Appellees*

887. Weiser Law Firm, P.C., *Counsel for Plaintiffs-Appellees*

888. Wellmark Blue Cross and Blue Shield of Iowa, *Defendant-Appellee*

889. Wellmark Blue Cross and Blue Shield of South Dakota, *Defendant-Appellee*

890. Wellmark Health Plan of Iowa, Inc., *Defendant-Appellee*

891. Wellmark Holdings, Inc., *Defendant-Appellee*

892. Wellmark Inc. d/b/a Wellmark Blue Cross and Blue Shield of Iowa and Wellmark Health Plan of Iowa, Inc., *Defendant-Appellee*

893. Wellmark of South Dakota, Inc. d/b/a Wellmark Blue Cross and Blue Shield of South Dakota, *Defendant-Appellee*

894. Wellmark Synergy Health, Inc., *Affiliate of Defendants-Appellees*

895. Wellmark Value Health Plan, Inc., *Affiliate of Defendants-Appellees*

896. Wellmark, Inc. d/b/a Blue Cross and Blue Shield of Iowa, *Defendant-Appellee*

897. Wellmark, Inc. d/b/a Blue Cross and Blue Shield of Iowa and Wellmark Blue Cross Blue Shield of South Dakota, *Defendant-Appellee*

898. WellPoint California Services, Inc., *Subsidiary of Defendants-Appellees*

899. WellPoint Dental Services, Inc., Subsidiary of Defendants-Appellees

900. WellPoint Holding Corp., *Subsidiary of Defendants-Appellees*

901.  WellPoint, Inc., *Defendant-Appellee*

902.  WellPoint Information Technology Services, Inc., *Subsidiary of Defendants-Appellees*

903.  West, Kimberly R., *Counsel for Defendants-Appellees*

904.  Whitfield Bryson & Mason, LLP, *Counsel for Plaintiffs-Appellees*

905.  Wilkerson, David M., *Counsel for Plaintiffs-Appellees*

906.  Williams, Jennifer, *Counsel for Plaintiffs-Appellees*

907.  Williams, Jr., James T., *Counsel for Defendants-Appellees*

908.  Wisconsin Collaborative Insurance Company, *Subsidiary of Defendants-Appellees*

909.  Witt, P.C., Helen E., *Counsel for Defendants-Appellees*

910.  Wolfla, Paul A., *Counsel for Defendants-Appellees*

911.  Woodward Straits Insurance Company, *Affiliate of Defendants-Appellees*

912.  Wright, Greg, *Counsel for Plaintiffs-Appellees*

913.  Wylie, John R., *Counsel for Plaintiffs-Appellees*

914.  XL Group Ltd., *Insurer of Defendants-Appellees*

915.  XL Catlin, *Insurer of Defendants-Appellees*

916.  Yancey, Perry Michael, *Counsel for Plaintiffs-Appellees*

917.  Yinger, Emily M., *Counsel for Defendants-Appellees*

918.  Young, Lance C., *Counsel for Plaintiffs-Appellees*

919.   Yuhl Carr, LLP *Counsel for Plaintiffs-Appellees*

920.   Zeiger, P.C., Jeffrey J., *Counsel for Defendants-Appellees*

921.   Zimmerman Reed, PLLP, *Counsel for Plaintiffs-Appellees*

922.   Zimmerman, Genevieve M., *Counsel for Plaintiffs-Appellees*

923.   Zolner, Erica B., *Counsel for Defendants-Appellees*

924.   Zott, P.C., David J., *Counsel for Defendants-Appellees*

925.   Zuckerman Spaeder LLP, *Counsel for Plaintiffs-Appellees*

926.   Zuger, Peter W., *Counsel for Defendants-Appellees*

927.   Zurich Insurance Group Ltd., *Insurer of Defendants-Appellees*

**MOTION TO EXTEND TIME FOR FILING
PETITION FOR PANEL REHEARING/REHEARING EN BANC
REGARDING ATTORNEYS' FEE ORDER**

Interested Party-Appellant David G. Behenna ("Appellant") respectfully moves this Court pursuant to Federal Rules of Appellate Procedure 26(b) and 31, and 11th Cir. R. 26-1 and 31-2 for a 30-day extension of time to file a petition for panel rehearing/rehearing en banc, from the current due date of November 15, 2023, to and including December 15, 2023.

Appellant's petition will address the District Court's Order Awarding Subscriber Plaintiffs' Counsel Attorneys' Fees and Expenses. In its opinion dated October 25, 2023, a panel of this Court found that the District Court did not abuse its discretion in approving Plaintiffs' Counsel's attorney fee application and in entering the Attorney Fee Order.

Appellant's petition will not seek a panel rehearing/rehearing en banc of the District Court's separate Final Order and Judgment Granting Approval of Subscriber Class Action Settlement and its implementation. The panel's October 25, 2023, opinion affirmed the District Court's Final Order.

Pursuant to 11th Cir. R. 27-1, Appellant contacted Defendants' counsel and Plaintiffs' counsel. Defendants-Appellees take no position on the motion. Plaintiffs-Appellees oppose the relief sought.

**REASONS DEMONSTRATING DILIGENCE AND NECESSITY**

In support of the motion, Appellant states:

1.  The petition for panel rehearing/rehearing en banc is currently due on November 15, 2023.

2.  The requested extension is for 30 days.

3.  This is the first request for an extension of time to file Appellant's petition.

4.  Appellant, who is a non-attorney and who is currently proceeding *pro se,* requires additional time to research and prepare the petition. The existing deadline of November 15, 2023, is exceedingly difficult to meet. Further, Petitioner-Appellant was out of the country during the October 25 to October 30, 2023, timeframe. The additional time requested will assist Appellant in preparing a concise and well-researched petition for panel rehearing/rehearing en banc that will be of maximum benefit to this Court.

5.  Appellant has exercised diligence, and the petition for panel rehearing/rehearing en banc will be filed by the requested due date of December 15, 2023.

6.  Defendants-Appellees take no position on the motion.

**CONCLUSION**

For the foregoing reasons, Appellant respectfully requests that the Court grant this motion for a 30-day extension of time, to and including December 15,

2023, to file the petition for panel rehearing/rehearing en banc regarding the attorneys' fee order.

Respectfully submitted this 15th day of November, 2023.

/s/ David G. Behenna

David G. Behenna
155 Fleet Street
Portsmouth, NH 03801
Telephone: ███████████
Email: ███████████████████

Interested Party-Appellant (pro se)

## **CERTIFICATE OF COMPLIANCE**

I certify this document complies with the word limit set forth in Federal Rules Appellate Procedure 27(d)(2). This document contains 399 words, excluding the parts exempted by Federal Rules Appellate Procedure 32(f) and 11th Cir. R. 32-4. This document complies with the typeface requirements of Federal Rules Appellate Procedure 32(a)(5) and the type-style requirements of Federal Rules Appellate Procedure 32(a)(6). It has been prepared in a proportionally spaced typeface using 14 point Times New Roman font.

Dated: November 15, 2023                     Respectfully submitted,

                                              /s/ David G. Behenna

                                              David G. Behenna
                                              155 Fleet Street
                                              Portsmouth, New Hampshire  03801
                                              Telephone: █████████
                                              Email: ███████████████

                                              Interested Party-Appellant (pro se)

No. 22-13051, *In re Blue Cross Blue Shield Antitrust Litigation*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on November 15, 2023, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. Those counsel for Appellants and Appellees who are registered ECF users will be served by the ECF system.

Dated: November 15, 2023      <u>/s/ David G. Behenna</u>

David G. Behenna
155 Fleet Street
Portsmouth, New Hampshire 03801
Telephone: █████████
Email: ████████████████

Interested Party-Appellant (pro se)

1