# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 22-13051

_____

IN RE: BLUE CROSS BLUE SHIELD ANTITRUST LITIGATION
MDL 2406

_____

2:13-cv-20000-RDP
GALACTIC FUNK TOURING, INC.,
AMERICAN ELECTRIC MOTOR SERVICES, INC.,
CB ROOFING, LLC,
PEARCE, BEVILL, LEESBURG, MOORE, P.C.,
PETTUS PLUMBING & PIPING, INC., et al.,

                                             Plaintiffs-Appellees,

TOPOGRAPHIC, INC.,
EMPLOYEE SERVICES INC.,
HOME DEPOT U.S.A., INC.,
JENNIFER COCHRAN,
AARON CRAKER,
DAVID G. BEHENNA,

Interested Parties-Appellants,

*versus*

ANTHEM, INC.,
EXCELLUS HEALTH PLAN, INC.,
d.b.a. Excellus BlueCrossBlueShield,
PREMERA BLUE CROSS,
BLUE CROSSBLUE SHIELD OF ARIZONA,
HEALTH CARE SERVICE CORPORATION, et al.,

Defendants-Appellees.

_____

Appeal from the United States District Court
for the Northern District of Alabama
D.C. Docket No. 2:13-cv-20000-RDP

_____

ORDER:

The motion for extension of time to and including December 15, 2023, to file a petition for rehearing by Interested-Party-Appellant David Behenna is GRANTED.

DAVID J. SMITH
Clerk of the United States Court of
Appeals for the Eleventh Circuit

ENTERED FOR THE COURT - BY DIRECTION